

| RESURGENS SPECIALTY UNDERWRITING, INC.<br>945 East Paces Ferry Road, Suite 1800<br>Atlanta, GA 30326-1125 | APPLICATION FOR PROFESSIONAL<br>LIABILITY INSURANCE<br>MISCELLANEOUS MEDICAL<br>(CLAIMS-MADE FORM) |
|---|---|

## GENERAL INFORMATION

1. NAME OF APPLICANT: **GARDA DIVERSIFIED SERVICES, INC.**
   (If other than parent firm, supply full details of ownership entity)

2. MAILING ADDRESS: **1431 Huntington Drive**
   (If multiple name and locations, please attach list)
   **Calumet City, Illinois**         PHONE NO. **(708) 868-1300**

   
   JUDGE MANNING
   MAGISTRATE JUDGE SCHENKIER

3. a) Date Established **26 yrs**   Corp. **✓**   Partnership ___ Prof. Assoc. ___ Individual ___

   b) In what states is the applicant registered and licensed to practice? **Illinois**

4. Is the firm engaged in, owned by, associated with or controlled by any other business? **N/A**

   If yes, give details _____

5. PROFESSIONAL ACTIVITIES AND SPECIALTY (Attach narrative description if necessary)   Check One:

   ___ Health Maintenance Organization          ___ Residential Healthcare Facility
   **✓** Home Healthcare Agency                  **✓** Other (Specify) **CLERICAL**
   ___ Medical/Testing Laboratory                **OFFICE MEDICAL**
   **✓** Nurse's Registry                         **SERVICES**
   ___ Out-Patient Clinic

6. State approximate division of applicant's patients among:

   | | | | | |
   |---|---|---|---|---|
   | a) Alcoholics | ( %) | k) Obstetrical | ( %) |
   | b) Counseling/Family Planning | ( %) | l) Pediatric | ( %) |
   | c) Communicable | ( %) | m) Psychiatric | ( %) |
   | d) Dental | ( %) | n) Research or Experimental | ( %) |
   | e) Drug Addicts | ( %) | o) Senile or Aged | ( **97** %) |
   | f) General | ( %) | p) Stress Testing | ( %) |
   | g) Hemodialysis | ( %) | q) Surgical | ( %) |
   | h) Holistic Medicine | ( %) | r) Tubercular | ( %) |
   | i) Medical | ( %) | s) Other **DISABLED** | ( **3** %) |
   | j) Mentally Retarded | ( %) | | |


PLAINTIFF'S EXHIBIT 1

**07 C 6459**

7. a. List the number and type of applicant's employees and volunteers: If None State None.

| NUMBER | Type of Profession | NUMBER | Type of Profession |
|---|---|---|---|
| a) 5 | Inhalation Therapists | i) ___ | Perfusionists |
| b) ___ | Laboratory Technicians | j) ___ | Pharmacists |
| c) ___ | Nurse Anesthetists | k) ___ | Physicians – Minor Surgery |
| d) 29 | Nurses, Licensed Practical | l) ___ | Physicians – No Surgery |
| e) ___ | Nurse Practitioner | m) ___ | Physiotherapists |
| f) 78 | Nurses Registered | n) ___ | Social Workers |
| g) ___ | Opticians | o) ___ | Speech Therapists |
| h) ___ | Optometrists | p) 34 | Other (HOMEMAKER) CERTIFIED NURSE ASS'TS |

b. List the number and type of independent contractors who provide professional services on behalf of the applicant.

IF NONE, STATE NONE. __NONE__

c. Are all the above individuals licensed in accordance with applicable state and federal regulations? ✓ Yes ___ No
If no, attach explanation.

ATTACH DETAILED EXPLANATION FOR ANY "YES" ANSWERS:
Has the applicant or have any of the above employees:                                        YES    NO
a) Ever been the subject of disciplinary or investigative proceedings or reprimand by a govern-  a) ___  ✓
   mental or administrative agency, hospital or professional association?

b) Ever been convicted for an act committed in violation of any law or ordinance other than traffic  b) ___  ✓
   offenses?

c) Ever been treated for alcoholism or drug addiction?                                         c) ___  ✓

d) Ever had any state professional license or license to prescribe or dispense narcotics refused,  d) ___  ✓
   suspended, revoked, renewal refused or accepted only on special terms or ever voluntarily
   surrendered same?

8. Does the applicant perform:                                                                 YES    NO
   A. Acupuncture or acupuncture anesthesia? Explain: _____ A. ___  ✓
   B. Angiography/Arteriography/Venography? Describe: _____ B. ___  ✓
   C. Catherterization (other than urinary or umbilical)?
      Describe procedure: _____ C. ___  ✓
   D. Closed reduction of compound fractures and/or Normal Deliveries and/or Dermabrasion?  D. ___  ✓
   E. Injection of radioisotopes and/or use of irradiated substances?                          E. ___  ✓
      Describe: _____
   F. Radiation Therapy and/or Chemotherapy? Describe: _____ F. ___  ✓
   G. Psychiatric shock therapy?                                                              G. ___  ✓
   H. Silicone Injections/ Describe: _____ H. ___  ✓
   I. Spinal Anesthesia (other than saddle blocks or caudals)?                                I. ___  ✓
   J. Laser treatment? Describe: _____ J. ___  ✓

2

9. Does the applicant perform any:      YES   NO
   A. Surgery other than incision of superficial boils or suturing superficial fascia?   A. ___ ✓
   B. Circumcisions and/or dilation and curettage and/or insertion of temporary pacemakers?   B. ___ ✓
   C. Tonsillectomies and/or Adenoidectomies and/or Caesarean Sections?   C. ___ ✓
   D. Cosmetic Plastic Surgery? Describe: _____   D. ___ ✓
   E. Excision of large cysts and/or I&D of deep-seated boils or carbuncles?   E. ___ ✓
   F. Hysterectomies?   F. ___ ✓
   G. Open reduction of fractures? Describe: _____   G. ___ ✓
   H. Surgery for weight reduction of patients?   H. ___ ✓
   I. Abortions and/or menstrual extractions? Describe (include trimester, method and number of   I. ___ ✓
      Abortions performed per month): _____
   J. Silicone Implants? Describe: _____   J. ___ ✓
   K. Sterilization Procedures? Describe: _____   K. ___ ✓
   L. Biopsies and/or endoscopies? List types performed: _____   L. ___ ✓
   M. Sex change operations? Describe and advise the number performed per year: _____   M. ___ ✓
   N. Other Surgery? Describe: _____   O. ___ ✓

10. Does the applicant perform hospital emergency room care?
    a) for its own regular patients? _____ Yes ✓ No  b) for patients not its own? ✓ Yes _____ No
    c) If answer to (b) is yes, please specify: the percentage of its time devoted to this work = __11__%, the number of hours per month devoted to this work = 1,760 hrs.

11. Does the applicant use drugs for weight reduction of patients? _____ Yes ✓ No  If yes, on last page list drugs used and advise: percent of practice devoted to weight reduction, frequency and duration of prescriptions for weight reduction drugs, and quantity dispensed by applicant.

12. Does the applicant administer any methadone treatment? _____ Yes ✓ No  If yes, describe treatment and controls used and indicate number of treatments during last 12 months _____ Next 12 months _____

13. Is anesthesia (other than topical or by means of local infiltration) administered by either applicant or others? _____ Yes ✓ No  If yes, attach detailed explanation.

14. Does the applicant maintain any beds for overnight occupancy? _____ Yes ✓ No  If yes, total number: _____

15. State number of X-ray machines owned or operated and whether they are used for diagnosis or treatment or both. Ste by whom treatment is given and number of procedures: NONE OWNED BY the INSURED

16. Does the applicant own (wholly or in part), operate, or administer any hospital, nursing home or other institution where medical services are customarily rendered? _____ Yes ✓ No  If yes, give details, including name, location, size and number of beds. _____

17. State sources and amounts of total revenue:

| Source | Amount Last Policy Year | Ext. Amount This Policy Year (2006-2007) |
|---|---|---|
| A. Charitable Contributions | $ _____ | $ _____ |
| B. Government Funding | $ _____ | $ _____ |
| C. Fee for Services | $ 20.5 Million | $ 22.3 Million |
| D. | $ _____ | $ _____ |
| E. | $ _____ | $ _____ |
| TOTAL GROSS REVENUE: | $ 20.5 M. | $ 22.3 M. |

3

18. Number of patient encounters last 12 months _____ and/or patient test carried out _____
    (NOTE: "Patient encounters" refers to number of *visits* – not number of patients.)

19. Number of estimated patient encounters next 12 months _____ and/or patient tests carried out _____
    (NOTE: "Patient encounters" refers to number of *visits* – not number of patients.)

20. If applicant has a training school, complete the following. N/A

| Specify profession for which students are being trained | Max. No. of students per session | No. of sessions per year | % of Time involved in clinical setting | Number of students | Qualifications of faculty (eg. MD, RN, PHD) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

21. Give Professional Liability coverage for last five years for the firm:

| Carrier | Limit | Deductible | Premium | Expiration (Mo/Day/Yr) |
|---|---|---|---|---|
| RSUI | 2/3 | $500 | $170,000 | 9-6-06 |
| RSUI | 2/3 | $500 | $162,000 | 9-6-05 |
| [illegible] | 2/3 | $500 | $146,000 | 9-6-04 |
| ACE | 2/3 | $500 | $112,000 | 9-6-03 |
| St. Paul | 2/3 | N/A | $90,000 | 9-6-02 |

If expiring insurance is a claims made policy, what is the retroactive date? 09/09/99

22. Is the Applicant currently insured under a Commercial General Liability Policy? Yes ✓ No ____ If yes, please give details:

| Insurance Company | Type of Coverage | Limits BI | PD | From | To |
|---|---|---|---|---|---|
| RSUI | GL/PL | 2/3 CSL | | 09/06/05 | 09/06/06 |

23. Has any application for Professional Liability Insurance made on behalf of the firm, any predecessors in business or present Partners ever been declined or has the insurance ever been cancelled or renewal refused?
    ____ Yes ✓ No   If yes, please give details: _____

24. Has any claim ever been made against the firm or any of its employees? Yes [Loss Runs on File] No ____ If yes, please attach details stating: 1) date when claim was made; 2) date the act giving rise to the claim was committed; 3) name of the claimant; 4) nature of the claim; 5) amount involved including reserves; and 6) final disposition.

25. Is the applicant aware of any circumstances which may result in any claim against him, the firm, his predecessors in business, or any of the present or past Partners or Officers? Yes ____ No ✓ If yes, please give full details on the same basis as item 23.

26. Has any insurer cancelled or refused to renew any similar insurance during the past five years?
    No

4

27. Limits of Liability requested  2/3    Deductible $5,000

28. Desired term of policy: From 09/06/2006  To 09/06-07

**Representations**

The Applicant declares that the above statement and representations are true and correct, and that no facts have been suppressed or misstated. All written statements and materials furnished to the Company, in conjunction with this application will be incorporated by reference into this application and made part hereof.

This application does not bind the Applicant to buy, or the Company to issue the insurance, but it is agreed that this form shall be the basis of the contract should a policy be issued, and it will be attached to and made part of the policy. The undersigned Applicant declares that if the information supplied on this application changes between the date of this application and the time when the policy is issued, the Applicant will immediately notify the company of such changes, and the Company may withdraw or modify any outstanding quotations and/or authorization or agreement to bind the insurance.

8-14-06   [Signature]   VICE PRESIDENT
Date      Signature of Applicant   Title

Producer

Named Insured to Include:
GCD Suburban Properties LLC
GCD Chicago Properties, LLC

5

## Worker's Comp Payroll Estimates

| Description | Classification | Code | Estimated Wages |
|---|---|---|---|
| Homemakers | Nursing Home Health, Public and Traveling Employees | 8835 | $ 10,000,000 |
| Nurses | Hospital: Professional Employees | 8833 | 4,300,000 |
| Administrative Staff | Clerical Office Employees | 8810 | 2,100,000 |
| Total Wages | | | $ 16,400,000 |

## General Liability Census Information

| Employee Class | Full-Time | Part-Time | Annual Payroll | Annual Hours |
|---|---|---|---|---|
| Nurses – RN | 58 | 15 | 4,310,000 | 80,350 |
| Nurses – LPN | 29 | 0 | 547,400 | 23,800 |
| MA | 5 | 0 | 94,730 | 5,920 |
| CNA | 23 | 11 | 595,444 | 37,200 |
| Homemaker | 464 | 694 | 10,000,000 | 1,200,000 |
| Sitter | 0 | 14 | 39,600 | 3,500 |

f:\accounting\control\workers comp\wc payroll estimates (2006-2007).doc
*A Division of Gareda Diversified Business Services*



**Loss Information by Policy - 707463**
As Of 07/11/2006
Includes History

Report ID: CLMACT001
Date: 07/11/2006
Time: 2:50:32 PM

| Insured Name: | GAREDA DIVERSIFIED BUSINESS SERVICES INC | Policy No: | LHC707463 0 | Term: | 09/06/2005 - 09/06/2006 | Underwriter: | Demaria, Tony |
|---|---|---|---|---|---|---|---|
| Policy Limit: | $2,000,000 | | | | | Claim Prof.: | N/a |
| Deductible: | | | | | | | |

*No claims exist for this policy year.*

| Insured Name: | GAREDA DIVERSIFIED BUSINESS SERVICES INC | Policy No: | LHM704812 0 | Term: | 09/06/2004 - 09/06/2005 | Underwriter: | Demaria, Tony |
|---|---|---|---|---|---|---|---|
| Policy Limit: | $2,000,000 | | | | | Claim Prof.: | N/a |
| Deductible: | | | | | | | |

*No claims exist for this policy year.*

| Insured Name: | GAREDA DIVERSIFIED BUSINESS SERVICES INC | Policy No: | LHM702706 0 | Term: | 10/15/2003 - 09/06/2004 | Underwriter: | Demaria, Tony |
|---|---|---|---|---|---|---|---|
| Policy Limit: | $2,000,000 | | | | | Claim Prof.: | N/a |
| Deductible: | | | | | | | |

*No claims exist for this policy year.*

| Insured Name: | GAREDA DIVERSIFIED BUSINESS SERVICES INC | Policy No: | K2HM702372 0 | Term: | 09/06/2003 - 10/15/2003 | Underwriter: | Demaria, Tony |
|---|---|---|---|---|---|---|---|
| Policy Limit: | $2,000,000 | | | | | Claim Prof.: | N/a |
| Deductible: | | | | | | | |

*No claims exist for this policy year.*

| Total Gross Incurred | Paid | Reserve | Incurred |
|---|---|---|---|
| Indemnity | $0.00 | $0.00 | $0.00 |
| Expense | $0.00 | $0.00 | $0.00 |
| Total | $0.00 | $0.00 | $0.00 |

( 1 of 1 )

RSUI Group, Inc.