# POLICY BANNER PAGE

**POLICY NUMBER:**   AHB-0000237

**INSURED:**   Gareda Diversified Business

<span style="color:red">JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER</span>

**POLICY FORMS ARE COMPLETE**



PLAINTIFF'S
EXHIBIT

tabbies

07 C 6459

# UNITED NATIONAL GROUP

## PRIVACY NOTICE

We at United National Group, which includes United National Insurance Company, United National Casualty Insurance Company, United National Specialty Insurance Company (formerly Hallmark Insurance Company, Inc.), Diamond State Insurance Company and our affiliated companies and subsidiaries, are required to protect our customers nonpublic personal financial information.

We collect your nonpublic personal financial information from the following sources:

- Information obtained from you, including information from your application, such as name, address, telephone number, social security number, assets and income.

- Information about transactions and experiences, such as your premium payment and claims history.

- Information from a consumer reporting agency, such as your credit history.

**WE DO NOT DISCLOSE YOUR NONPUBLIC PERSONAL FINANCIAL INFORMATION, EXCEPT AS PERMITTED OR REQUIRED BY LAW. WE RESERVE THE RIGHT, HOWEVER, TO CHANGE THIS POLICY AT ANY TIME. SHOULD THIS POLICY CHANGE WE WILL GIVE AFFECTED CUSTOMERS AN OPPORTUNITY TO DIRECT THAT THEIR NONPUBLIC PERSONAL FINANCIAL INFORMATION NOT BE DISCLOSED.**

We maintain electronic, physical and procedural safeguards that comply with Federal regulations to protect your nonpublic personal financial information. We limit access to your nonpublic personal financial information to those employees who need to know that information to perform their job responsibilities.

We disclose nonpublic personal financial information of former customers to affiliated and nonaffiliated third parties as permitted by law.

NAA-105 (1/2003)

Gareda Diversified Business                                                 AHB-0000237

# SCHEDULE OF POLICY FORMS AND ENDORSEMENTS

Form(s) and Endorsement(s) made a part of this policy at time of issue.

| Form Number | Edition Date | Description |
|---|---|---|
| COMMON | | |
| JPA100 | 0798 Rev. 7-01-01 | POLICY JACKET |
| DPA113 | 0200 | COMMON DECLARATIONS - S/L |
| EAA100 | 0306 | IN WITNESS CLAUSE |
| EAA146 | 1201 | TERRORISM EXCLUSION |
| NAA143 | 0106 | DISCLOSURE - TRIA 2002 |
| SPA108 | 0804 | SCHEDULE OF LOCATIONS |
| IL0017 | 1198 | COMMON POLICY CONDITIONS |
| SC1 | 0298 | MINIMUM EARNED PREMIUM |
| SC3 | 0298 | SERVICE OF SUIT - IL |
| SC16 | 0298 | POLICY CHANGE ENDORSEMENT |
| | | |
| COMMERCIAL GENERAL LIABILITY | | |
| CL150 | 0995 | CGL COVERAGE PART DECLARATIONS |
| CG0002 | 1001 | CGL COVERAGE FORM CLAIMSMADE |
| CG0300 | 0196 | DEDUCTIBLE LIABILITY INSURANCE |
| CG2116 | 0798 | EXCL DESIGNATED PROF SERV |
| CG2147 | 1093 | EMPLYMNT RELATED PRACTICE EXCL |
| CG2252 | 1093 | EXCL MEDICAL PAYMENTS COV (INMATES, PATIEN |
| EAA147 | 1201 | WAR EXCLUSION |
| EAA182 | 1103 | ELECTRONIC DATA & CYBER RISK EXCL |
| EPA353 | 0201 | INDOOR AIR QUALITY EXCLUSION |
| SL1 | 0298 | MULTI EXCL ENDT - LIABILITY |
| SL3 | 0298 | WATER DAMAGE LIAB EXCL |
| SL9 | 0298 | EXCL - ABUSE OR MOLESTATION |
| SL31 | 0298 | EXCL - LEAD LIABILITY |
| ** | | END OF GL FORMS |
| | | |
| ALLIED HEALTH PROFESSIONAL LIABI | | |
| DPA127 | 0804 | PROFESSIONAL LIABILITY DECLARATIONS |
| CPA119 | 0205 | PROFESSIONAL LIABILITY COV FORM - CM |
| EPA469 | 0804 | AMENDMENT - LIMITS OF INSURANCE |
| EPA471 | 0804 | DEDUCTIBLE ENDORSEMENT |
| EPA484 | 0804 | ADDITIONAL INSURED - ENDORSEMENT |
| EPA901 | 0505 | CLAIMS AGAINST CERTAIN INSUREDS EXCL |
| EPA903 | 0505 | HOME HEALTHCARE AGENCY ENDT |
| EPA904 | 0505 | LTD COV FOR CLAIMS INV SEXUAL/PHYSICAL ABU |
| EPA905 | 0505 | MEDICAL PROFESSIONAL EXCL AMENDMENT |
| EPA909 | 0505 | WRONGFUL ACTS DEFINITION AMENDMENT |
| EPA1047 | 0805 | NON OWNED AUTO LIABILITY LTD COV |
| EXA255 | 0201 | INDOOR AIR QUALITY EXCLUSION |

# COMMERCIAL INSURANCE POLICY



**ADMINISTRATIVE OFFICES**

THREE BALA PLAZA EAST, BALA CYNWYD, PA   19004
610-664-1500

JPA-100 (7-98) Rev. 7-01-01



# United National Insurance Company
### A Stock Company
*BALA CYNWYD, PENNSYLVANIA*

## COMMERCIAL INSURANCE POLICY
## COMMON POLICY DECLARATIONS

**Policy Number:**       AHB-0000237                **Renewal of:** NEW

**Named Insured:**       Gareda Diversified Business

**Mailing Address:**     Services, Inc
Street:                  1431 Huntington Drive

City:                    Calumet City
State & Zip Code:        IL  60409

**Producer Name:**       National Specialty
Address:                 Underwriters, Inc.
                         225 W. Washington Street
                         Suite 2200
                         Chicago                 IL 60606
**Producer Number:**     01350

**Policy Period:**       From: September 6, 2006  To: September 6, 2007
at 12:01 A.M. Standard Time at the mailing address shown above.

**Business Description:**  Supplemental Staffing

**IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY, WE AGREE WITH YOU TO PROVIDE THE INSURANCE, AS STATED IN THIS POLICY.**

THIS POLICY CONSISTS OF THE FOLLOWING COVERAGE PARTS FOR WHICH A PREMIUM IS INDICATED.
THIS PREMIUM MAY BE SUBJECT TO ADJUSTMENT.

|  | | PREMIUM |
|---|---|---|
| Professional Liability Coverage Part | $ | 122,197.00 |
| Commercial General Liability Coverage Part | $ | 695.00 |
| Non-Owned Auto | $ | 12,971.00 |
| **Total Premium** | $ | 135,863.00 |
| **Surplus Lines Tax** | $ | |
| **Stamp Fee** | $ | |
|  | $ | |
|  | $ | |
| **TOTAL** | $ | 135,863.00 |

Premium shown is payable:    $135,863        at inception;        1st Anniversary;        2nd Anniversary

Form(s) and Endorsement(s) made a part of this policy at time of issue:

SEE ATTACHED SCHEDULE OF POLICY FORMS AND ENDORSEMENTS SAA-100

By: _____
                                    Countersigned

11/02/06
DPA-113 (2/2000)                        INSURED

# In Witness Clause

In Witness Whereof, we have caused this policy to be executed and attested, and, if required by state law, this policy shall not be valid unless countersigned by our authorized representative.


_Richard A Mark_

**Secretary**


_William F Schmidt_

**President**


EAA-100 (3/2006)

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006 **at 12:01 A.M. standard time, forms a part of**

**Policy No.:**     AHB-0000237

**Issued To:**     Gareda Diversified Business

**By:**        United National Insurance Company

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

# TERRORISM EXCLUSION

This endorsement modifies insurance provided under the following:

    ALL PARTS OF THE POLICY

Notwithstanding any other provision of this policy to the contrary, this insurance does not apply to any loss, cost, expense, damage, injury or economic detriment, whether arising by contract, operation of law or otherwise whether or not concurrent or in any sequence with any other cause or event, that in any way, form or manner, directly or indirectly, arises out of, results from or is caused by "terrorism", and also including any action taken in hindering or defending against "terrorism".

"Terrorism" means any act of force or violence or other illegal means, whether actual, alleged or threatened, by any person, persons, group, private or governmental entity or entities, or any other type of organization of any nature whatsoever, whether the identity of which is known or unknown, that appears to be for political, religious, racial, ethnic, ideological, ecological or social purposes, objectives or motives and that causes or appears to be intended to cause:

1.    alarm, fright, fear of danger, concern or apprehensions for public safety;

2.    the interference or disruption of an electronic, communication, information or mechanical system;

3.    the intimidation or coercion of the civilian population, or any governmental body; or

4.    the alteration of the policies, foreign or domestic of any governmental body,

This exclusion does not affect the applicability of, and is in addition to, any exclusion of war, warlike or military action, whether or not specifically denominated as such.

EAA-146 (12/2001)                                        Page 1 of 1

**THIS NOTICE is attached to and made part of your policy in RESPONSE TO the disclosure requirements of the terrorism risk insurance act of 2002. This notice does not grant any coverage or change the terms and conditions of any coverage under THE POLICY.**

## DISCLOSURE PURSUANT TO TERRORISM RISK INSURANCE ACT OF 2002

### SCHEDULE*

**Terrorism Premium (Certified Acts)    $    EXCLUDED**

**Additional Information, if any, concerning terrorism premium:**

\* Information required to complete this Schedule, if not shown on this notice, will be shown in the Declarations.

**A.    Disclosure Of Premium**

In accordance with the federal Terrorism Risk Insurance Act of 2002, we are required to provide you with a notice disclosing the portion of your premium, if any, attributable to coverage for terrorist acts certified under that Act. The portion of your premium attributable to such coverage is shown in the Schedule of this notice or in the policy Declarations.

**B.    Disclosure Of Federal Participation In Payment Of Terrorism Losses**

The United States Government, Department of the Treasury, will pay a share of terrorism losses insured under the federal program. The federal share is 90% for 2006 and 85% for 2007, of that portion of the amount of such insured losses that exceeds the applicable insurer retention.

NAA-143 (1/2006)

# SCHEDULE OF LOCATIONS

**Location of Premises**

| | | | |
|---|---|---|---|
| 1431 Huntington Drive | Calumet City | IL | 60409 |
| 8547 S. Stony Island | Chicago | IL | 60617 |
| 6120 W. North Ave | Chicago | IL | 60639 |

IL 00 17 11 98

# COMMON POLICY CONDITIONS

All Coverage Parts included in this policy are subject to the following conditions.

## A. Cancellation

1. The first Named Insured shown in the Declarations may cancel this policy by mailing or delivering to us advance written notice of cancellation.

2. We may cancel this policy by mailing or delivering to the first Named Insured written notice of cancellation at least:

   **a.** 10 days before the effective date of cancellation if we cancel for nonpayment of premium; or

   **b.** 30 days before the effective date of cancellation if we cancel for any other reason.

3. We will mail or deliver our notice to the first Named Insured's last mailing address known to us.

4. Notice of cancellation will state the effective date of cancellation. The policy period will end on that date.

5. If this policy is cancelled, we will send the first Named Insured any premium refund due. If we cancel, the refund will be pro rata. If the first Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if we have not made or offered a refund.

6. If notice is mailed, proof of mailing will be sufficient proof of notice.

## B. Changes

This policy contains all the agreements between you and us concerning the insurance afforded. The first Named Insured shown in the Declarations is authorized to make changes in the terms of this policy with our consent. This policy's terms can be amended or waived only by endorsement issued by us and made a part of this policy.

## C. Examination Of Your Books And Records

We may examine and audit your books and records as they relate to this policy at any time during the policy period and up to three years afterward.

## D. Inspections And Surveys

1. We have the right to:

   **a.** Make inspections and surveys at any time;

   **b.** Give you reports on the conditions we find; and

   **c.** Recommend changes.

2. We are not obligated to make any inspections, surveys, reports or recommendations and any such actions we do undertake relate only to insurability and the premiums to be charged. We do not make safety inspections. We do not undertake to perform the duty of any person or organization to provide for the health or safety of workers or the public. And we do not warrant that conditions:

   **a.** Are safe or healthful; or

   **b.** Comply with laws, regulations, codes or standards.

3. Paragraphs **1.** and **2.** of this condition apply not only to us, but also to any rating, advisory, rate service or similar organization which makes insurance inspections, surveys, reports or recommendations.

4. Paragraph **2.** of this condition does not apply to any inspections, surveys, reports or recommendations we may make relative to certification, under state or municipal statutes, ordinances or regulations, of boilers, pressure vessels or elevators.

## E. Premiums

The first Named Insured shown in the Declarations:

1. Is responsible for the payment of all premiums; and

2. Will be the payee for any return premiums we pay.

## F. Transfer Of Your Rights And Duties Under This Policy

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual Named Insured.

If you die, your rights and duties will be transferred to your legal representative but only while acting within the scope of duties as your legal representative. Until your legal representative is appointed, anyone having proper temporary custody of your property will have your rights and duties but only with respect to that property.

Copyright, Insurance Services Office, Inc., 1998

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective**    September 6, 2006    **at 12:01 a.m. standard time, forms a part of**

**Policy #:**    AHB-0000237

**Issued to:**    Gareda Diversified Business

**By:**    United National Insurance Company

THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

## MINIMUM EARNED PREMIUM ENDORSEMENT

This endorsement modifies insurance provided under the following:
ALL COVERAGE PARTS INCLUDED IN THIS POLICY

This policy is subject to a minimum earned premium.

If this policy is canceled at your request, you agree with us:

1.    that the minimum earned premium for this policy is the greater of <u>$33,966</u>    or <u>25%</u>    of the Total Premium;
2.    that such minimum earned premium is not subject to short rate or pro-rate adjustment; and
3.    that cancellation for non-payment of premium, after the effective date of the policy, will be deemed a request by you for cancellation of this policy and will activate this minimum earned premium provision.

_____
Countersignature

SC-1 (2/98)

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective**    September 6, 2006    **at 12:01 a.m. standard time, forms a part of**

**Policy #:**    AHB-0000237

**Issued to:**    Gareda Diversified Business

**By:**        United National Insurance Company

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

## SERVICE OF SUIT CLAUSE
## ILLINOIS

This endorsement modifies insurance provided under the following:
ALL COVERAGE PARTS IN THIS POLICY

We hereby appoint the Illinois Director of Insurance and his successor, as the true and lawful attorney  for service of process in any action arising out of this insurance contract. We furthermore designate C.T. Corporation System, 208 South LaSalle Street, Chicago, IL 60604, as the agent to which a copy of the Service of Process should be forwarded by the Director of Insurance in the State of Illinois.  It is requested that a copy of any process, "suit" complaint or summons should be sent to **United National Insurance Company**

Three Bala Plaza East, Suite 300, Bala Cynwyd, PA   19004.


_____

                                    Countersignature

SC-3 (2/98)

# COMMERCIAL GENERAL LIABILITY COVERAGE PART DECLARATIONS

**EFFECTIVE DATE:  September 6, 2006**
**12:01 A.M., Standard Time**

**POLICY NO.:**  AHB-0000237

## LIMITS OF INSURANCE

| | | |
|---|---|---|
| General Aggregate Limit (Other Than Products-Completed Operations) | $ | 4,000,000 |
| Products-Completed Operations Aggregate Limit | $ | 2,000,000 |
| Personal and Advertising Injury Limit | $ | 2,000,000 |
| Each Occurence Limit | $ | 2,000,000 |
| Fire Damage Limit | $ | 100,000  ANY ONE FIRE |
| Medical Expense Limit | $ | 10,000  ANY ONE PERSON |

## RETROACTIVE DATE   (CG 00 02 ONLY)

Coverage A of this insurance does not apply to "bodily injury" or "property damage" which occurs before the Retroactive Date, if any, shown here:

09/09/1999

**(Enter Date or "None" if no Retroactive Date applies)**

## FORM OF BUSINESS

| [ ] Individual | [ ] Joint Venture | [ ] Partnership | [X] Organization (other than Partnership or Joint Venture) |
|---|---|---|---|

## LOCATION OF PREMISES

**Location of All Premises You Own, Rent or Occupy:**

| Loc # | | |
|---|---|---|
| 001 | 1431 Huntington Drive, Calumet City, IL | 60409 |
| 002 | 8547 S. Stoney Island, Chicago, IL | 60617 |
| 003 | 6120 W. North Ave, Chicago, IL | 60639 |

## PREMIUM

| Loc # | Classification | Code No. | Premium Basis | Rate Pr/Co | All Other | Advance Premium Pr/Co | All Other |
|---|---|---|---|---|---|---|---|
| ALL | Supplemental Staffing | HHC011 | | | | INCL | 695 |

| | | |
|---|---|---|
| | **Total Advance Premium** | $695.00 |

## FORMS AND ENDORSEMENTS

SEE ATTACHED SCHEDULE OF POLICY FORMS AND ENDORSEMENTS SAA-100

CL-150 (9/95)

# COMMERCIAL GENERAL LIABILITY COVERAGE FORM

### COVERAGES A AND B PROVIDE
### CLAIMS-MADE COVERAGE
### PLEASE READ THE ENTIRE FORM CAREFULLY

Various provisions in this policy restrict coverage. Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations, and any other person or organization qualifying as a Named Insured under this policy. The words "we", "us" and "our" refer to the Company providing this insurance.

The word "insured" means any person or organization qualifying as such under Section II - Who Is An Insured.

Other words and phrases that appear in quotation marks have special meaning. Refer to Section VI - Definitions.

## SECTION I - COVERAGES

### COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY

**1. Insuring Agreement**

  **a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply. We may, at our discretion, investigate any "occurrence" and settle any claim or "suit" that may result. But:

    **(1)** The amount we will pay for damages is limited as described in Section III - Limits Of Insurance; and

    **(2)** Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages A or B or medical expenses under Coverage C.

  No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages A and B.

  **b.** This insurance applies to "bodily injury" and "property damage" only if:

    **(1)** The "bodily injury" or "property damage" is caused by an "occurrence" that takes place in the "coverage territory";

    **(2)** The "bodily injury" or "property damage" did not occur before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

    **(3)** A claim for damages because of the "bodily injury" or "property damage" is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or any Extended Reporting Period we provide under Section **V** - Extended Reporting Periods.

  **c.** A claim by a person or organization seeking damages will be deemed to have been made at the earlier of the following times:

    **(1)** When notice of such claim is received and recorded by any insured or by us, whichever comes first; or

    **(2)** When we make settlement in accordance with Paragraph **1.a.** above.

  All claims for damages because of "bodily injury" to the same person, including damages claimed by any person or organization for care, loss of services, or death resulting at any time from the "bodily injury", will be deemed to have been made at the time the first of those claims is made against any insured.

  All claims for damages because of "property damage" causing loss to the same person or organization will be deemed to have been made at the time the first of those claims is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Expected Or Intended Injury**

  "Bodily injury" or "property damage" expected or intended from the standpoint of the insured. This exclusion does not apply to "bodily injury" resulting from the use of reasonable force to protect persons or property.

**b. Contractual Liability**

  "Bodily injury" or "property damage" for which the insured is obligated to pay damages

Copyright, ISO Properties, Inc., 2000

by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages:

(1) That the insured would have in the absence of the contract or agreement; or

(2) Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement. Solely for the purposes of liability assumed in an "insured contract", reasonable attorney fees and necessary litigation expenses incurred by or for a party other than an insured are deemed to be damages because of "bodily injury" or "property damage", provided:

(a) Liability to such party for, or for the cost of, that party's defense has also been assumed in the same "insured contract"; and

(b) Such attorney fees and litigation expenses are for defense of that party against a civil or alternative dispute resolution proceeding in which damages to which this insurance applies are alleged.

**c. Liquor Liability**

"Bodily injury" or "property damage" for which any insured may be held liable by reason of:

(1) Causing or contributing to the intoxication of any person;

(2) The furnishing of alcoholic beverages to a person under the legal drinking age or under the influence of alcohol; or

(3) Any statute, ordinance or regulation relating to the sale, gift, distribution or use of alcoholic beverages.

This exclusion applies only if you are in the business of manufacturing, distributing, selling, serving or furnishing alcoholic beverages.

**d. Workers' Compensation And Similar Laws**

Any obligation of the insured under a workers' compensation, disability benefits or unemployment compensation law or any similar law.

**e. Employer's Liability**

"Bodily injury" to:

(1) An "employee" of the insured arising out of and in the course of:

(a) Employment by the insured; or

(b) Performing duties related to the conduct of the insured's business; or

(2) The spouse, child, parent, brother or sister of that "employee" as a consequence of Paragraph **(1)** above.

This exclusion applies:

(1) Whether the insured may be liable as an employer or in any other capacity; and

(2) To any obligation to share damages with or repay someone else who must pay damages because of the injury.

This exclusion does not apply to liability assumed by the insured under an "insured contract".

**f. Pollution**

(1) "Bodily injury" or "property damage" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants":

(a) At or from any premises, site or location which is or was at any time owned or occupied by, or rented or loaned to, any insured. However, this subparagraph does not apply to:

(i) "Bodily injury" if sustained within a building and caused by smoke, fumes, vapor or soot from equipment used to heat that building;

(ii) "Bodily injury" or "property damage" for which you may be held liable, if you are a contractor and the owner or lessee of such premises, site or location has been added to your policy as an additional insured with respect to your ongoing operations performed for that additional insured at that premises, site or location and such premises, site or location is not or never was owned or occupied by, or rented or loaned to, any insured, other than that additional insured; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire";

(b) At or from any premises, site or location which is or was at any time used by or for any insured or others for the handling, storage, disposal, processing or treatment of waste;

(c) Which are or were at any time transported, handled, stored, treated, disposed of, or processed as waste by or for:

(i) Any insured; or

(ii) Any person or organization for whom you may be legally responsible; or

(d) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the "pollutants" are brought on or to the premises, site or location in connection with such operations by such insured, contractor or subcontractor. However, this subparagraph does not apply to:

(i) "Bodily injury" or "property damage" arising out of the escape of fuels, lubricants or other operating fluids which are needed to perform the normal electrical, hydraulic or mechanical functions necessary for the operation of "mobile equipment" or its parts, if such fuels, lubricants or other operating fluids escape from a vehicle part designed to hold, store or receive them. This exception does not apply if the "bodily injury" or "property damage" arises out of the intentional discharge, dispersal or release of the fuels, lubricants or other operating fluids, or if such fuels, lubricants or other operating fluids are brought on or to the premises, site or location with the intent that they be discharged, dispersed or released as part of the operations being performed by such insured, contractor or subcontractor;

(ii) "Bodily injury" or "property damage" sustained within a building and caused by the release of gases, fumes or vapors from materials brought into that building in connection with operations being performed by you or on your behalf by a contractor or subcontractor; or

(iii) "Bodily injury" or "property damage" arising out of heat, smoke or fumes from a "hostile fire".

(e) At or from any premises, site or location on which any insured or any contractors or subcontractors working directly or indirectly on any insured's behalf are performing operations if the operations are to test for, monitor, clean up, remove, contain, treat, de-

toxify or neutralize, or in any way respond to, or assess the effects of, "pollutants".

(2) Any loss, cost or expense arising out of any:

(a) Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

(b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

However, this paragraph does not apply to liability for damages because of "property damage" that the insured would have in the absence of such request, demand, order or statutory or regulatory requirement, or such claim or "suit" by or on behalf of a governmental authority.

g. **Aircraft, Auto Or Watercraft**

"Bodily injury" or "property damage" arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading or unloading".

This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "occurrence" which caused the "bodily injury" or "property damage" involved the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

This exclusion does not apply to:

(1) A watercraft while ashore on premises you own or rent;

(2) A watercraft you do not own that is:

(a) Less than 26 feet long; and

(b) Not being used to carry persons or property for a charge;

(3) Parking an "auto" on, or on the ways next to, premises you own or rent, provided the "auto" is not owned by or rented or loaned to you or the insured;

Copyright, ISO Properties, Inc., 2000

**(4)** Liability assumed under any "insured contract" for the ownership, maintenance or use of aircraft or watercraft; or

**(5)** "Bodily injury" or "property damage" arising out of the operation of any of the equipment listed in Paragraph **f.(2)** or **f.(3)** of the definition of "mobile equipment".

**h. Mobile Equipment**

"Bodily injury" or "property damage" arising out of:

**(1)** The transportation of "mobile equipment" by an "auto" owned or operated by or rented or loaned to any insured; or

**(2)** The use of "mobile equipment" in, or while in practice for, or while being prepared for, any prearranged racing, speed, demolition, or stunting activity.

**i. War**

"Bodily injury" or "property damage" due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution. This exclusion applies only to liability assumed under a contract or agreement.

**j. Damage To Property**

"Property damage" to:

**(1)** Property you own, rent, or occupy, including any costs or expenses incurred by you, or any other person, organization or entity, for repair, replacement, enhancement, restoration or maintenance of such property for any reason, including prevention of injury to a person or damage to another's property;

**(2)** Premises you sell, give away or abandon, if the "property damage" arises out of any part of those premises;

**(3)** Property loaned to you;

**(4)** Personal property in the care, custody or control of the insured;

**(5)** That particular part of real property on which you or any contractors or subcontractors working directly or indirectly on your behalf are performing operations, if the "property damage" arises out of those operations; or

**(6)** That particular part of any property that must be restored, repaired or replaced because "your work" was incorrectly performed on it.

Paragraphs **(1)**, **(3)** and **(4)** of this exclusion do not apply to "property damage" (other than damage by fire) to premises, including the contents of such premises, rented to you for a period of 7 or fewer consecutive days. A separate limit of insurance applies to Damage To Premises Rented To You as described in Section III - Limits Of Insurance.

Paragraph **(2)** of this exclusion does not apply if the premises are "your work" and were never occupied, rented or held for rental by you.

Paragraphs **(3)**, **(4)**, **(5)** and **(6)** of this exclusion do not apply to liability assumed under a sidetrack agreement.

Paragraph **(6)** of this exclusion does not apply to "property damage" included in the "products-completed operations hazard".

**k. Damage To Your Product**

"Property damage" to "your product" arising out of it or any part of it.

**l. Damage To Your Work**

"Property damage" to "your work" arising out of it or any part of it and included in the "products-completed operations hazard".

This exclusion does not apply if the damaged work or the work out of which the damage arises was performed on your behalf by a subcontractor.

**m. Damage To Impaired Property Or Property Not Physically Injured**

"Property damage" to "impaired property" or property that has not been physically injured, arising out of:

**(1)** A defect, deficiency, inadequacy or dangerous condition in "your product" or "your work"; or

**(2)** A delay or failure by you or anyone acting on your behalf to perform a contract or agreement in accordance with its terms.

This exclusion does not apply to the loss of use of other property arising out of sudden and accidental physical injury to "your product" or "your work" after it has been put to its intended use.

**n. Recall Of Products, Work Or Impaired Property**

Damages claimed for any loss, cost or expense incurred by you or others for the loss of use, withdrawal, recall, inspection, repair, replacement, adjustment, removal or disposal of:

**(1)** "Your product";

**(2)** "Your work"; or

**(3)** "Impaired property";

if such product, work, or property is withdrawn or recalled from the market or from use by any person or organization because of a known or suspected defect, deficiency, inadequacy or dangerous condition in it.

**o. Personal And Advertising Injury**

"Bodily injury" arising out of "personal and advertising injury".

Exclusions **c.** through **n.** do not apply to damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner. A separate limit of insurance applies to this coverage as described in Section **III** - Limits Of Insurance.

## COVERAGE B PERSONAL AND ADVERTISING INJURY LIABILITY

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "personal and advertising injury" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "personal and advertising injury" to which this insurance does not apply. We may, at our discretion, investigate any offense and settle any claim or "suit" that may result. But:

**(1)** The amount we will pay for damages is limited as described in Section **III** - Limits Of Insurance; and

**(2)** Our right and duty to defend end when we have used up the applicable limit of insurance in the payment of judgments or settlements under Coverages **A** or **B** or medical expenses under Coverage **C.**

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments - Coverages **A** and **B.**

**b.** This insurance applies to "personal and advertising injury" caused by an offense arising out of your business, but only if:

**(1)** The offense was committed in the "coverage territory";

**(2)** The offense was not committed before the Retroactive Date, if any, shown in the Declarations or after the end of the policy period; and

**(3)** A claim for damages because of the "personal and advertising injury" is first made against any insured, in accordance with Paragraph **c.** below, during the policy period or any Extended Reporting Period we provide under Section **V** - Extended Reporting Periods.

**c.** A claim made by a person or organization seeking damages will be deemed to have been made at the earlier of the following times:

**(1)** When notice of such claim is received and recorded by any insured or by us, whichever comes first; or

**(2)** When we make settlement in accordance with Paragraph **1.a.** above.

All claims for damages because of "personal and advertising injury" to the same person or organization as a result of an offense will be deemed to have been made at the time the first of those claims is made against any insured.

**2. Exclusions**

This insurance does not apply to:

**a. Knowing Violation Of Rights Of Another**

"Personal and advertising injury" caused by or at the direction of the insured with the knowledge that the act would violate the rights of another and would inflict "personal and advertising injury".

**b. Material Published With Knowledge Of Falsity**

"Personal and advertising injury" arising out of oral or written publication of material, if done by or at the direction of the insured with knowledge of its falsity.

**c. Material Published Prior To Policy Period**

"Personal and advertising injury" arising out of oral or written publication of material whose first publication took place before the Retroactive Date, if any, shown in the Declarations.

**d. Criminal Acts**

"Personal and advertising injury" arising out of a criminal act committed by or at the direction of the insured.

**e. Contractual Liability**

"Personal and advertising injury" for which the insured has assumed liability in a contract or agreement. This exclusion does not apply to liability for damages that the insured would have in the absence of the contract or agreement.

**f. Breach Of Contract**

"Personal and advertising injury" arising out of a breach of contract, except an implied contract to use another's advertising idea in your "advertisement".

**g. Quality Or Performance Of Goods - Failure To Conform To Statements**

"Personal and advertising injury" arising out of the failure of goods, products or services to conform with any statement of quality or performance made in your "advertisement".

**h. Wrong Description Of Prices**

"Personal and advertising injury" arising out of the wrong description of the price of goods, products or services stated in your "advertisement".

**i. Infringement Of Copyright, Patent, Trademark Or Trade Secret**

"Personal and advertising injury" arising out of the infringement of copyright, patent, trademark, trade secret or other intellectual property rights.

However, this exclusion does not apply to infringement, in your "advertisement", of copyright, trade dress or slogan.

**j. Insureds In Media And Internet Type Businesses**

"Personal and advertising injury" committed by an insured whose business is:

**(1)** Advertising, broadcasting, publishing or telecasting;

**(2)** Designing or determining content or websites for others; or

**(3)** An Internet search, access, content or service provider.

However, this exclusion does not apply to Paragraphs **14.a., b.** and **c.** of "personal and advertising injury" under the Definitions Section.

For the purposes of this exclusion, the placing of frames, borders or links, or advertising, for you or others anywhere on the Internet, is not by itself, considered the business of advertising, broadcasting, publishing or telecasting.

**k. Electronic Chatrooms Or Bulletin Boards**

"Personal and advertising injury" arising out of an electronic chatroom or bulletin board the insured hosts, owns, or over which the insured exercises control.

**l. Unauthorized Use Of Another's Name Or Product**

"Personal and advertising injury" arising out of the unauthorized use of another's name or product in your e-mail address, domain name or metatag, or any other similar tactics to mislead another's potential customers.

**m. Pollution**

"Personal and advertising injury" arising out of the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

**n. Pollution-Related**

Any loss, cost or expense arising out of any:

**(1)** Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of, "pollutants"; or

**(2)** Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of, "pollutants".

**COVERAGE C MEDICAL PAYMENTS**

**1. Insuring Agreement**

**a.** We will pay medical expenses as described below for "bodily injury" caused by an accident:

**(1)** On premises you own or rent;

**(2)** On ways next to premises you own or rent; or

**(3)** Because of your operations;

provided that:

**(1)** The accident takes place in the "coverage territory" and during the policy period;

**(2)** The expenses are incurred and reported to us within one year of the date of the accident; and

**(3)** The injured person submits to examination, at our expense, by physicians of our choice as often as we reasonably require.

**b.** We will make these payments regardless of fault. These payments will not exceed the applicable limit of insurance. We will pay reasonable expenses for:

**(1)** First aid administered at the time of an accident;

**(2)** Necessary medical, surgical, x-ray and dental services, including prosthetic devices; and

**(3)** Necessary ambulance, hospital, professional nursing and funeral services.

**2. Exclusions**

We will not pay expenses for "bodily injury":

**a. Any Insured**

To any insured, except "volunteer workers".

**b. Hired Person**

To a person hired to do work for or on behalf of any insured or a tenant of any insured.

**c. Injury On Normally Occupied Premises**

To a person injured on that part of premises you own or rent that the person normally occupies.

**d. Workers Compensation And Similar Laws**

To a person, whether or not an "employee" of any insured, if benefits for the "bodily injury" are payable or must be provided under a workers' compensation or disability benefits law or a similar law.

**e. Athletics Activities**

To a person injured while taking part in athletics.

**f. Products-Completed Operations Hazard**

Included within the "products-completed operations hazard".

**g. Coverage A Exclusions**

Excluded under Coverage **A.**

**h. War**

Due to war, whether or not declared, or any act or condition incident to war. War includes civil war, insurrection, rebellion or revolution.

**SUPPLEMENTARY PAYMENTS - COVERAGES A AND B**

1. We will pay, with respect to any claim we investigate or settle or any "suit" against an insured we defend:

   **a.** All expenses we incur.

   **b.** Up to $250 for cost of bail bonds required because of accidents or traffic law violations arising out of the use of any vehicle to which the Bodily Injury Liability Coverage applies. We do not have to furnish these bonds.

   **c.** The cost of bonds to release attachments, but only for bond amounts within the applicable limit of insurance. We do not have to furnish these bonds.

   **d.** All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the claim or "suit", including actual loss of earnings up to $250 a day because of time off from work.

   **e.** All costs taxed against the insured in the "suit".

   **f.** Prejudgment interest awarded against the insured on that part of the judgment we pay. If we make an offer to pay the applicable limit of insurance, we will not pay any prejudgment interest based on that period of time after the offer.

   **g.** All interest on the full amount of any judgment that accrues after entry of the judgment and before we have paid, offered to pay, or deposited in court the part of the judgment that is within the applicable limit of insurance.

   These payments will not reduce the limits of insurance.

2. If we defend an insured against a "suit" and an indemnitee of the insured is also named as a party to the "suit", we will defend that indemnitee if all of the following conditions are met:

   **a.** The "suit" against the indemnitee seeks damages for which the insured has assumed the liability of the indemnitee in a contract or agreement that is an "insured contract";

   **b.** This insurance applies to such liability assumed by the insured;

   **c.** The obligation to defend, or the cost of the defense of, that indemnitee, has also been assumed by the insured in the same "insured contract";

   **d.** The allegations in the "suit" and the information we know about the "occurrence" are such that no conflict appears to exist between the interests of the insured and the interests of the indemnitee;

   **e.** The indemnitee and the insured ask us to conduct and control the defense of that indemnitee against such "suit" and agree that we can assign the same counsel to defend the insured and the indemnitee; and

   **f.** The indemnitee:

      **(1)** Agrees in writing to:

         **(a)** Cooperate with us in the investigation, settlement or defense of the "suit";

         **(b)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the "suit";

         **(c)** Notify any other insurer whose coverage is available to the indemnitee; and

         **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

         **(d)** Cooperate with us with respect to coordinating other applicable insurance available to the indemnitee; and

    (2) Provides us with written authorization to:

        (a) Obtain records and other information related to the "suit"; and

        (b) Conduct and control the defense of the indemnitee in such "suit".

So long as the above conditions are met, attorneys' fees incurred by us in the defense of that indemnitee, necessary litigation expenses incurred by us and necessary litigation expenses incurred by the indemnitee at our request will be paid as Supplementary Payments. Notwithstanding the provisions of Paragraph **2.b.(2)** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability, such payments will not be deemed to be damages for "bodily injury" and "property damage" and will not reduce the limits of insurance.

Our obligation to defend an insured's indemnitee and to pay for attorneys' fees and necessary litigation expenses as Supplementary Payments ends when:

**a.** We have used up the applicable limit of insurance in the payment of judgments or settlements; or

**b.** The conditions set forth above, or the terms of the agreement described in Paragraph **f.** above, are no longer met.

## SECTION II - WHO IS AN INSURED

**1.** If you are designated in the Declarations as:

    **a.** An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are the sole owner.

    **b.** A partnership or joint venture, you are an insured. Your members, your partners, and their spouses are also insureds, but only with respect to the conduct of your business.

    **c.** A limited liability company, you are an insured. Your members are also insureds, but only with respect to the conduct of your business. Your managers are insureds, but only with respect to their duties as your managers.

    **d.** An organization other than a partnership, joint venture or limited liability company, you are an insured. Your "executive officers" and directors are insureds, but only with respect to their duties as your officers or directors. Your stockholders are also insureds, but only with respect to their liability as stockholders.

    **e.** A trust, you are an insured. Your trustees are also insureds, but only with respect to their duties as trustees.

**2.** Each of the following is also an insured:

    **a.** Your "volunteer workers" only while performing duties related to the conduct of your business, or your "employees", other than either your "executive officers" (if you are an organization other than a partnership, joint venture or limited liability company) or your managers (if you are a limited liability company), but only for acts within the scope of their employment by you or while performing duties related to the conduct of your business. However, none of these "employees" or "volunteer workers" are insureds for:

        (1) "Bodily injury" or "personal and advertising injury":

            (a) To you, to your partners or members (if you are a partnership or joint venture), to your members (if you are a limited liability company), to a co-"employee" while in the course of his or her employment or performing duties related to the conduct of your business, or to your other "volunteer workers" while performing duties related to the conduct of your business;

            (b) To the spouse, child, parent, brother or sister of that co-"employee" or "volunteer worker" as a consequence of Paragraph **(1)(a)** above;

            (c) For which there is any obligation to share damages with or repay someone else who must pay damages because of the injury described in Paragraphs **(1)(a)** or **(b)** above; or

            (d) Arising out of his or her providing or failing to provide professional health care services.

        (2) "Property damage" to property:

            (a) Owned, occupied or used by,

            (b) Rented to, in the care, custody or control of, or over which physical control is being exercised for any purpose by

        you, any of your "employees", "volunteer workers", any partner or member (if you are a partnership or joint venture), or any member (if you are a limited liability company).

    **b.** Any person (other than your "employee" or "volunteer worker") or any organization while acting as your real estate manager.

    **c.** Any person or organization having proper temporary custody of your property if you die, but only:

        (1) With respect to liability arising out of the maintenance or use of that property; and

        (2) Until your legal representative has been appointed.

 Copyright, ISO Properties, Inc., 2000

**d.** Your legal representative if you die, but only with respect to duties as such. That representative will have all your rights and duties under this Coverage Part.

**3.** With respect to "mobile equipment" registered in your name under any motor vehicle registration law, any person is an insured while driving such equipment along a public highway with your permission. Any other person or organization responsible for the conduct of such person is also an insured, but only with respect to liability arising out of the operation of the equipment, and only if no other insurance of any kind is available to that person or organization for this liability. However, no person or organization is an insured with respect to:

**a.** "Bodily injury" to a co-"employee" of the person driving the equipment; or

**b.** "Property damage" to property owned by, rented to, in the charge of or occupied by you or the employer of any person who is an insured under this provision.

**4.** Any organization you newly acquire or form, other than a partnership, joint venture or limited liability company, and over which you maintain ownership or majority interest, will qualify as a Named Insured if there is no other similar insurance available to that organization. However:

**a.** Coverage under this provision is afforded only until the 90th day after you acquire or form the organization or the end of the policy period, whichever is earlier;

**b.** Coverage A does not apply to "bodily injury" or "property damage" that occurred before you acquired or formed the organization; and

**c.** Coverage B does not apply to "personal and advertising injury" arising out of an offense committed before you acquired or formed the organization.

No person or organization is an insured with respect to the conduct of any current or past partnership, joint venture or limited liability company that is not shown as a Named Insured in the Declarations.

## SECTION III - LIMITS OF INSURANCE

**1.** The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay regardless of the number of:

**a.** Insureds;

**b.** Claims made or "suits" brought; or

**c.** Persons or organizations making claims or bringing "suits".

**2.** The General Aggregate Limit is the most we will pay for the sum of:

**a.** Medical expenses under Coverage C;

**b.** Damages under Coverage A, except damages because of "bodily injury" or "property damage" included in the "products-completed operations hazard"; and

**c.** Damages under Coverage B.

**3.** The Products-Completed Operations Aggregate Limit is the most we will pay under Coverage A for damages because of "bodily injury" and "property damage" included in the "products-completed operations hazard".

**4.** Subject to **2.** above, the Personal and Advertising Injury Limit is the most we will pay under Coverage B for the sum of all damages because of all "personal and advertising injury" sustained by any one person or organization.

**5.** Subject to **2.** or **3.** above, whichever applies, the Each Occurrence Limit is the most we will pay for the sum of:

**a.** Damages under Coverage A; and

**b.** Medical expenses under Coverage C

because of all "bodily injury" and "property damage" arising out of any one "occurrence".

**6.** Subject to **5.** above, the Damage To Premises Rented To You Limit is the most we will pay under Coverage A for damages because of "property damage" to any one premises, while rented to you, or in the case of damage by fire, while rented to you or temporarily occupied by you with permission of the owner.

**7.** Subject to **5.** above, the Medical Expense Limit is the most we will pay under Coverage C for all medical expenses because of "bodily injury" sustained by any one person.

The Limits of Insurance of this Coverage Part apply separately to each consecutive annual period and to any remaining period of less than 12 months, starting with the beginning of the policy period shown in the Declarations, unless the policy period is extended after issuance for an additional period of less than 12 months. In that case, the additional period will be deemed part of the last preceding period for purposes of determining the Limits of Insurance.

## SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS

**1. Bankruptcy**

Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

**2. Duties In The Event Of Occurrence, Offense, Claim Or Suit**

**a.** You must see to it that we are notified as soon as practicable of an "occurrence" or offense which may result in a claim. To the extent possible, notice should include:

**(1)** How, when and where the "occurrence" or offense took place;

**(2)** The names and addresses of any injured persons and witnesses; and

**(3)** The nature and location of any injury or damage arising out of the "occurrence" or offense.

Notice of an "occurrence" or offense is not notice of a claim.

**b.** If a claim is received by any insured, you must:

**(1)** Immediately record the specifics of the claim and the date received; and

**(2)** Notify us as soon as practicable.

You must see to it that we receive written notice of the claim as soon as practicable.

**c.** You and any other involved insured must:

**(1)** Immediately send us copies of any demands, notices, summonses or legal papers received in connection with the claim or a "suit";

**(2)** Authorize us to obtain records and other information;

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit"; and

**(4)** Assist us, upon our request, in the enforcement of any right against any person or organization which may be liable to the insured because of injury or damage to which this insurance may also apply.

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

**3. Legal Action Against Us**

No person or organization has a right under this Coverage Part:

**a.** To join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

**b.** To sue us on this Coverage Part unless all of its terms have been fully complied with.

A person or organization may sue us to recover on an agreed settlement or on a final judgment against an insured; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance. An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant or the claimant's legal representative.

**4. Other Insurance**

If other valid and collectible insurance is available to the insured for a loss we cover under Coverages **A** or **B** of this Coverage Part, our obligations are limited as follows:

**a. Primary Insurance**

This insurance is primary except when **b.** below applies. If this insurance is primary, our obligations are not affected unless any of the other insurance is also primary. Then, we will share with all that other insurance by the method described in **c.** below.

**b. Excess Insurance**

This insurance is excess over:

**(1)** Any of the other insurance, whether primary, excess, contingent or on any other basis:

**(a)** That is effective prior to the beginning of the policy period shown in the Declarations of this insurance and applies to "bodily injury" or "property damage" on other than a claims-made basis, if:

**(i)** No Retroactive Date is shown in the Declarations of this insurance; or

**(ii)** The other insurance has a policy period which continues after the Retroactive Date shown in the Declarations of this insurance;

**(b)** That is Fire, Extended Coverage, Builders' Risk, Installation Risk or similar coverage for "your work";

**(c)** That is Fire insurance for premises rented to you or temporarily occupied by you with permission of the owner;

**(d)** That is insurance purchased by you to cover your liability as a tenant for "property damage" to premises rented to you or temporarily occupied by you with permission of the owner; or

**(e)** If the loss arises out of the maintenance or use of aircraft, "autos" or watercraft to the extent not subject to Exclusion **g.** of Section I - Coverage **A** - Bodily Injury And Property Damage Liability.

**(2)** Any other primary insurance available to you covering liability for damages arising out of the premises or operations for which you have been added as an additional insured by attachment of an endorsement.

When this insurance is excess, we will have no duty under Coverages **A** or **B** to defend the insured against any "suit" if any other insurer has a duty to defend the insured against that "suit". If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against all those other insurers.

When this insurance is excess over other insurance, we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

**(1)** The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

**(2)** The total of all deductible and self-insured amounts under all that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this Excess Insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

**c. Method Of Sharing**

If all of the other insurance permits contribution by equal shares, we will follow this method also. Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits. Under this method, each insurer's share is based on the ratio of its applicable limit of insurance to the total applicable limits of insurance of all insurers.

**5. Premium Audit**

**a.** We will compute all premiums for this Coverage Part in accordance with our rules and rates.

**b.** Premium shown in this Coverage Part as advance premium is a deposit premium only. At the close of each audit period we will compute the earned premium for that period and send notice to the first Named Insured. The due date for audit and retrospective premiums is the date shown as the due date on the bill. If the sum of the advance and audit premiums paid for the policy period is greater than the earned premium, we will return the excess to the first Named Insured.

**c.** The first Named Insured must keep records of the information we need for premium computation, and send us copies at such times as we may request.

**6. Representations**

By accepting this policy, you agree:

**a.** The statements in the Declarations are accurate and complete;

**b.** Those statements are based upon representations you made to us; and

**c.** We have issued this policy in reliance upon your representations.

**7. Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned in this Coverage Part to the first Named Insured, this insurance applies:

**a.** As if each Named Insured were the only Named Insured; and

**b.** Separately to each insured against whom claim is made or "suit" is brought.

**8. Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

**9. When We Do Not Renew**

If we decide not to renew this Coverage Part, we will mail or deliver to the first Named Insured shown in the Declarations written notice of the nonrenewal not less than 30 days before the expiration date.

If notice is mailed, proof of mailing will be sufficient proof of notice.

**10. Your Right To Claim And "Occurrence" Information**

We will provide the first Named Insured shown in the Declarations the following information relating to this and any preceding general liability claims-made Coverage Part we have issued to you during the previous three years:

**a.** A list or other record of each "occurrence", not previously reported to any other insurer, of which we were notified in accordance with Paragraph **2.a.** of the Section **IV - Duties In The Event Of Occurrence, Offense, Claim Or Suit Condition.** We will include the date and brief description of the "occurrence" if that information was in the notice we received.

**b.** A summary of, by policy year, of payments made and amounts reserved, stated separately, under any applicable General Aggregate Limit

and Products-Completed Operations Aggregate Limit.

Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.

You must not disclose this information to any claimant or any claimant's representative without our consent.

If we cancel or elect not to renew this Coverage Part, we will provide such information no later than 30 days before the date of policy termination. In other circumstances, we will provide this information only if we receive a written request from the first Named Insured within 60 days after the end of the policy period. In this case, we will provide this information within 45 days of receipt of the request.

We compile claim and "occurrence" information for our own business purposes and exercise reasonable care in doing so. In providing this information to the first Named Insured, we make no representations or warranties to insureds, insurers, or others to whom this information is furnished by or on behalf of any insured. Cancellation or non-renewal will be effective even if we inadvertently provide inaccurate information.

## SECTION V - EXTENDED REPORTING PERIODS

1.  We will provide one or more Extended Reporting Periods, as described below, if:

    a.  This Coverage Part is canceled or not renewed; or

    b.  We renew or replace this Coverage Part with insurance that:

        (1) Has a Retroactive Date later than the date shown in the Declarations of this Coverage Part; or

        (2) Does not apply to "bodily injury", "property damage" or "personal and advertising injury" on a claims-made basis.

2.  Extended Reporting Periods do not extend the policy period or change the scope of coverage provided. They apply only to claims for:

    a.  "Bodily injury" or "property damage" that occurs before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations; or

    b.  "Personal and advertising injury" caused by an offense committed before the end of the policy period but not before the Retroactive Date, if any, shown in the Declarations.

    Once in effect, Extended Reporting Periods may not be canceled.

3.  A Basic Extended Reporting Period is automatically provided without additional charge. This

period starts with the end of the policy period and lasts for:

a.  Five years with respect to claims because of "bodily injury" and "property damage" arising out of an "occurrence" reported to us, not later than 60 days after the end of the policy period, in accordance with Paragraph **2.a.** of the Section **IV** - Duties In The Event Of Occurence, Offense, Claim Or Suit Condition;

b.  Five years with respect to claims because of "personal and advertising injury" arising out of an offense reported to us, not later than 60 days after the end of the policy period, in accordance with Paragraph **2.a.** of the Section **IV** - Duties In The Event Of Occurrence, Offense, Claim Or Suit Condition; and

c.  Sixty days with respect to claims arising from "occurrences" or offenses not previously reported to us.

The Basic Extended Reporting Period does not apply to claims that are covered under any subsequent insurance you purchase, or that would be covered but for exhaustion of the amount of insurance applicable to such claims.

4.  The Basic Extended Reporting Period does not reinstate or increase the Limits of Insurance.

5.  A Supplemental Extended Reporting Period of unlimited duration is available, but only by an endorsement and for an extra charge. This supplemental period starts when the Basic Extended Reporting Period, set forth in Paragraph **3.** above, ends.

You must give us a written request for the endorsement within 60 days after the end of the policy period. The Supplemental Extended Reporting Period will not go into effect unless you pay the additional premium promptly when due.

We will determine the additional premium in accordance with our rules and rates. In doing so, we may take into account the following:

a.  The exposures insured;

b.  Previous types and amounts of insurance;

c.  Limits of Insurance available under this Coverage Part for future payment of damages; and

d.  Other related factors.

The additional premium will not exceed 200% of the annual premium for this Coverage Part.

This endorsement shall set forth the terms, not inconsistent with this Section, applicable to the Supplemental Extended Reporting Period, including a provision to the effect that the insurance afforded for claims first received during such period is excess over any other valid and collectible insurance available under policies in force after the Supplemental Extended Reporting Period starts.

 Copyright, ISO Properties, Inc., 2000

**6.** If the Supplemental Extended Reporting Period is in effect, we will provide the supplemental aggregate limits of insurance described below, but only for claims first received and recorded during the Supplemental Extended Reporting Period.

The supplemental aggregate limits of insurance will be equal to the dollar amount shown in the Declarations in effect at the end of the policy period for such of the following limits of insurance for which a dollar amount has been entered:

General Aggregate Limit

Products-Completed Operations Aggregate Limit

Paragraphs **2.** and **3.** of Section III - Limits Of Insurance will be amended accordingly. The Personal and Advertising Injury Limit, the Each Occurrence Limit and the Damage To Premises Rented To You Limit shown in the Declarations will then continue to apply, as set forth in Paragraphs **4., 5.** and **6.** of that Section.

## SECTION VI - DEFINITIONS

**1.** "Advertisement" means a notice that is broadcast or published to the general public or specific market segments about your goods, products or services for the purpose of attracting customers or supporters. For the purposes of this definition:

  **a.** Notices that are published include material placed on the Internet or on similar electronic means of communication; and

  **b.** Regarding web-sites, only that part of a web-site that is about your goods, products or services for the purposes of attracting customers or supporters is considered an advertisement.

**2.** "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment. But "auto" does not include "mobile equipment".

**3.** "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

**4.** "Coverage territory" means:

  **a.** The United States of America (including its territories and possessions), Puerto Rico and Canada;

  **b.** International waters or airspace, but only if the injury or damage occurs in the course of travel or transportation between any places included in **a.** above; or

  **c.** All other parts of the world if the injury or damage arises out of:

   **(1)** Goods or products made or sold by you in the territory described in **a.** above;

   **(2)** The activities of a person whose home is in the territory described in **a.** above, but

is away for a short time on your business; or

   **(3)** "Personal and advertising injury" offenses that take place through the Internet or similar electronic means of communication

provided the insured's responsibility to pay damages is determined in a "suit" on the merits, in the territory described in **a.** above or in a settlement we agree to.

**5.** "Employee" includes a "leased worker". "Employee" does not include a "temporary worker".

**6.** "Executive officer" means a person holding any of the officer positions created by your charter, constitution, by-laws or any other similar governing document.

**7.** "Hostile fire" means one which becomes uncontrollable or breaks out from where it was intended to be.

**8.** "Impaired property" means tangible property, other than "your product" or "your work", that cannot be used or is less useful because:

  **a.** It incorporates "your product" or "your work" that is known or thought to be defective, deficient, inadequate or dangerous; or

  **b.** You have failed to fulfill the terms of a contract or agreement;

  if such property can be restored to use by:

  **a.** The repair, replacement, adjustment or removal of "your product" or "your work"; or

  **b.** Your fulfilling the terms of the contract or agreement.

**9.** "Insured contract" means:

  **a.** A contract for a lease of premises. However, that portion of the contract for a lease of premises that indemnifies any person or organization for damage by fire to premises while rented to you or temporarily occupied by you with permission of the owner is not an "insured contract";

  **b.** A sidetrack agreement;

  **c.** Any easement or license agreement, except in connection with construction or demolition operations on or within 50 feet of a railroad;

  **d.** An obligation, as required by ordinance, to indemnify a municipality, except in connection with work for a municipality;

  **e.** An elevator maintenance agreement;

  **f.** That part of any other contract or agreement pertaining to your business (including an indemnification of a municipality in connection with work performed for a municipality) under which you assume the tort liability of another

 Copyright, ISO Properties, Inc., 2000

party to pay for "bodily injury" or "property damage" to a third person or organization. Tort liability means a liability that would be imposed by law in the absence of any contract or agreement.

Paragraph **f.** does not include that part of any contract or agreement:

**(1)** That indemnifies a railroad for "bodily injury" or "property damage" arising out of construction or demolition operations, within 50 feet of any railroad property and affecting any railroad bridge or trestle, tracks, road-beds, tunnel, underpass or crossing;

**(2)** That indemnifies an architect, engineer or surveyor for injury or damage arising out of:

**(a)** Preparing, approving, or failing to prepare or approve, maps, shop drawings, opinions, reports, surveys, field orders, change orders or drawings and specifications; or

**(b)** Giving directions or instructions, or failing to give them, if that is the primary cause of the injury or damage; or

**(3)** Under which the insured, if an architect, engineer or surveyor, assumes liability for an injury or damage arising out of the insured's rendering or failure to render professional services, including those listed in **(2)** above and supervisory, inspection, architectural or engineering activities.

**10.** "Leased worker" means a person leased to you by a labor leasing firm under an agreement between you and the labor leasing firm, to perform duties related to the conduct of your business. "Leased worker" does not include a "temporary worker".

**11.** "Loading or unloading" means the handling of property:

**a.** After it is moved from the place where it is accepted for movement into or onto an aircraft, watercraft or "auto";

**b.** While it is in or on an aircraft, watercraft or "auto"; or

**c.** While it is being moved from an aircraft, watercraft or "auto" to the place where it is finally delivered;

but "loading or unloading" does not include the movement of property by means of a mechanical device, other than a hand truck, that is not attached to the aircraft, watercraft or "auto".

**12.** "Mobile equipment" means any of the following types of land vehicles, including any attached machinery or equipment:

**a.** Bulldozers, farm machinery, forklifts and other vehicles designed for use principally off public roads;

**b.** Vehicles maintained for use solely on or next to premises you own or rent;

**c.** Vehicles that travel on crawler treads;

**d.** Vehicles, whether self-propelled or not, maintained primarily to provide mobility to permanently mounted:

**(1)** Power cranes, shovels, loaders, diggers or drills; or

**(2)** Road construction or resurfacing equipment such as graders, scrapers or rollers;

**e.** Vehicles not described in **a., b., c.** or **d.** above that are not self-propelled and are maintained primarily to provide mobility to permanently attached equipment of the following types:

**(1)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment; or

**(2)** Cherry pickers and similar devices used to raise or lower workers;

**f.** Vehicles not described in **a., b., c.** or **d.** above maintained primarily for purposes other than the transportation of persons or cargo.

However, self-propelled vehicles with the following types of permanently attached equipment are not "mobile equipment" but will be considered "autos":

**(1)** Equipment designed primarily for:

**(a)** Snow removal;

**(b)** Road maintenance, but not construction or resurfacing; or

**(c)** Street cleaning;

**(2)** Cherry pickers and similar devices mounted on automobile or truck chassis and used to raise or lower workers; and

**(3)** Air compressors, pumps and generators, including spraying, welding, building cleaning, geophysical exploration, lighting and well servicing equipment.

**13.** "Occurrence" means an accident, including continuous or repeated exposure to substantially the same general harmful conditions.

 Copyright, ISO Properties, Inc., 2000

**14.** "Personal and advertising injury" means injury, including consequential "bodily injury", arising out of one or more of the following offenses:

   **a.** False arrest, detention or imprisonment;

   **b.** Malicious prosecution;

   **c.** The wrongful eviction from, wrongful entry into, or invasion of the right of private occupancy of a room, dwelling or premises that a person occupies, committed by or on behalf of its owner, landlord or lessor;

   **d.** Oral or written publication, in any manner, of material that slanders or libels a person or organization or disparages a person's or organization's goods, products or services;

   **e.** Oral or written publication, in any manner, of material that violates a person's right of privacy;

   **f.** The use of another's advertising idea in your "advertisement"; or

   **g.** Infringing upon another's copyright, trade dress or slogan in your "advertisement".

**15.** "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste. Waste includes materials to be recycled, reconditioned or reclaimed.

**16.** "Products-completed operations hazard":

   **a.** Includes all "bodily injury" and "property damage" occurring away from premises you own or rent and arising out of "your product" or "your work" except:

      **(1)** Products that are still in your physical possession; or

      **(2)** Work that has not yet been completed or abandoned. However, "your work" will be deemed completed at the earliest of the following times:

         **(a)** When all of the work called for in your contract has been completed.

         **(b)** When all of the work to be done at the job site has been completed if your contract calls for work at more than one job site.

         **(c)** When that part of the work done at a job site has been put to its intended use by any person or organization other than another contractor or subcontractor working on the same project.

      Work that may need service, maintenance, correction, repair or replacement, but which is otherwise complete, will be treated as completed.

   **b.** Does not include "bodily injury" or "property damage" arising out of:

      **(1)** The transportation of property, unless the injury or damage arises out of a condition in or on a vehicle not owned or operated by you, and that condition was created by the "loading or unloading" of that vehicle by any insured;

      **(2)** The existence of tools, uninstalled equipment or abandoned or unused materials; or

      **(3)** Products or operations for which the classification, listed in the Declarations or in a policy schedule, states that products-completed operations are subject to the General Aggregate Limit.

**17.** "Property damage" means:

   **a.** Physical injury to tangible property, including all resulting loss of use of that property. All such loss of use shall be deemed to occur at the time of the physical injury that caused it; or

   **b.** Loss of use of tangible property that is not physically injured. All such loss of use shall be deemed to occur at the time of the "occurrence" that caused it.

For the purposes of this insurance, electronic data is not tangible property.

As used in this definition, electronic data means information, facts or programs stored as or on, created or used on, or transmitted to or from, computer software, including systems and applications software, hard or floppy disks, CD-ROMS, tapes, drives, cells, data processing devices or any other media which are used with electronically controlled equipment.

**18.** "Suit" means a civil proceeding in which damages because of "bodily injury", "property damage" or "personal and advertising injury" to which this insurance applies are alleged. "Suit" includes:

   **a.** An arbitration proceeding in which such damages are claimed and to which the insured must submit or does submit with our consent; or

   **b.** Any other alternative dispute resolution proceeding in which such damages are claimed and to which the insured submits with our consent.

**19.** "Temporary worker" means a person who is furnished to you to substitute for a permanent "employee" on leave or to meet seasonal or short-term workload conditions.

**20.** "Volunteer worker" means a person who is not your "employee", and who donates his or her work and acts at the direction of and within the scope of duties determined by you, and is not paid a fee, salary or other compensation by you or anyone else for their work performed for you.

**21.** "Your product":

    **a.** Means:

        **(1)** Any goods or products, other than real property, manufactured, sold, handled, distributed or disposed of by:

            **(a)** You;

            **(b)** Others trading under your name; or

            **(c)** A person or organization whose business or assets you have acquired; and

        **(2)** Containers (other than vehicles), materials, parts or equipment furnished in connection with such goods or products.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your product"; and

        **(2)** The providing of or failure to provide warnings or instructions.

    **c.** Does not include vending machines or other property rented to or located for the use of others but not sold.

**22.** "Your work":

    **a.** Means:

        **(1)** Work or operations performed by you or on your behalf; and

        **(2)** Materials, parts or equipment furnished in connection with such work or operations.

    **b.** Includes:

        **(1)** Warranties or representations made at any time with respect to the fitness, quality, durability, performance or use of "your work" and

        **(2)** The providing of or failure to provide warnings or instructions.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 03 00 01 96

# DEDUCTIBLE LIABILITY INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS LIABILITY COVERAGE PART

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| | |
|---|---|
| Endorsement effective<br>September 6, 2006   12:01 A.M. standard time | Policy No.<br>    AHB-0000237 |
| Named Insured<br>Gareda Diversified Business | Countersigned by |

(Authorized Representative)

## SCHEDULE

| Coverage | Amount and Basis of Deductible | | |
|---|---|---|---|
| | PER CLAIM | or | PER OCCURRENCE |
| Bodily Injury Liability | $ | | $ |
| OR | | | |
| Property Damage Liability | $ | | $ |
| OR | | | |
| Bodily Injury Liability and/or<br>Property Damage Liability Combined | $ | | $        5,000 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

**APPLICATION OF ENDORSEMENT** (Enter below any limitations on the application of this endorsement. If no limitation is entered, the deductibles apply to damages for all "bodily injury" and "property damage," however caused):

**A.** Our obligation under the Bodily Injury Liability and Property Damage Liability Coverages to pay damages on your behalf applies only to the amount of damages in excess of any deductible amounts stated in the Schedule above as applicable to such coverages.

**B.** You may select a deductible amount on either a per claim or a per "occurrence" basis. Your selected deductible applies to the coverage option and to the basis of the deductible indicated by the placement of the deductible amount in the Schedule above. The deductible amount stated in the Schedule above applies as follows:

**1.** **PER CLAIM BASIS.** If the deductible amount indicated in the Schedule above is on a per claim basis, that deductible applies as follows:

   **a.** Under Bodily Injury Liability Coverage, to all damages sustained by any one person because of "bodily injury";

   **b.** Under Property Damage Liability Coverage, to all damages sustained by any one person because of "property damage"; or

   **c.** Under Bodily Injury Liability and/or Property Damage Liability Coverage

Combined, to all damages sustained by any one person because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence."

If damages are claimed for care, loss of services or death resulting at any time from "bodily injury," a separate deductible amount will be applied to each person making a claim for such damages.

With respect to "property damage," person includes an organization.

**2. PER OCCURRENCE BASIS.** If the deductible amount indicated in the Schedule above is on a "per occurrence" basis, that deductible amount applies as follows:

**a.** Under Bodily Injury Liability Coverage, to all damages because of "bodily injury";

**b.** Under Property Damage Liability Coverage, to all damages because of "property damage"; or

**c.** Under Bodily Injury Liability and/or

Property Damage Liability Coverage Combined, to all damages because of:

**(1)** "Bodily injury";

**(2)** "Property damage"; or

**(3)** "Bodily injury" and "property damage" combined

as the result of any one "occurrence," regardless of the number of persons or organizations who sustain damages because of that "occurrence."

**C.** The terms of this insurance, including those with respect to:

**1.** Our right and duty to defend the insured against any "suits" seeking those damages; and

**2.** Your duties in the event of an "occurrence," claim, or "suit"

apply irrespective of the application of the deductible amount.

**D.** We may pay any part or all of the deductible amount to effect settlement of any claim or "suit" and, upon notification of the action taken, you shall promptly reimburse us for such part of the deductible amount as has been paid by us.

Copyright, Insurance Services Office, Inc., 1994

CL 838 (1-96)
CG 03 00 01 96

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 21 16 07 98

# EXCLUSION - DESIGNATED PROFESSIONAL SERVICES

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective | Policy No. |
|---|---|
| September 6, 2006    12:01 A.M. standard time | AHB-0000237 |
| Named Insured<br>Gareda Diversified Business | Countersigned by |

(Authorized Representative)

## SCHEDULE

**Description Of Professional Services:**

**1.** All Professional Services

**2.**

**3.**

(If no entry appears above, information required to complete this endorsement will be shown in the Declarations as applicable to this endorsement.)

With respect to any professional services shown in the Schedule, the following exclusion is added to paragraph **2.**, Exclusions of Section I - Coverage A - Bodily Injury And Property Damage Liability and paragraph **2.**, Exclusions of Section I - Coverage B - Personal And Advertising Injury Liability:

This insurance does not apply to "bodily injury", "property damage" or "personal and advertising injury" due to the rendering of or failure to render any professional service.

Copyright, Insurance Services Office, Inc., 1997

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

CG 21 47 10 93

# EMPLOYMENT-RELATED PRACTICES EXCLUSION

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**A.** The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages):

This insurance does not apply to:

"Bodily injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "bodily injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

**B.** The following exclusion is added to paragraph **2.**, Exclusions of COVERAGE B - PERSONAL AND ADVERTISING INJURY LIABILITY (Section I - Coverages):

This insurance does not apply to:

"Personal injury" to:

**(1)** A person arising out of any:

    **(a)** Refusal to employ that person;

    **(b)** Termination of that person's employment; or

    **(c)** Employment-related practices, policies, acts or omissions, such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination directed at that person; or

**(2)** The spouse, child, parent, brother or sister of that person as a consequence of "personal injury" to that person at whom any of the employment-related practices described in paragraphs **(a)**, **(b)** or **(c)** above is directed.

This exclusion applies:

**(1)** Whether the insured may be liable as an employer or in any other capacity; and

**(2)** To any obligation to share damages with or repay someone else who must pay damages because of the injury.

Copyright, Insurance Services Office, Inc., 1992

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT REFULLY.**

CG 22 52 10 93

# EXCLUSION - MEDICAL PAYMENTS COVERAGE
# (INMATES, PATIENTS OR PRISONERS)

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

This endorsement changes the policy effective on the inception date of the policy unless another date is indicated below.

| Endorsement effective | Policy No. |
|---|---|
| September 6, 2006        12:01 A.M. standard time | AHB-0000237 |
| Named Insured<br>Gareda Diversified Business | Countersigned by |

(Authorized Representative)

## SCHEDULE

Health Care Facilities
Mission, Settlement or Halfway Houses
Penal Institutions

The following exclusions are added to Paragraph **2.**, Exclusions of COVERAGE C - MEDICAL PAYMENTS (Section I - Coverages):

We will not pay expenses for:

**1.** "Bodily injury" to any inmate, patient or prisoner who is being treated, cared for, detained or imprisoned in any of the facilities shown in the Schedule.

**2.** Medical services rendered to anyone by you or your "employees" or any person or organization under contract with you to provide these medical services.

Copyright, Insurance Services Office, Inc., 1992

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006  **at 12:01 A.M. standard time, forms a part of**

**Policy No.:**    AHB-0000237

**Issued To:**    Gareda Diversified Business

**By:**    United National Insurance Company

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## WAR EXCLUSION

This endorsement modifies insurance provided under the following:

ALL LIABILITY COVERAGES OF THE POLICY

Any exclusion for war, warlike or military action whether or not specifically denominated as such, is deleted and replaced by the following:

Notwithstanding any provision of this policy to the contrary, this insurance does not apply to any injury, damage, loss, cost or expense, due to war, whether or not declared, or any act or condition incident to war.   War includes civil war, insurrection, rebellion, revolution or action taken by governmental authority or hindering or defending against any of these.

This exclusion does not affect the applicability of, and is in addition to, any exclusion of terrorism, whether or not specifically denominated as such.

EAA-147 (12/2001)                                                                                    Page 1 of 1

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective**  September 6, 2006       **at 12:01 A.M. standard time, forms a part of**

**Policy No.:**  AHB-0000237

**Issued To:**   Gareda Diversified Business

**By:**          United National Insurance Company

# THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## ELECTRONIC DATA AND CYBER RISK EXCLUSION

We will not pay for injury or damage, directly or indirectly arising out of, caused by, contributed to by or resulting from any:

1.  Functioning, nonfunctioning, misfunctioning, availability or nonavailability of:

    a.  the internet or similar facility; or

    b.  any intranet or private network or similar facility; or

    c.  any website, bulletin board, chat room, search engine, portal or similar third part application service.

2.  Alteration, corruption, destruction, distortion, erasure, theft or other loss of or damage to data, software, information repository, microchip, integrated system or similar device in any computer equipment or non-computer equipment or any kind of programming or instruction set;

3.  Loss of use or functionality, whether partial or entire, of data, coding, program, software, any computer or computer system or other device dependent upon any microchip or embedded logic and any ensuing inability or failure of the insured to conduct business;

    This exclusion supplements any exclusion elsewhere in the policy.

EAA-182 (11/2003)                                                              Page 1 of 1

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006 **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:** Gareda Diversified Business

**By:** United National Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## INDOOR AIR QUALITY EXCLUSION

This insurance does not apply to:

1. "Bodily injury", "property damage", "personal injury", or "advertising injury" arising out of, resulting from, caused or contributed to by mold, mildew and/or other conditions affecting indoor air quality; or

2. The cost of abatement, mitigation, removal or disposal of mold, mildew and/or other conditions affecting indoor air quality.

   This exclusion also includes:

   a. Any supervision, instructions, recommendations, warnings, or advice given or which should have been given in connection with the above; and

   b. Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

EPA-353 (2/2001)

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective**  September 6, 2006    **at 12:01 a.m. standard time, forms a part of**

**Policy #:**    AHB-0000237

**Issued to:**    Gareda Diversified Business

**By:**    United National Insurance Company

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

## MULTI EXCLUSION ENDORSEMENT - LIABILITY

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

I.    EXCLUSION - PUNITIVE & EXEMPLARY DAMAGES

This insurance does not apply to punitive damages, exemplary damages, fines, penalties, treble damages, or any other increase in damages resulting from the multiplication of compensatory damages.

II.    TOTAL POLLUTION EXCLUSION ENDORSEMENT

Subparagraph f. of 2. Exclusions of COVERAGE A (SECTION I) is deleted and replaced by the following:

f.    (1)  "Bodily injury" or "property damage" which would not have occurred in whole or part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of pollutants at any time.

(2)  Any loss, cost or expense arising out of any:

(a)  Request, demand or order that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of pollutants; or

(b)  Claim or "suit" by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of pollutants.

Pollutants means any solid, liquid, gaseous, or thermal irritant or contaminant including smoke, vapor, soot, fumes, acid, alkalis, chemicals and waste.  Waste includes material to be recycled, reconditioned or reclaimed.

III.    ASBESTOS AND SILICA EXCLUSION

This insurance does not apply to:

(1)  "Bodily Injury", "property damage", "personal injury" or "advertising injury" arising out of, resulting from, caused or contributed to by asbestos or silica; or

(2)  The cost of abatement, mitigation, removal or disposal of asbestos or silica.

This exclusion also includes:

(a)  Any supervision, instructions, recommendations, warnings, or advice given or which should have been given in connection with the above; and

(b)  Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**SL-1 (2/98)**                                                                                          **Countersignature**

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective**    September 6, 2006    **at 12:01 a.m. standard time, forms a part of**

**Policy #:**    AHB-0000237

**Issued to:**    Gareda Diversified Business

**By:**    United National Insurance Company

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

## WATER DAMAGE LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "property damage" to buildings or property therein, wherever occurring, arising out of any of the following causes, if such cause occurs on or from premises owned by or rented to any insured:

1.    the discharge, leakage or overflow of water or steam from plumbing, heating, refrigeration or air conditioning systems, standpipes for fire hoses, or industrial or domestic appliance or any substance from automatic sprinkler systems, or

2.    the collapse or fall of tanks or the component parts or supports of automatic sprinklers, but this exclusion does not apply to "property damage" due to fire.

_____
Countersignature

SL-3 (2/98)

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective**    September 6, 2006    **at 12:01 a.m. standard time, forms a part of**

**Policy #:**    AHB-0000237

**Issued to:**    Gareda Diversified Business

**By:**    United National Insurance Company

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY

## EXCLUSION - ABUSE OR MOLESTATION

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to "bodily injury", "property damage", "advertising injury",or "personal injury" arising out of, in whole or in part:

1.    The actual or threatened physical or sexual abuse or molestation or licentious, immoral or sexual behavior intended to lead to or culminating in any sexual act of or by any person while in the care, custody or control of any insured, or

2.    The failure of any insured or any person for whom the insured is legally responsible to prevent or suppress any actual or threatened physical or sexual abuse or molestation; or

3.    The negligent:

    a.    Employment;
    b.    Investigation;
    c.    Supervision;
    d.    Reporting to the proper authorities, or failure to so report; or
    e.    Retention

    of a person for whom any insured is or ever was legally responsible and whose conduct would be excluded by paragraph 1. or 2. above.

_____

Countersignature

SL-9 (2/98)

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective**  September 6, 2006   **at 12:01 a.m. standard time, forms a part of**

**Policy # :**    AHB-0000237

**Issued to :**    Gareda Diversified Business

**By :**        United National Insurance Company

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## EXCLUSION - LEAD LIABILITY

This endorsement modifies insurance provided under the following:
COMMERCIAL GENERAL LIABILITY COVERAGE PART

This insurance does not apply to:

1.  "Bodily injury", "property damage", "personal injury" or "advertising injury" arising out of, resulting from, caused by or contributed to by lead or exposure to lead or lead paint; or

2.  The costs of abatement, mitigation, removal or disposal of lead paint or any lead containing product or material;

This exclusion also includes:

a.  Any supervision, instructions, recommendations, warnings or advice given or which should have been given with regard to the above; and

b.  Any obligation to share damages with or repay someone else who must pay damages because of such injury  or damage.

_____

Countersignature

SL-31 (2/98)



United National Insurance Company
A Stock Company
*BALA CYNWYD, PENNSYLVANIA*

Administrative Offices:
Three Bala Plaza East, Suite 300
Bala Cynwyd, PA  19004

## PROFESSIONAL LIABILITY DECLARATIONS

**Policy Number:**   AHB-0000237                    **Renewal of:**  NEW

**Item 1.  Named Insured:**     Gareda Diversified Business

**Item 2.  Mailing Address:**    Services, Inc
1431 Huntington Drive

Calumet City                        IL   60409

**Item 3.  Policy Period:**     From:  September 6, 2006        To: September 6, 2007
(at 12:01 A.M. Standard Time at the address shown in Item 2. above.)

**Item 4.  Deductible:**        $      5,000        **Per Claim**
$                        **Aggregate**

**Item 5.  Limit of Insurance:** $   2,000,000      **Per Claim**
$   4,000,000      **Aggregate**

**Item 6.  Premium:**           $     122,197.00

**Item 7.  Retroactive Date:**      September 9, 1999

**Item 8.  Policy Forms and Endorsements attached at inception:**

### SEE ATTACHED SCHEDULE OF POLICY FORMS AND ENDORSEMENTS SAA-100

**Countersigned:** _____          **By:** _____
**Date**                                **Authorized Representative**

11/02/06

**united
national
group®**

# PROFESSIONAL LIABILITY COVERAGE FORM
# THIS IS A CLAIMS MADE COVERAGE.
# PLEASE READ THE ENTIRE FORM CAREFULLY.

Various provisions in this policy restrict coverage.  Read the entire policy carefully to determine rights, duties and what is and is not covered.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as a Named Insured under this policy.  The words "we", "us", and "our" refer to the company providing this insurance.

The word "insured" means any person or organization qualifying as such under SECTION III-WHO IS AN INSURED.  Other words and phrases that appear in quotation marks have special meaning.  Refer to SECTION VII-DEFINITIONS.

## SECTION I - PROFESSIONAL LIABILITY COVERAGE

**1.**  **Insuring Agreement**

We will pay those sums that the insured becomes legally obligated to pay as "compensatory damages" as a result of a "wrongful act".  This insurance applies to injury only if a "claim" for damages to which no other insurance applies, because of the injury is first made against the insured and reported to us during the "policy period".  This insurance does not apply to injury caused by a "wrongful act" that takes place outside of the "covered territory" or was committed before the Retroactive Date shown in the Declarations or after the "policy period".

a.    A "claim" by a person or organization seeking damages will be deemed to have been made when notice of such "claim" is received and recorded by the insured or by us, which ever comes first;

b.    All "claims" arising out of the same "wrongful act" will be considered to have been made at the time the first "claim" is made; and

c.    We will have the right and duty to select counsel and to defend any "suit" seeking damages.  However, we will have no duty to defend the insured against any "suit" seeking damages for injury to which this insurance does not apply.  But:

(1)    The amount we will pay for damages is limited as described in SECTION IV-LIMITS OF INSURANCE;

(2)    We may, at our discretion, investigate any "wrongful act" and settle any "claims" or "suit" that may result; and

(3)    Our right and duty to defend ends when we have used up the applicable limit of insurance in the payment of judgments or settlements.

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under SECTION II - "Claims" Expenses and Defense Costs.

**2.**  **Exclusions**

This insurance does not apply to:

a.    "Bodily injury" to an employee of any insured arising out of and in the course of:

(1)    employment by any insured; or

(2)     performing to duties related to the conduct of any insured's business.

b.     Any obligation of any insured under any workers' compensation, unemployment compensation or disability benefits law or under any similar law;

c.     Injury arising out of the ownership, maintenance, use or entrustment to others of any aircraft, "auto" or watercraft owned or operated by or rented or loaned to any insured. Use includes operation and "loading and unloading".

This exclusion applies even if the "claims" against any insured allege negligence or other wrongdoing in the supervision, hiring, employment, training or monitoring of others by that insured, if the "wrongful act" that caused the injury or damage involved the ownership, maintenance, use or entrustment to other of any aircraft, "auto" or watercraft that is owned or operated by or rented or loaned to any insured.

d.     Injury arising out of a criminal act by any insured;

e.     Injury for which any insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to damages that the insured would have in the absence of a contract or agreement;

f.     Any obligation of any insured to pay damages because of fee disputes or similar contractual disputes;

g.     Liability imposed on any insured or any insured's insurer, under Employees' Retirement Income Security Act of 1974 (E.R.I.S.A.), as now or hereafter amended or any similar state or other governmental law;

h.     Any "claim" or "suit" alleging a negligent act, error or omission of an insured or of any other person for whose acts any insured may be legally liable, in the administration of any "employee benefit program".

i.     (1)     Injury arising out of, resulting from, caused or contributed to by asbestos or silica; or

(2)     The cost of abatement, mitigation, removal or disposal of asbestos or silica.

This exclusion also includes:

(1)     Any supervision, instructions, recommendations, warnings or advice given or that should have been given in connection with the above; and

(2)     Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

j.     "Claims" arising out of "wrongful acts" of any medical doctors, chiropractor, optometrist or dentist, unless in the capacity of your medical director or administrator.

k.     Injury or damage arising out of the prescribing of drugs or medical, dental or surgical supplies or appliances by any insured. However, this exclusion does not apply to the dispensing of drugs or medical, dental or surgical supplies or appliances.

l.     "Claims" arising out of professional services provided by any insured who is not properly licensed or certified to provide those services in the jurisdictions in which that insured practices.

m.     (1)     Injury or damage which would not have occurred in whole or in part but for the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of "pollutants" at any time.

(2)     Any loss, cost or expense arising out of any :

    (a)    Request, demand, order or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize or in any way respond to or assess the effects of "pollutants"; or

    (b)    "Claim" or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing or in any way responding to or assessing the effects of "pollutants".

n.    Any liability arising out of any nuclear materials or hazardous properties of any nuclear material, nuclear radiation, radioactive contamination or nuclear incident.

o.    Injury or damage arising out of exposure to, inhalation of or ingesting of, lead or any substance containing lead or the residue of lead.

p.    "Claims" arising out of or involving to employ, termination of employment or employment-related practices, policies, acts or omissions such as coercion, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation or discrimination.

q.    Injury or damage, directly or indirectly, arising out of, caused by, contributed to by or resulting from any:

    (1)    Functioning, nonfunctioning, misfunctioning, availability or nonavailability of:

        (a)    the internet or similar facility; or

        (b)    any intranet or private network or similar facility; or

        (c)    any website, bulletin board, chat room, search engine, portal or similar third party application service.

    (2)    Alteration, corruption, destruction, distortion, erasure, theft or other loss of or damage to data, software, information repository, microchip, integrated system or similar device in any computer equipment or non-computer equipment or any kind of programming or instruction set;

    (3)    Loss of use or functionality, whether partial or entire, of data, coding, program, software, any computer or computer system or other device dependent upon any microchip or embedded logic and any ensuing inability or failure of the insured to conduct business.

r.    Any "claim" or "suit" (including but not limited to, complaints, cross-claims, counterclaims or third party claims, however named) against any insured, brought by or arising out of any "claims" or "suits" brought by any other insured.

s.    Any "claim", "suit" or "wrongful act" that might result in a "claim" or "suit", of which any insured had knowledge or could have reasonably foreseen, at the signing date of the application for this insurance.

**SECTION II - "Claims" Expenses and Defense Costs**

We will pay, with respect to any "claim" or "suit" we defend:

1.    All expenses we incur.

2.    All reasonable expenses incurred by the insured at our request to assist us in the investigation or defense of the "claim" or "suit".

3.    All costs taxed against the insured in the "suit".

    These payments will not reduce our limits of insurance.

## SECTION III - WHO IS AN INSURED

1.   If you are designated in the Declarations as:

   a.   An individual, you and your spouse are insureds, but only with respect to the conduct of a business of which you are sole owner.

   b.   A partnership or joint venture, you are an insured. Your current and former members, partners, and their spouses are also insureds, but only with respect to the conduct of your business.

   c.   An organization other than a partnership or joint venture. You are an insured. Your current or former Executive Officers and Directors are insureds, but only with respect to their duties as your Officers and Directors.

2.   The following are also insureds:

   a.   Your medical directors and administrators, but only while acting within the scope of their duties as such on your behalf and excluding "wrongful acts" while performing professional services as medical doctors, chiropractors, optometrists or dentists.

   b.   Your current and former employees and volunteers, whether salaried or contracted, other than medical doctors, chiropractors, optometrists and dentists, are insureds while acting within the scope of their duties on your behalf.

   Your current or former stockholders are also insureds, but only with respect to their liability as stockholders.

## SECTION IV - LIMITS OF INSURANCE

1.   The Limits of Insurance shown in the Declarations and the rules below fix the most we will pay under this Coverage Part regardless of the number of:

   a.   Insureds under this policy;

   b.   "Claims" made or "suits" brought alleging "wrongful acts" to which this insurance applies; or

   c.   Persons or organizations sustaining injury or damages to which this insurance applies.

2.   Our lability under this Coverage Part is limited as follows:

   a.   The total amount we will pay for all damages because of injury arising out of all "wrongful acts" to which this Coverage Part applies will not exceed the limit of insurance stated in the Declarations as Aggregate.

   b.   Subject to paragraph a. above, the most we will pay for all damages because of injury arising out of any one "wrongful act" to which this Coverage Part applies will not exceed the limit of insurance stated in the Declarations or by endorsement, as applicable to each "claim". "Claims" based on or arising out of the same or interrelated "wrongful acts" of one or more insured will be considered as arising out of one "wrongful act".

   The limits of insurance of this policy apply to the "policy period" shown in the Declarations and to any period of time to which the expiration is extended after issuance of the policy.

## SECTION V - PROFESSIONAL LIABILITY CONDITIONS

1.   **Bankruptcy**

   Bankruptcy or insolvency of the insured or of the insured's estate will not relieve us of our obligations under this Coverage Part.

2.  **Duties In The Event Of A "Wrongful Act", "Claim" or "Suit"**

    a.  You must see to it that we are notified as soon as practicable of a "wrongful act" that may result in a "claim". To the extent possible, notice must include:

        (1)  How, when and where the "wrongful act" took place;

        (2)  The names and addresses of any injured persons and witnesses; and

        (3)  The nature and location of any injury or damage arising out of the "wrongful act".

        Notice to us of a "wrongful act" is notice of a "claim".

    b.  If a "claim" is received by any insured, you must:

        (1)  Immediately record the specifics of the "claim" and the date received; and

        (2)  Notify us in writing as soon as practicable, but within the "policy period" or any applicable Extended Reporting Period.

    c.  You and any other involved insured must:

        (1)  Immediately send us copies of any demands, notices, summonses or legal papers received in connection with a "claim" or "suit";

        (2)  Authorize us to obtain records and other information;

        (3)  Cooperate with us in the investigation, settlement or defense of the "claim" or "suit"; and

        (4)  Assist us, upon our request, in the enforcement of any right against any person or organization that may be liable to the insured because of injury or damage to which this insurance may also apply.

    d.  No insureds will, except at their own cost, voluntarily make a payment, assume any obligation, or incur any expense without our consent.

3.  **Legal Action Against Us**

    No person or organization has a right under this Coverage Part to :

    a.  Join us as a party or otherwise bring us into a "suit" asking for damages from an insured; or

    b.  Sue us on this Coverage Part unless all of its terms have been fully complied with.

    A persons or organization may sue us to recover on an agreed settlement or on a final judgment against an insured obtained after an actual trial; but we will not be liable for damages that are not payable under the terms of this Coverage Part or that are in excess of the applicable limit of insurance.  An agreed settlement means a settlement and release of liability signed by us, the insured and the claimant's legal representative.

4.  **Other Insurance**

    If other valid and collectible insurance with any other insurer is available to the insured covering a "claim" also covered hereunder (except insurance purchased to apply in excess of the limit of liability hereunder), this insurance is excess of, and not contribute with, such insurance.  If the insured has other coverage with us covering a "claim" also covered by this policy or Coverage Part, the insured must elect which policy or Coverage Part will apply and we will be liable under the Coverage Part so elected and will not be liable under any other policy or Coverage Part.

5.    **Representations**

By accepting this policy, you agree:

a.    The statements in the Declarations and application, made part of this policy, are accurate and complete;

b.    Those statements are based upon representations you made to us;

c.    We have issued this policy in reliance upon your representations; and

d.    This policy embodies all of the agreements existing between you and us or any of our agents relating to this insurance.

6.    **Separation Of Insureds**

Except with respect to the Limits of Insurance, and any rights or duties specifically assigned to the first Named Insured, this insurance applies:

a.    As if each Named Insured were the only Named Insured; and

b.    Separately to each insured against whom "claim" is made or "suit" is brought.

7.    **Transfer Of Rights Of Recovery Against Others To Us**

If the insured has rights to recover all or part of any payment we have made under this Coverage Part, those rights are transferred to us. The insured must do nothing after the loss to impair them. At our request, the insured will bring "suit" or transfer those rights to us and help us enforce them.

8.    **Your Right To "Claim" And "Wrongful Act" Information**

We will provide the first Named Insured shown in the Declarations the following information relating to this and any preceding professional liability claims-made Coverage Part we have issued to you during the previous three years.

a.    A list or other record of each "wrongful act", not previously reported to any other insurer, of which we were notified in accordance with paragraph 2.a. of this Section. We will include the date and a brief description of the "wrongful act" if that information was in the notice we received.

b.    A summary by "policy period" of payments made and amounts reserved. Amounts reserved are based on our judgment. They are subject to change and should not be regarded as ultimate settlement values.

We will provide this information only if we receive a written request from the first Named Insured within 60 days after the end of the "policy period". In this case, we will provide this information within 45 days of receipt of the request. We compile "claim" and "wrongful act" information for our own business purposes and exercise reasonable care in doing so. In providing this information to the first Named Insured, we make no representations or warranties to insureds, insurers or others to whom this information is furnished by or on behalf of the insured. Cancellation or nonrenewal will be effective even if we inadvertently provide inaccurate information.

## SECTION VI - DEFINITIONS

1.    "Administration" includes:

a.    Giving counsel to an employee with respect to any "employee benefit program";

b.    Interpretation of an "employee benefit program";

c.  Handling of records in connection with an "employee benefit program"; and

d.  Effecting enrollment of employees under an "employee benefit program".

2.  "Auto" means a land motor vehicle, trailer or semitrailer designed for travel on public roads, including any attached machinery or equipment.

3.  "Bodily injury" means bodily injury, sickness or disease sustained by a person, including death resulting from any of these at any time.

4.  "Claim" means a written demand upon the insured for "compensatory damages", including, but not limited to, the service of "suit" or institution of arbitration proceedings against the insured. "Claim" includes reports of accidents, acts, errors, occurrences, offenses or omissions which may give rise to a "claim" under this policy. "Claims" based on or arising out of the same act or interrelated acts of one or more insured will be considered to be based on a single "wrongful act".

5.  "Compensatory damages" do not include damages imposed upon the insured as punitive or exemplary damages for wanton, willful, outrageous, malicious or reckless conduct or for gross negligence.

6.  "Coverage territory" means anywhere in the world, so long as the original "suit" for such "compensatory damages" is brought in the United States, its territories or possessions, Puerto Rico or Canada.

7.  "Employee benefit program" means any group life insurance, group accident or health insurance, pension plans, employee stock subscription plans, workers compensation, unemployment insurance, Social Security and disability benefits or other similar benefits program for you employees.

8.  "Loading or unloading" means the handling of persons or property:

a.  After being moved from the place where accepted for movement into or onto an aircraft, watercraft or "auto";

b.  While in or on an aircraft, watercraft or "auto"; or

c.  While being moved from an aircraft, watercraft or "auto" to the place of final delivery.

9.  "Policy period" means the period shown in Item 3. of the Declarations or as amended by cancellation or other earlier termination.

10.  "Pollutants" mean any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

11.  "Suit" means a civil proceeding in which damages for injury to which this insurance applies are alleged.  "Suit" includes an arbitration proceeding alleging such damages to which you must submit or submit with our consent.

12.  "Wrongful act" means any act, error or omission in the furnishing of professional social services.  It includes the furnishing of food, beverages, medications or appliances in connection with those services.  All "wrongful acts" committed in the furnishing of professional social services to any one person will be considered one "wrongful act". All interrelated "wrongful acts" of one or more insured will be considered one "wrongful act".

## SECTION VII - EXTENDED REPORTING PERIOD

1.  If this insurance is cancelled or not renewed for reasons other than the Named Insured's nonpayment of premium; or

2.  If we renew or replace this insurance with insurance that:

a.  Has a Retroactive Date later than the date shown in the Declarations; or

b.   Does not apply to "wrongful acts" on a claims made basis.

then in such event:

(1)   This insurance applies to "claims" first made against the insured in writing during the "policy period" and reported to us within sixty days after the date of cancellation or expiration of the policy.   The insurance afforded by this Basic Extended reporting Period provision applies only if the "wrongful act" giving rise to the "claim" occurred after the Retroactive Date shown in the Declarations and prior to the effective date of cancellation or the expiration date.   If the Named Insured purchase a Supplemental Extended Reporting Period as provided below, this Basic Extended Reporting Period provision will not apply.

(2)   The insured may purchase a single Supplemental Extended Reporting Period of twelve, twenty-four or thirty-six months, or longer if it is eligible.   Payment of an additional premium charge of not more than 150 percent of the premium in effect at the termination of the policy, will be charged for Supplemental Extended Reporting Period purchased.

(3)   To purchase a Supplemental Extended Reporting Period the Named Insured must give us a written request for a Supplemental Extended Reporting Period.   Such request must be received by us or our agent within thirty days of the termination of the policy.   The request must specify the length of the Supplemental Extended Reporting Period sought.   The proper premium amount due must be submitted with the request.

(4)   If the Named Insured purchases a Supplemental Extended Reporting Period, then any "claim" first made in writing against the insured and reported to us during the Supplemental Extended Reporting Period, that is otherwise covered by this insurance, will be deemed to have been made on the last day of the "policy period".   Such insurance as is afforded by this provision applies only if the "wrongful act" giving rise to the "claim" occurred after the Retroactive Date shown in the Declarations and before the effective date of cancellation or the expiration date.

(5)   Our total liability under this policy, including the Basic Extended Reporting Period or the Supplemental Extended Reporting Period will not exceed the limit of insurance stated in the Declarations as General Aggregate.

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006      **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:** Gareda Diversified Business

**By:**      United National Insurance Company

### THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.

### AMENDMENT - LIMITS OF INSURANCE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

Notwithstanding any provision of the policy to which this endorsement is attached, or any other endorsement thereto, the provisions of this policy entitled "Limits of Insurance" are deleted and replaced by the following:

**Limits of Insurance**

The Limits of Insurance shown in the Schedule below and the rules below, fix the most we will pay under the policy of which this endorsement is a part. These limits will apply unless a lower Limit of Insurance is shown in the Declarations for an applicable coverage. If a lower Limit of Insurance is shown in the Declarations of this policy for a specific coverage, that limit will not be increased by the provisions of this endorsement. Regardless of the number of (1) insureds under this policy, (2) persons or organizations that sustain injury or damage to which this policy applies, (3) "wrongful acts", "occurrences", claims made or "suits" brought on account of injury or damage to which this policy applies, or (4) Coverage Parts that may be applicable to any claim or "suit", our liability is limited as follows:

1.   The **General Aggregate Limit** shown in the Schedule below is the most we will pay for all damages under all coverages provided by this policy.

2.   Subject to paragraph 1. above, the **General Per Occurrence Limit** shown in the Schedule below is the most we will pay for all damages to which this policy applies as a result of any one "occurrence".

3.   For the purpose of determining our limit of insurance, all injury arising out of continuous or repeated exposure to substantially the same general conditions including all interrelated "wrongful acts" will be considered as arising out of one "occurrence".

EPA-469 (8/2004)

This limits of insurance of this policy apply to the policy period shown in the Declarations and to any period of time to which the expiration is extended after issuance of the policy.

## SCHEDULE

**General Aggregate Limit of Insurance**

The General Aggregate Limit is the Professional Liability Aggregate Limit unless otherwise indicated below.

Limit of Insurance $__4,000,000____  General Aggregate

**General Per Occurrence Limit of Insurance**

The General Per Occurrence Limit of Insurance is the Professional Liability Each Claim Limit unless otherwise indicated below.

Limit of Insurance $__2,000,000____  Per Occurrence

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006      **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:** Gareda Diversified Business

**By:**        United National Insurance Company

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### DEDUCTIBLE ENDORSEMENT

This endorsement modifies insurance provided under the following:

PROFESSIONAL LIABILITY COVERAGE PART

### SCHEDULE

| **Amount of Deductible** | **Basis** |
|---|---|
| $    5,000 | **Each Claim** |
| $ | **Aggregate** |

1.  Our obligation to pay damages on your behalf applies only to the amount of expenses, defense costs and/or damages in excess of any deductible amount stated in the Schedule above.

2.  We may pay any part or all of the deductible and upon notification of the action taken, you will reimburse us within ten days for such part of the deductible amount as has been paid by us.

3.  The request for payment referred to above will be in writing and mailed to the insured by ordinary mail addressed to the insured at the address listed in the policy or in any change of address endorsement to the policy.

4.  The ten day period referred to above will begin to run form the date of the postmark of the letter containing the request for payment, and in such calculation of ten days, Saturdays, Sundays and legal holidays will be included unless the tenth day falls on such a day, in which case the period will be extended to the next business day.

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006          **at 12:01 A.M. standard time, forms a part of**

**Policy No.:**  AHB-0000237

**Issued To:**   Gareda Diversified Business

**By:**          United National Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ADDITIONAL INSURED - ENDORSEMENT**

This endorsement modifies insurance provided under the following:

   COMMERCIAL GENERAL LIABILITY COVERAGE PART
   PROFESSIONAL LIABILITY COVERAGE PART

WHO IS AN INSURED is amended to include the person or organization shown in the Schedule below, but only as respects liability imposed or sought to be imposed on such additional insured because of an alleged act or omission of the Named Insured.

1.   If liability for injury or damage is imposed or sought to be imposed on the additional insured because of:

   a.   its own acts or omissions, this insurance does not apply;

   b.   its acts or omissions and those of the Named Insured, as to defense of the additional insured, this insurance will act as coinsurance with any other insurance available to the additional insured, in proportion to the limits of liability of all involved policies, and the Other Insurance provisions of this policy are amended accordingly.  However, this insurance does not apply to indemnity of the additional insured for its own acts or omissions.

2.   If an agreement between the Named Insured and the additional insured providing indemnity or contribution in favor of the additional insured exists or is alleged to exist, the extent and scope of coverage under this insurance for the additional insured will be no greater than the extent and scope of indemnification of the additional insured which was agreed to by the named insured.

3.   The naming of an additional insured will not increase our limit of liability.

**SCHEDULE**

**Name of Person or Organization (Additional Insured)**                          **Premium**

   Chicago Dept. of Health

   Children's Habilitation Center

   Concentra Medical Center

EPA-484 (8/2004)                                                              Page 1 of 1

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006      **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:**   Gareda Diversified Business

**By:**        United National Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**ADDITIONAL INSURED - ENDORSEMENT**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

WHO IS AN INSURED is amended to include the person or organization shown in the Schedule below, but only as respects liability imposed or sought to be imposed on such additional insured because of an alleged act or omission of the Named Insured.

1.  If liability for injury or damage is imposed or sought to be imposed on the additional insured because of:

    a.  its own acts or omissions, this insurance does not apply;

    b.  its acts or omissions and those of the Named Insured, as to defense of the additional insured, this insurance will act as coinsurance with any other insurance available to the additional insured, in proportion to the limits of liability of all involved policies, and the Other Insurance provisions of this policy are amended accordingly.  However, this insurance does not apply to indemnity of the additional insured for its own acts or omissions.

2.  If an agreement between the Named Insured and the additional insured providing indemnity or contribution in favor of the additional insured exists or is alleged to exist, the extent and scope of coverage under this insurance for the additional insured will be no greater than the extent and scope of indemnification of the additional insured which was agreed to by the named insured.

3.  The naming of an additional insured will not increase our limit of liability.

**SCHEDULE**

**Name of Person or Organization (Additional Insured)**                    **Premium**

    Illinois Dept. of Human

    Services-Office of Rehab

    Services

EPA-484 (8/2004)

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006     **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:**    Gareda Diversified Business

**By:**      United National Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ADDITIONAL INSURED - ENDORSEMENT**

This endorsement modifies insurance provided under the following:

     COMMERCIAL GENERAL LIABILITY COVERAGE PART
     PROFESSIONAL LIABILITY COVERAGE PART

WHO IS AN INSURED is amended to include the person or organization shown in the Schedule below, but only as respects liability imposed or sought to be imposed on such additional insured because of an alleged act or omission of the Named Insured.

1. If liability for injury or damage is imposed or sought to be imposed on the additional insured because of:

    a. its own acts or omissions, this insurance does not apply;

    b. its acts or omissions and those of the Named Insured, as to defense of the additional insured, this insurance will act as coinsurance with any other insurance available to the additional insured, in proportion to the limits of liability of all involved policies, and the Other Insurance provisions of this policy are amended accordingly. However, this insurance does not apply to indemnity of the additional insured for its own acts or omissions.

2. If an agreement between the Named Insured and the additional insured providing indemnity or contribution in favor of the additional insured exists or is alleged to exist, the extent and scope of coverage under this insurance for the additional insured will be no greater than the extent and scope of indemnification of the additional insured which was agreed to by the named insured.

3. The naming of an additional insured will not increase our limit of liability.

**SCHEDULE**

**Name of Person or Organization (Additional Insured)**            **Premium**

    Illinois Dept. of Labor

    State of Illinois Building

    IOS Capital's Insurance Mgmt

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006 **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:** Gareda Diversified Business

**By:** United National Insurance Company

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### ADDITIONAL INSURED - ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

WHO IS AN INSURED is amended to include the person or organization shown in the Schedule below, but only as respects liability imposed or sought to be imposed on such additional insured because of an alleged act or omission of the Named Insured.

1.  If liability for injury or damage is imposed or sought to be imposed on the additional insured because of:

    a.  its own acts or omissions, this insurance does not apply;

    b.  its acts or omissions and those of the Named Insured, as to defense of the additional insured, this insurance will act as coinsurance with any other insurance available to the additional insured, in proportion to the limits of liability of all involved policies, and the Other Insurance provisions of this policy are amended accordingly.  However, this insurance does not apply to indemnity of the additional insured for its own acts or omissions.

2.  If an agreement between the Named Insured and the additional insured providing indemnity or contribution in favor of the additional insured exists or is alleged to exist, the extent and scope of coverage under this insurance for the additional insured will be no greater than the extent and scope of indemnification of the additional insured which was agreed to by the named insured.

3.  The naming of an additional insured will not increase our limit of liability.

### SCHEDULE

**Name of Person or Organization (Additional Insured)**                    **Premium**

    Kindred Hospital Northlake

    SBC Capital Services

    Tinley Park Mental Health Cent

EPA-484 (8/2004)                                                                                  Page 1 of 1

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006     **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:** Gareda Diversified Business

**By:**     United National Insurance Company

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### ADDITIONAL INSURED - ENDORSEMENT

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART
PROFESSIONAL LIABILITY COVERAGE PART

WHO IS AN INSURED is amended to include the person or organization shown in the Schedule below, but only as respects liability imposed or sought to be imposed on such additional insured because of an alleged act or omission of the Named Insured.

1.  If liability for injury or damage is imposed or sought to be imposed on the additional insured because of:

    a.  its own acts or omissions, this insurance does not apply;

    b.  its acts or omissions and those of the Named Insured, as to defense of the additional insured, this insurance will act as coinsurance with any other insurance available to the additional insured, in proportion to the limits of liability of all involved policies, and the Other Insurance provisions of this policy are amended accordingly.  However, this insurance does not apply to indemnity of the additional insured for its own acts or omissions.

2.  If an agreement between the Named Insured and the additional insured providing indemnity or contribution in favor of the additional insured exists or is alleged to exist, the extent and scope of coverage under this insurance for the additional insured will be no greater than the extent and scope of indemnification of the additional insured which was agreed to by the named insured.

3.  The naming of an additional insured will not increase our limit of liability.

### SCHEDULE

**Name of Person or Organization (Additional Insured)**                    **Premium**

Trinity Hospital

University of Chicago

Juvenile Detention Center

EPA-484 (8/2004)                                                                                      Page 1 of 1

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006    **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:** Gareda Diversified Business

**By:** United National Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

**ADDITIONAL INSURED - ENDORSEMENT**

This endorsement modifies insurance provided under the following:

    COMMERCIAL GENERAL LIABILITY COVERAGE PART
    PROFESSIONAL LIABILITY COVERAGE PART

WHO IS AN INSURED is amended to include the person or organization shown in the Schedule below, but only as respects liability imposed or sought to be imposed on such additional insured because of an alleged act or omission of the Named Insured.

1. If liability for injury or damage is imposed or sought to be imposed on the additional insured because of:

    a. its own acts or omissions, this insurance does not apply;

    b. its acts or omissions and those of the Named Insured, as to defense of the additional insured, this insurance will act as coinsurance with any other insurance available to the additional insured, in proportion to the limits of liability of all involved policies, and the Other Insurance provisions of this policy are amended accordingly. However, this insurance does not apply to indemnity of the additional insured for its own acts or omissions.

2. If an agreement between the Named Insured and the additional insured providing indemnity or contribution in favor of the additional insured exists or is alleged to exist, the extent and scope of coverage under this insurance for the additional insured will be no greater than the extent and scope of indemnification of the additional insured which was agreed to by the named insured.

3. The naming of an additional insured will not increase our limit of liability.

**SCHEDULE**

**Name of Person or Organization (Additional Insured)**                 **Premium**

    GCO Suburban Properties, LLC

    GCO Chicago Properties, LLC

    Juvenile Detention Center

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006      **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:**   Gareda Diversified Business

**By:**          United National Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**CLAIMS AGAINST CERTAIN INSUREDS EXCLUSION**

This endorsement modifies insurance provided under the following:

PROFESSIONAL LIABILITY COVERAGE PART

This insurance does not apply to "claims" for which an insured may be held liable in the capacity of:

1.  proprietor, partner, manager, superintendent or officer of any hospital, sanitarium, nursing home, medical clinic, managed care facility of health maintenance organization;

2.  member, partner, officer, director or stockholder of any professional partnership, association or corporation, other than the Named Insured.

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006        **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:** Gareda Diversified Business

**By:**        United National Insurance Company

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## HOME HEALTHCARE AGENCY ENDORSEMENT

This endorsement modifies insurance provided under the following:

PROFESSIONAL LIABILITY COVERAGE PART

This insurance does not apply to "claims" arising out of "wrongful acts":

1. of an insured as a member of a formal accreditation or similar professional board or committee;

2. on premises owned by or rented to any insured.

EPA-903 (5/2005)                                                Page 1 of 1

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006      **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:**  Gareda Diversified Business

**By:**       United National Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**LIMITED COVERAGE FOR CLAIMS INVOLVING SEXUAL OR PHYSICAL ABUSE**

This endorsement modifies insurance provided under the following:

PROFESSIONAL LIABILITY COVERAGE PART

**SCHEDULE**

| | |
|---|---|
| **Aggregate Sublimit of Insurance** | $ 1,000,000 |
| **Each Claim Sublimit of Insurance** | $ 1,000,000 |

A.  Subject to the Limit of Insurance for the Coverage Part and any other applicable limits in the policy, the Aggregate Sublimit of Insurance is the most we will pay for all damages because of injury or damage arising out of:

  1.  The actual or threatened:

    a.  physical abuse, whether or not sexual in nature; or

    b.  sexual abuse or molestation or licentious, immoral or sexual behavior intended to lead on, or culminating in any sexual act,

    by any insured.

  2.  The failure of any insured or anyone else for whom the insured is legally responsible, to prevent or suppress any such actual or threatened behavior; or

  3.  The negligent:

    a.  employment;

    b.  investigation;

    c.  supervision;

EPA-904 (5/2005)

    d.   reporting to the proper authorities or failure to so report; or

    e.   retention;

of a person whose conduct is described in subparagraph 1. above.

B.  Subject to A. above, the Each Claim Sublimit of Insurance is the most we will pay for all damages because of injury or damage arising out of each "wrongful act" as described in A. above.

C.  The limits shown in this endorsement are part of, not in addition to, the limits shown elsewhere in the policy.

EPA-904 (5/2005)

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006     **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:** Gareda Diversified Business

**By:** United National Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

**MEDICAL PROFESSIONAL EXCLUSION AMENDMENT**

This endorsement modifies insurance provided under the following:

PROFESSIONAL LIABILITY COVERAGE PART

Subparagraph j. of 2. Exclusions of SECTION I - PROFESSIONAL LIABILITY is deleted and replaced by the following:

This insurance does not apply to:

j.  "Claims" arising out of "wrongful acts" of any medical doctor, chiropractor, optometrist, dentist, surgeon's assistant, physician's assistant, nurse midwife, nurse practitioner, nurse anesthetist or emergency technician, unless in the capacity of your medical director or administrator.

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006    **at 12:01 A.M. standard time, forms a part of**

**Policy No.:** AHB-0000237

**Issued To:** Gareda Diversified Business

**By:**    United National Insurance Company

## THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

## WRONGFUL ACTS DEFINITION AMENDMENT

This endorsement modifies insurance provided under the following:

PROFESSIONAL LIABILITY COVERAGE PART

Paragraph 12. of SECTION VI. - DEFINITIONS is deleted and replaced by the following:

12. "Wrongful act" means:

a. any act or omission in the furnishing of healthcare services to a patient or client including the furnishing of food, beverages, medications, medical treatment or appliances in connection with such services and the postmortem handling of human bodies.

b. All "wrongful acts" committed in the furnishing of services to any one patient or client will be considered one "wrongful act".  All interrelated "wrongful acts" of one or more insured will be considered one "wrongful act".

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

**This endorsement, effective on** September 6, 2006  **at 12:01 A.M. standard time, forms a part of**

**Policy No:**      AHB-0000237

**Issued To:**      Gareda Diversified Business

**By:**      United National Insurance Company

### THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.

### NON-OWNED AUTO LIABILITY LIMITED COVERAGE

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

### SCHEDULE

| | |
|---|---|
| **Additional Premium** | $12,971 |
| **Aggregate Sublimit of Insurance** | $1,000,000 |
| **Each Occurrence Sublimit of Insurance** | $1,000,000 |

(If no entry appears above, information required to complete this endorsement will be shown in the Declaration as applicable to this endorsement.)

A.   The insurance provided under COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (SECTION I - COVERAGES) applies to "bodily injury" or "property damage" arising out of the use of a "non-owned auto" by any person other than you in the course of your business.

B.   With respect to the insurance provided by this endorsement:

1.   Subparagraphs b., e., g., h., j., k., l., m. and n. of Paragraph 2., Exclusions of COVERAGE A - BODILY INJURY AND PROPERTY DAMAGE LIABILITY (Section I - Coverages) do not apply.

2.   The following exclusions are added:

This insurance does not apply to:

a.   "Bodily injury" or "property damage" for which the insured is obligated to pay damages by reason of the assumption of liability in a contract or agreement. This exclusion does not apply to liability for damages.

EPA-1047 (8/2005)                                                                     Page 1 of 5

      (1)  That the insured would have in the absence of the contract or agreement; or

      (2)  Assumed in a contract or agreement that is an "insured contract", provided the "bodily injury" or "property damage" occurs subsequent to the execution of the contract or agreement.

   b.  "Bodily injury" to:

      (1)  An "employee" of the insured arising out of and in the course of:

         (a)  Employement by the insured; or

         (b)  Performing duties related to the conduct of the insured's business; or

      (2)  The spouse, child, parent, brother or sister of that "employee" as a consequences of paragraph (1) above

   This exclusion applies:

      (1)  Whether the insured may be liable as an employer or in any other capacity; and

      (2)  To any obligation to share damages with or repay someone else who must pay the damages because of the injury.

   This exclusion does not apply to:

      (1)  Liability asumed by the insured under an "insured contract"; or

      (2)  "Bodily injury" to domestic "employees" not entitled to workers' compensation benefits.

   c.  "Property damage" to:

      (1)  Property owned or being transported by, or rented or loaned to insured; or

      (2)  Property in the care, custody or control of the insured.

C.  For the purposes of this endorsement only, SECTION II - WHO IS AN INSURED is delteed and replaced by the following:

SECTION II - WHO IS AN INSURED

1.   Each of the following in an insured under:

   a.   You.

   b.   With respect to a "non-owned auto", any partner or "executive officer" of yours, but only while such "non-owned auto" is being used in your business.

   c.   Any other person or organization, but only with respect to their liability because of acts or omissions of an insured under paragraphs a. or b. above.

2.   None of the following is an insured:

   a.   Any person engaged in the business of his or her employer with respect to "bodily injury" to any co-employee of such person injured in the course of employment;

   b.   Any partner or "executive officer" with respect to any "auto" owned by such partner or officer or a member of his or her household;

   c.   Any person while employed or otherwise engaged in performing duties related to the conduct of an "auto business", other than an "auto business" you operate;

   d.   The owner or lessee (of whom you are a sublessee) of a "hired auto" or the owner of a "non-owned auto" of any agent or "employee" of any such owner or lessee;

   e.   Any person or organization with respect to the conduct of any current or past partnership or joint venture that is not shown as a Named Insured in the Declarations.

D.   The following is added to SECTION III - LIMITS OF INSURANCE

   8.   Subject to 2. above, the Aggregate Sublimit of Insurance is the most we will pay for all damages because of "bodily injury" and "property damage" under the Non-Owned Auto Liability Limited Coverage.

   9.   Subject to 8. above, the Each Occurrence Sublimit damages under the Non-Owned Auto Liability Limited Coverage because of "bodily injury" and "property damage" arising out of any one "occurrence".

E.   For purposes of this endorsement only, Paragraph 4. Other Insurance of SECTION IV - COMMERCIAL GENERAL LIABILITY CONDITIONS is deleted and replaced by the following:

   4.   Other Insurance

EPA-1047 (8/2005)

a. This insurance is excess over any other collectible insurance, whether primary, excess, contingent or on any other basis.

b. Since this insurance is excess:

(1) we will have no duty to defend and claim or 'suit" that any other insurer has a duty to defend. If no other insurer defends, we will undertake to do so, but we will be entitled to the insured's rights against those other insurers.

(2) we will pay only our share of the amount of the loss, if any, that exceeds the sum of:

(a) The total amount that all such other insurance would pay for the loss in the absence of this insurance; and

(b) The total of all deductible and self-insured amounts under all of that other insurance.

We will share the remaining loss, if any, with any other insurance that is not described in this excess insurance provision and was not bought specifically to apply in excess of the Limits of Insurance shown in the Declarations of this Coverage Part.

c. Method of Sharing

If all of the other insurance permits contribution by equal shares, we will follow this method also.   Under this approach each insurer contributes equal amounts until it has paid its applicable limit of insurance or none of the loss remains, whichever comes first.

If any of the other insurance does not permit contribution by equal shares, we will contribute by limits.  Under this method, each insurer's share is based on the ratio of its applicable limits or insurance to those of all insurers.

F.  For the purposes of this endorsement only, SECTION V - DEFINITIONS is amended as follows:

1.  The following is added to 9. "Insured contract":

"Insured contract" means that part of any contract of agreement entered into, as part of your business, pertaining to the rental or lease, by your or any of your employees", of any "auto".  However, such contract or agreement will not be considered an "insured contract" to the extent that is obligates you or any of your

"employees" to pay for "property damage" to any "auto" rented or leased by you or any of your "employees".

2. The following definitions are added:

   a. "Auto business" means the business or occupation of selling, repairing, servicing, storing or parking "autos'.

   b. "Non-owned auto" means any "auto" you do not own, lease, hire, rent or borrow that is used in connection with your business. This includes "autos" owned by your "employees", your partners or your "executive officers", or member of their households, but only while used in your business or your personal affairs.

(The attaching clause need be completed only when this endorsement is issued subsequent to preparation of the policy.)

This endorsement, effective on    September 6, 2006    at 12:01 A.M. standard time, forms a part of

Policy No.:  AHB-0000237

Issued To:  Gareda Diversified Business

By:        United National Insurance Company

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

## INDOOR AIR QUALITY EXCLUSION

This insurance does not apply to:

1.  Injury or damage arising out of, resulting from, caused or contributed to by mold, mildew and/or other conditions affecting indoor air quality.

2.  The cost of abatement, mitigation, removal or disposal of mold, mildew and/or other conditions affecting indoor air quality.

    This exclusion also includes:

    a.  Any supervision, instructions, recommendations, warnings, or advice given or which should have been given in connection with the above; and

    b.  Any obligation to share damages with or repay someone else who must pay damages because of such injury or damage.

**EXA-255 (2/2001)**