# CLIFFORD LAW OFFICES

 Timothy S. Tomasik

**07 C 6459**

120 North LaSalle Street
31st Floor
Chicago, Illinois 60602

Telephone 312-899-9090
Fax 312-251-1160
E-Mail: TST@CliffordLaw.com
Website: www.CliffordLaw.com

September 19, 2006

Gareda Nursing Service, Inc.
Registered Agent: Remel C. Duncan
1431 Huntington Drive
Calumet City, IL 60409-5465

**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

    RE:    Claimant:    Cynthia Springer, as Personal Representative of the Estate of Robert J. Pearson, Jr., Deceased
           D/A:    5/4/06
           Our Tax ID#:  36-330-9366
           Our File No. 6N-0130

Sir/Madam:

We represent the above-named individual in a cause of action about to be brought against you for injuries and damages sustained on the above date due to your negligence.

Enclosed please find our Notice of Attorney's Lien which is being sent to you in accordance with Illinois Statutes.

We would suggest that you forward this lien to your insurance company immediately.

Very truly yours,

*Timothy S. Tomasik*
TIMOTHY S. TOMASIK

TST/tls
Enclosure

**VIA REGULAR AND CERTIFIED MAIL**

**PLAINTIFF'S EXHIBIT 3**