# CLIFFORD LAW OFFICES

**07 C 6459**

## NOTICE OF ATTORNEY'S LIEN

September 19, 2006

**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

TO: Gareda Nursing Service, Inc.
Registered Agent: Remel C. Duncan
1431 Huntington Drive
Calumet City, IL 60409-5465

Please take notice that **Cynthia Springer, as Personal Representative of the Estate of Robert J. Pearson, Jr., Deceased,** (hereinafter referred to as the Claimant) has placed in my hands for collection a certain suit, claim, demand or cause of action against you for injuries received by the Claimant on, to wit: the **4th day of May, 2006.**

You are hereby notified that the Claimant(s) entered into a contract with me to pay me as compensation for services rendered and to be rendered in and about the prosecution of the said suit, claim, demand or cause of action, a sum up to one-third of any amount recovered by way of settlement or otherwise, prior to the actual trial of said cause in Court, and up to one-third of any amount recovered after suit is started and the trial of said cause is begun.

You are further notified that by virtue of the Attorney's Lien Law of 1909, as amended, I claim a lien to the extent of my interest, as above set forth in said claim, demand, cause of action and suit at law, which said lien, by virtue of said law, attaches to any verdict or judgment entered or to be entered in such suit or to any money or property which may be recovered by the claimant(s) on account of such claim, suit, demand or cause of action from and after the service of this notice.

*Clifford Law Offices*

The undersigned, being first duly sworn on oath, deposes and says that on the 19th day of September, 2006, she served the foregoing claim of lien upon the above-named party by regular and certified U.S. Mail, return receipt requested, and that she deposited the original thereof enclosed in an envelope addressed to the said above-named party at the above address in the U.S. Mail Chute at 120 North LaSalle Street, Chicago, Illinois 60602, with the proper postage thereon fully prepaid.

*Tammy L. Strobel*

[X] Under penalties as provided by law pursuant to 735 ILCS 5/1-109 (1993), I certify that the statements set forth herein are true and correct.

**PLAINTIFF'S EXHIBIT 4**