**United National Group**

# HOME HEALTH CARE / TEMPORARY STAFFING APPLICATION

Return to:

**07 C 6459**

**INSTRUCTIONS:**
A. Please type or print clearly.   Answer ALL questions completely.
B. If any question, or part thereof, does not apply, print "N/A" in the space provided.
C. If more space is needed, continue on a separate sheet of your firm's letterhead, indicating question number.
D. To this application, please attach copies of
   - Marketing or advertising brochures.
   - Descriptive materials provided to clients.
   - Copy of JCAHO accreditation report, or other similar, if applicable.
   - Other attachments as required in response to application questions.
   - Most current annual financial statement prepared by a CPA.
E. All materials submitted or required shall be held in confidence.

**GENERAL INFORMATION**

1. Insured **GAREDA DIVERSIFIED BUSINESS SERVICES**
   Main Location Address
   **1431 HUNTINGTON DRIVE    CALUMET CITY    IL 60409**
   Street                          City                       State/Zip           County

2. Tax Identification Number **363593393**   Telephone Number **(708) 868-1300**

3. Years in Business **26**        Are you currently enrolled in a PCF?  ☐ Yes  ☐ No
4. Mailing Address (if different than above)
   **SAME**
   Street                          City                       State/Zip           County

5. List all locations and areas of operations
   **1431 HUNTINGTON DRIVE    CALUMET CITY  IL 60409      COOK**
   Street                          City                       State/Zip           County
   **8547 S. STONY ISLAND,  CHICAGO        IL 60617       COOK**
   Street                          City                       State/Zip           County
   **6120 W. NORTH AVE    CHICAGO          IL 60639       COOK**

Page 1 of 9


PLAINTIFF'S EXHIBIT 5

6. Provide names of all legal entities, including subsidiaries desiring coverage. Please provide a description of the entity, percentage owned and date acquired. If applicable, the requested Prior Acts date.

| Name | Description | % Owned | Date Acquired | Prior Acts Date |
|------|-------------|---------|---------------|-----------------|
| SKK | ATTACHED ENDORSEMENT | | | |

7. Within the past 5 years, has applicant acquired, sold or discontinued any operations? ☐ Yes ☒ No

8. Applicant is:   ☐ Individual ☐ Partnership ☒ Corporation   Other _____

9. Total Annual Gross Receipts (Please attach financial statement prepared by a CPA.) $ _22.3 M_

10. Does the applicant provide any overnight bed facilities?   ☐ Yes ☒ No

11. Does the applicant perform any treatment or services on the applicant's premises?   ☐ Yes ☒ No

**COVERAGE REQUESTED**

12. Requested Effective Date _9-6-2006_
    (If new venture, please provide owner's resume' and description of related industry experience.)

13. ☒ **Professional Liability**   ☐ Occurrence ☒ Claims Made ☐ Prior Acts Date _9-9-1999_
    (Attach copy of prior claims made policy Declarations if requesting prior acts.)
    ☐ $  100,000 per Incident / $   300,000 Aggregate
    ☐ $  250,000 per Incident / $   750,000 Aggregate
    ☐ $  500,000 per Incident / $   500,000 Aggregate
    ☐ $1,000,000 per Incident / $1,000,000 Aggregate
    ☐ $1,000,000 per Incident / $2,000,000 Aggregate
    ☐ $1,000,000 per Incident / $3,000,000 Aggregate
    ☒ $2,000,000 per Incident / $4,000,000 Aggregate
    ☐ $3,000,000 per Incident / $5,000,000 Aggregate

14. ☒ **General Liability**   ☐ Occurrence ☒ Claims Made ☐ Prior Acts Date _9-9-1999_
    (Attach copy of prior claims made policy Declarations if requesting prior acts.)
    Each Occurrence (cannot be excess PL limit)   $ _2,000,000_
    Medical Expense Limit (Per Person)   $ _100,000_
    Fire Damage Limits of Liability (Any one Fire)   $ _10,000_
    Products / Completed Operation Aggregate   $ _2,000,000_
    General Aggregate (Other than Products)   $ _4,000,000_

For the next three coverage parts, please input the exposure information on pages 7 and 8.

15. [X] Non-Owned Auto Liability  (General Liability Coverage must be selected)
    - [ ] $ 100,000 per Incident / aggregate
    - [ ] $ 250,000 per Incident / aggregate
    - [ ] $ 500,000 per Incident / aggregate
    - [X] $1,000,000 per Incident / aggregate

16. ____ Employee Benefits Liability / Claims Made  (General Liability Coverage must be selected)
    Each Person                $ _____
    Total Limit                $ _____
    Prior Acts Date            _____
    (Attach copy of prior claims made policy Declarations, if applicable.)

17. ____ Stop Gap Liability  (General Liability Coverage must be selected)
    Each Person                $ _____
    Each Disease               $ _____
    Total Limit                $ _____

18. Per Claim Deductible
    (Same deductible must be selected for both Professional and General Liability.)
    - [ ] none
    - [ ] $1,000
    - [X] $5,000
    - [ ] $10,000
    - [ ] $25,000
    - [ ] Other _____

19. List Professional Liability policies covering the firm indicated in Question #1 over the past 5 years. If **No** insurance was in effect for a given year, state **"None"** where applicable below.

| | Company | Policy Number | Policy Period | Claims Made or Occurrence | Retro Date | Policy Limits | Deductible | Annual Premium |
|---|---|---|---|---|---|---|---|---|
| Current Yr. | LANDMARK | | 9-6-05/06 | CLM | 9-9-99 | 2/3 | 5K | 170K |
| Prior Yr. | LANDMARK | | 9-6-04/05 | CLM | -//- | 2/3 | 5K | 162K |
| 2nd Prior Yr. | LANDMARK | | 9-6-03/04 | CLM | -//- | 2/3 | 5K | 142K |
| 3rd Prior Yr, | ACE | | 9-6-02/03 | CLM | -//- | 2/3 | 5K | 116K |
| 4th Prior Yr. | ST PAUL | | 9-6-01/02 | CLM | -//- | 2/3 | 5K | 90K |

20. List General Liability policies covering the firm indicated in Question #1 over the past 5 years. If **No** insurance was in effect for a given year, state **"None"** where applicable below.

| Company | Policy Number | Policy Period | Claims Made or Occurrence | Retro Date | Policy Limits | Deductible | Annual Premium |
|---|---|---|---|---|---|---|---|
| Current Yr. | SAME AS | | | | | | |
| Prior Yr. | | PROFESSIONAL LIABILITY | | | | | |
| 2nd Prior Yr. | | | | | | | |
| 3rd Prior Yr, | | | | | | | |
| 4th Prior Yr. | | | | | | | |

**CLAIM HISTORY**

21. Has any Professional or General Liability claim or suit been brought in the past five years against the applicant or any predecessor in interest concerning the entity to be insured, or are you aware of any claims or suits, or any incident that could become a claim or suit, that has not been reported to your current insurance carrier?    ☐ Yes  ☒ No

    If **YES**, please attach information for each claim, suit or incident that includes the following:
    - Date of Accident and Date of Notice
    - Claimant Name
    - Amount Paid or Reserved
    - Status – Open or Closed
    - Insurance Carrier
    - Allegations
    - Description of Treatment Rendered.

22. Has any company cancelled, declined or refused to issue similar insurance?    ☐ Yes  ☒ No
    If **Yes**, please explain: _____

**EMPLOYEES / INDEPENDENT CONTRACTORS**

23. Total Employees  734 PT  594 FT  #          Total Independent Contractors  0  #

24. Where are employees / independent contractors placed, (by percentage)?
    Private Homes 90%   Hospitals 10%   Nursing Homes —%   Assisted Living —%
    Medical Clinics —%  Doctor's Offices —%  Other (describe) _____ %

25. What percentage of clients require:

   Pediatric Care **>1** %   Cardiac Care **25** %   Respiratory Support **∅** %   Infusion Therapy **∅** %

26. Are any of your employees assigned to temporarily staff the:

| | | If Yes, number of staff: |
|---|---|---|
| Emergency Room | ☒ Yes ☐ No | 12 |
| Labor & Delivery Rooms | ☐ Yes ☐ No | |
| Intensive Care Units | ☐ Yes ☐ No | |

27. Health Care Professionals       SEE ATTACHED LIST

| Employees/ Contracted Services | Number of Employees | Number of Ind. Contractors | Est. Hours Worked Employees | Est. Hours Worked Contractors | Est. Annual Payroll Employees | Est. Annual Payroll Ind. Contractors |
|---|---|---|---|---|---|---|
| Physical & Respiratory Therapists | | | | | | |
| Nurses Temporary Staffing | | | | | | |
| Nurses-Other than Temporary Staffing | | | | | | |
| Nurse Aides / Home Health Aides / Homemakers | | | | | | |
| Medical Technicians | | | | | | |
| Pharmacists | | | | | | |
| Occupational Therapists / Speech & Hearing Therapists | | | | | | |
| Social Workers | | | | | | |
| Physician | | | | | | |
| Physician Assistant / Nurse Practitioner/ Clinic Nurse Specialist | | | | | | |
| Live-In Companions | | | | | | |
| All Others (Describe) | | | | | | |

(Complete job descriptions must accompany this application for those professionals indicated in Q. 26 above.)

## Worker's Comp Payroll Estimates

| Description | Classification | Code | Estimated Wages |
|---|---|---|---|
| Homemakers | Nursing Home Health, Public and Traveling Employees | 8835 | $ 10,000,000 |
| Nurses | Hospital: Professional Employees | 8833 | 4,300,000 |
| Administrative Staff | Clerical Office Employees | 8810 | 2,100,000 |
| Total Wages | | | $ 16,400,000 |

## General Liability Census Information

| Employee Class | Full-Time | Part-Time | Annual Payroll | Annual Hours |
|---|---|---|---|---|
| Nurses – RN | 58 | 15 | 4,310,000 | 80,350 |
| Nurses – LPN | 29 | 0 | 547,400 | 23,800 |
| MA | 5 | 0 | 94,730 | 5,920 |
| CNA | 23 | 11 | 595,444 | 37,200 |
| Homemaker | 464 | 694 | 10,000,000 | 1,200,000 |
| Sitter | 0 | 14 | 39,600 | 3,500 |

28. Please provide information requested for each Medical Director and/or Physician providing services at the applicant's facility. (Attach copy of medical malpractice policy Declarations.)

|  | Ins. Carrier & Effective Date | Policy Limits | State of Licensure | License Number | Employee or Contractor | Hours Per Month |
|---|---|---|---|---|---|---|
| Name - Medical Dir. |  |  |  |  |  |  |
| Name - Physician |  |  |  |  |  |  |
| Name - Physician |  |  |  |  |  |  |

**HIRING / SCREENING AND EMPLOYMENT PROCEDURES**

29. Are employees' / contractors' references contacted before hiring or placement?  ☒ Yes ☐ No
    Check all that apply:  _X_ Written   _X_ Verbal

30. Check all the following that apply if obtained, verified, and filed as part of each employee screening and hiring process:
    Applications            _X_        Multi-State Registry         ____
    Drug / HIV / Hep. Testing  _X_     Criminal Background Checks   _X_
    Education/Competency    _X_        Licenses/Annual Confirmation _X_

31. Does applicant question prospects about previous claims or suits?   ☐ Yes ☒ No

32. Are employees required to actively participate in continuing education?  ☒ Yes ☐ No

33. Does applicant verify any pending license suspensions, revocations? or pending disciplinary actions?   ☒ Yes ☐ No

34. Are professional employees required to carry their own insurance?   ☐ Yes ☒ No
    If Yes, what minimum is required?   $_____
    Are certificates of insurance kept on file?   ☐ Yes ☐ No

**ACCREDITATION**

35. Is applicant a member of?
    JCAHO               PENDING     National Association of Home Care   ____
    CHAP                ____        National League for Nursing          ____
    Nat'l Homecaring Council  ____  Nat'l Assoc. For Home Care           ____
    Nat'l Assoc. of Private Duty ____  American League for Nursing       ____
    Am. Public Health Assoc.  ____  Nat'l Hospice Organization           ____
    Other  ILLINOIS ASSOC. OF COMMUNITY CARE PROVIDERS

36. Is applicant licensed to do business in the states listed above where required?   ☒ Yes ☐ No
    Has applicant's license ever been suspended, revoked or restricted?   ☐ Yes ☒ No
    (If yes, please provide details). _____
    _____

37. Is applicant certified for Medicare / Medicaid reimbursement?   ☒ Yes ☐ No

**RISK MANAGEMENT**

38. What management body oversees the quality of patient care?
    (i.e. medical director, advisory board, etc.) __DIR. OF CLINICAL SERVICES & HOSPITAL STAFF__

39. Do you have a formal written quality assurance and risk management program?   ☒ Yes ☐ No
    Person Responsible: __REHEL C DUNCAN__     Title: __VICE PRESIDENT__

40. Does applicant participate in any health fairs / health screening?   ☐ Yes ☒ No

41. Please indicate if the following policies and procedures are established and adhered to by all staff, including contractors and volunteers. Please explain in an attachment any "No" answers.

    a. Physician notification in the event of changes in the patient's condition   ☒ Yes ☐ No
    b. Communication to supervisors and team members   ☒ Yes ☐ No
    c. Drug administration procedures   ☒ Yes ☐ No
    d. Medical emergencies   ☒ Yes ☐ No
    e. Daily work reports (Nursing reports, hospital notes, etc.)   ☒ Yes ☐ No
    f. Patient selection / Physician home care treatment plan   ☒ Yes ☐ No
    g. Service discontinuation   ☒ Yes ☐ No
    h. Safe lifting, transferring and ambulating   ☒ Yes ☐ No
    i. Incident reporting (medication errors, patient injury, etc.)   ☒ Yes ☐ No
    j. Sexual / Physical Abuse awareness training   ☒ Yes ☐ No
    k. Advance directives (Living Will)   ☒ Yes ☐ No
    l. Medical equipment training   ☒ Yes ☐ No
    m. Patient's rights   ☒ Yes ☐ No

**CONTRACTUAL AGREEMENTS**

42. Does applicant enter into contractual agreements (i.e. hospitals, nursing homes)?   ☒ Yes ☐ No

43. Do contractual agreements contain hold harmless or indemnification clauses favorable to the applicant?   ☐ Yes ☐ No

44. Is applicant required to name any other entity as an additional insured?   ☒ Yes ☐ No
    If so, please list name and address of each entity and the business relationship.
    __LIST ATTACHED__
    _____
    _____

**GENERAL LIABILITY**

45. Does applicant sponsor any sporting, fundraising or social events?   ☐ Yes ☒ No
    Please explain _____

46. Does applicant sell any medical supplies and/or equipment? ☐ Yes ☒ No
If Yes, Annual Receipts $_____

47. Does applicant rent or lease any medical supplies and/or equipment? ☐ Yes ☒ No
If Yes, Annual Receipts $_____

48. Is the applicant named as an additional insured or vendor on the manufacturer's policy for any/all products? DNA ☐ Yes ☐ No

**EMPLOYEE BENEFITS LIABILITY** (General Liability Coverage must be selected)

49. Limits Requested:
    ☐ $ 25,000 per Incident / $ 50,000 aggregate
    ☐ $ 100,000 per Incident / $ 300,000 aggregate
    ☐ $ 500,000 per Incident / $ 500,000 aggregate
    ☐ $ 500,000 per Incident / $1,000,000 aggregate
    ☐ $1,000,000 per Incident / $1,000,000 aggregate
    ☐ $1,000,000 per Incident / $2,000,000 aggregate

50. Average professional turnover _____ %   Average non-professional turnover _____ %

51. Employee Benefits provided: ☐ Health ☐ Life ☐ 401K ☐ Section 125

**NON-OWNED AUTOMOBILE LIABILITY** (General Liability Coverage must be selected)

52. Limits Requested:
    ☐ $ 25,000 per Incident / $ 50,000 aggregate
    ☐ $ 100,000 per Incident / $ 300,000 aggregate
    ☐ $ 500,000 per Incident / $ 500,000 aggregate
    ☐ $ 500,000 per Incident / $1,000,000 aggregate
    ☒ $1,000,000 per Incident / $1,000,000 aggregate
    ☐ $1,000,000 per Incident / $2,000,000 aggregate

53. Are driving records, MVR's checked annually? ☐ Yes ☒ No

54. Estimated annual number of non-medical patient transports ___0___

55. Are employees required to carry personal auto insurance? ☐ Yes ☒ No
If Yes, what minimum limit is required? $_____
Are certificates of insurance kept on file? ☐ Yes ☒ No

**STOP GAP LIABILITY**

56. Total Annual Payroll by State:
_____
_____
_____
_____

Page 8 of 9

This insurance does not apply to any of the following: physician, surgeon, dentist, nurse midwife, chiropractor, podiatrist, osteopath, and psychiatrist. Unless otherwise provided by endorsement, these medical professional occupations are excluded from coverage. The insurance described herein is subject to all terms, conditions and exclusions of the insurance certificate.

**YOUR APPLICATION CANNOT BE PROCESSED UNLESS COMPLETED IN ITS ENTIRETY.**

**This applicant declares** that the information contained in the application is true and that no material facts have been suppressed or misstated.

**The applicant understands** that incorrect or incomplete information could void their protection.

Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing false information, or conceals, for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act.

Underwritten by United National Insurance Company, Diamond State Insurance or any members of United National Group.

SIGNATURE OF APPLICANT X _[signature]_ DATE X _10-3-06_
(Must be signed by principal, partner or officer of group or individual applying for insurance.)

Producer: _RISK MANAGEMENT RESOURCES, INC._
Telephone Number: _(312) 460-8103_

Producer's Address:
_205 W. WACKER DR. STE 622_　_CHICAGO_　_IL_　_60606_
Street　　　　　　　　　　　City　　　　　　　　State/Zip

Surplus Lines Agent　　　　　　　　　　　　　　License #

(Applicable in AL, CO, FL, LA, MA, MS, NH, NJ, NM, NY, OK, RI, SD, TN, WV, and HI)

**Notice to New York Applicants:** any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each such violation.