

**RISK management RESOURCES, inc.**
*Professional Insurance Brokers*

**07 C 6459**

National Specialty Underwriters
225 West Washington, Ste 2200
Chicago, IL.   60606


Attn: Jim Stewart                         October 19, 2006


Re: Notice of Incident
Insured: Gareda Diversified Business Services
Policy No. AHB0000237 UNITED NATIONAL GROUP

Injured Party: Robert J. Pearson, Jr.

Jim,

Gareda had an incident back in May 2006.  It appears to be of a serious nature.  Gareda's senior management was not aware of the incident nor its gravity.   Apparently, when the incident occurred it was reported to the Director of Homecare at Gareda.   But, she failed to inform senior management of the incident, until questioned. following the serving of papers.

Gareda was served with Attorney liens on September 12, 2006.  Attorney Timothy Tomasi, is representing the Estate of one, Robert J. Pearson, who expired on May 4, 2006.  Please read the enclosed Summary of the incident which was provided by Gareda senior management.

In addition to the Gareda Summary, I have included my notes from discussion of the matter with Gareda, and copies of the attorney liens.

Note, the claim has been tendered to Landmark Insurance and I have provided a copy of the acknowledgement of receipt of claim letter from the claims department.  Obviously, since the form is claims made, there may be an issue of coverage regards reporting requirements of said policy.

Please advise the best course of action.

Sincerely,

*Jerry Leahy* (signature)

Jerry Leahy

PLAINTIFF'S
EXHIBIT
6
tabbies

205 W. Wacker Drive  ■  Suite 622  ■  Chicago, IL 60606
*telephone* 312.460.8103        ■        *fax* 312.460.8104

# Summary of Potential Liability Claim

**Parties Involved**

| | | | |
|---|---|---|---|
| Client: | **Robert Pearson** | Staffing Coordinator: | **Jacquelyn Watkins** |
| Homemaker: | **Debbie Lewis** | Dir. Of Homecare Services: | **Donna J. Cobb** |

**Client History**

The client, Mr. Robert Pearson received Homemaker services from Gareda through the Illinois Department on Aging (IDOA) Community Care Program. Mr. Pearson's services with Gareda started on July 25, 2001 and continued until his death on May 4, 2006.

When he was referred to Gareda, Mr. Pearson was diagnosed with bladder and prostate cancer.

At the time of his death, Mr. Pearson was receiving homemaker services from Gareda five days per week and four hours per day. In addition, he was receiving hospice care five (5) times per week and mobile doctor visits one (1) day a week from another provider(s).

**Summary of Incident**

On the morning of May 3, 2006, our employee, Debbie Lewis, was providing homemaker services to Mr. Pearson. Mr. Pearson asked the homemaker to help him outside because it was a nice day. While Ms. Lewis helped Mr. Pearson down the stairs of his home, Mr. Pearson missed a stair and fell. Although he fell on top of Ms. Lewis, he still hit and injured his head. Mr. Pearson and Ms. Lewis were alone at the time of the incident.

Afterwards, the homemaker and the client's son, Gregory Roberts, assisted Mr. Pearson up the stairs where they applied ice to his head. It is unclear exactly when the son called for an ambulance. However, by the afternoon of May 3, 2006 the client was admitted to the hospital where he was diagnosed as having an aneurysm. The client expired the following morning on May 4, 2006.

**Subsequent Events**

The above incident and the client's death were reported to his Case Manager at Councils Senior Connections on or about May 17, 2006 and again on June 9, 2006. However, the Director of Homecare Services, Donna Cobb, erroneously failed to notify Gareda's Senior Management of the incident.

On or about September 12, 2006, the client's daughter, Cynthia Pearson-Springer, called our corporate office requesting copies of her father's service records. It was then that Ms Cobb made Gareda's Senior Management aware of the incident.

As a matter of company policy, Gareda did not release its internal records to the client's daughter. Instead, the daughter was given copies of IDOA documents her father would have received during his participation in the IDOA Community Care Program.

On September 21, 2006, Gareda Services received a Notice of Attorney's Lien from Clifford Law Offices of 120 N. LaSalle Street, 31st Floor, Chicago, IL 60602.

*** End of Report ***
Printed: September 21, 2006

09/26/06

Review of telephone conversation with Remel, regards claimant Mr. Robert Pearson (deceased)

To date, no suit has been served.  But, a notice of Attorneys Lien has been received from Timothy Tomasik of Clifford Law Offices.

The suit is being brought by the claimants daughter, Cynthia Springer.

Gareda has supplied a narrative of the incident.  To clarify the narrative: The son was at home at the time of the incident.   He was not assisting with the moving of the client.

The incident was immediately, reported to the Gareda Director of Homecare Services – Donna Cobb.  Ms. Cobb did not advise senior management of the incident.

The report references an organization called Councils Senior Connections.   They are an agency appointed by the State to assess client needs, develop care protocols,  and issue referrals to homecare providers such as Gareda.

Remel is looking into the particular set of homecare protocols which were issued by the case manager for this client.

The client may have had the aneurism prior to the incident.

He had received home care support since 2001

October 9, 2006

Mr. Adam Johnson
Health Care Insurers,
A Division of Risk Placement Services, Inc.
125 S. Wacker Drive
Suite 1320
Chicago, IL  60606

|       |                   |     |                                         |
|-------|-------------------|-----|-----------------------------------------|
| Re:   | Insured           | :   | Gareda Diversified Business Services, Inc. |
|       | Claimant          | :   | Estate of Robert J. Pearson, Jr.        |
|       | Policy No.        | :   | LHC707463                               |
|       | Policy Period     | :   | 09/06/05 to 09/06/06                    |
|       | Limit of Liability | :  | $2,000,000 each claim                   |
|       |                   |     | $3,000,000 CGL and Prof aggregate limit |
|       | Deductible        | :   | $5,000 Each Claim (indemnity and expense) |
|       | Issuing Company   | :   | Landmark American Insurance Company     |
|       | RSUI File No.     | :   | 7030012253                              |

Dear Mr. Johnson:

This will acknowledge receipt of your October 5, 2006 correspondence to Tony Demaria regarding the captioned matter. Robert Orr has been assigned to this matter on behalf of Landmark American Insurance Company. He will be providing Landmark American Insurance Company's initial coverage position at the earliest opportunity. Please direct all questions or concerns regarding this matter to him at (404) 682-7616 direct dial number or (404) 736-3389 direct fax number.

Please be advised that the captioned policy provides Landmark American Insurance Company with a right and duty to defend Claims that are or may be covered under the policy terms and conditions. Absent a coverage denial, and assuming a Claim as defined in the policy has been made, Landmark American Insurance Company will be appointing counsel to defend this matter. If you have any questions or concerns in this regard, you must contact Robert Orr at the earliest opportunity.

Please note also that the policy's $5,000 deductible applies to this matter. Although the policy may provide for Landmark American Insurance Company's right and duty to defend, the Insured shall be responsible under the policy for the first $5,000 of covered loss incurred in connection with this matter, inclusive of defense expenses.

Mr. Adam Johnson
Page 2


Pending further investigation, Landmark American Insurance Company is proceeding in this matter under a reservation of its rights, privileges and defenses available under the captioned policy or at law. Nothing stated by or on behalf of Landmark American Insurance Company, or not stated, should be construed as a limitation or waiver on any such rights privileges or defenses. Our full coverage position will follow at the earliest opportunity.

Best regards,



Pam Conger, AIC
Claims Assistant



cc:    Ms. Gwen C. Duncan-James
       Gareda Diversified Business Services, Inc.
       1431 Huntington Drive
       Calumet City, IL  60409-5465

       Mr. Michael Platt
       Risk Management Resources, Inc.
       205 West Wacker Drive, Suite 622
       Chicago, IL  60606