| STATE OF ILLINOIS | ) |
|---|---|
| COUNTY OF COOK | ) |

**07 C 6459**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

CYNTHIA PEARSON-SPRINGER, )
Independent Administrator of the )
Estate of ROBERT PEARSON JR., )
Deceased, )
                   Plaintiff, )   No.
                   v. )   *PLAINTIFF DEMANDS A JURY TRIAL*

GAREDA NURSING SERVICE, INC. )
f/k/a GAREDA HOME HEALTH )
SERVICES, INC., an Illinois )
Corporation, GAREDA- )
DIVERSIFIED BUSINESS SERVICES )
INC., an Illinois Corporation, )
and DEBBIE LEWIS, Individually, )
                   Defendants. )

### COMPLAINT AT LAW

### COUNT I - WRONGFUL DEATH - GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., AND GAREDA-DIVERSIFIED BUSINESS SERVICES INC.

Plaintiff, CYNTHIA PEARSON-SPRINGER, Independent Administrator of the Estate of ROBERT PEARSON JR., Deceased, by his attorneys, CLIFFORD LAW OFFICES, P.C., complaining of Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., an Illinois Corporation, and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., an Illinois Corporation, and states as follows:

1. On May 3, 2006, and at all times mentioned herein, Defendants, GAREDA NURSING



PLAINTIFF'S EXHIBIT 8

SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC. and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, were in the business of providing home healthcare services to the public with their principal place of business in Calumet City, County of Cook, and State of Illinois.

2. On May 3, 2006, and at all times mentioned herein, Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC. and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, had a staff of nurses, certified nursing assistants, and other personnel to provide for patient care; all of the aforesaid staff of nurses, certified nursing assistants and other personnel were duly authorized agents and employees of Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC. and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them.

3. On May 3, 2006, and at all times mentioned herein, Defendant, DEBBIE LEWIS, was a licensed Certified Nursing Assistant residing in the City of Chicago, County of Cook, and State of Illinois.

4. On May 3, 2006, and at all times mentioned here, Defendant, DEBBIE LEWIS, was a duly authorized agent and employee of Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, and was acting within the scope of her agency and employment.

5. On May 3, 2006, and at all times mentioned herein, Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, by and through their agents, including but not limited to DEBBIE LEWIS, provided home healthcare services to the Plaintiff's decedent, ROBERT PEARSON, JR. in his home located at 2215 E. 69th St., Chicago, IL 60649.

6. On May 3, 2006, while under the care of Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, ROBERT PEARSON JR., fell while attempting to walk down stairs.

7. On May 3, 2006, upon falling down the stairs, ROBERT PEARSON, JR. sustained head trauma and other bodily injury, which resulted in his death on May 4, 2006.

8. On May 3, 2006, and at all times mentioned herein, Defendants GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, had the duty to possess and apply the knowledge and use the skill and care ordinarily used by other reasonably well-qualified certified nursing assistants in the same or similar circumstances

9. On May 3, 2006, Defendant, GAREDA NURSING SERVICES, INC., by and through its duly authorized agents and employees, GAREDA - DIVERSIFIED BUSINESS SERVICES, INC., by an through its duly authorized agents and employees, and DEBBIE LEWIS, were negligent in one or more of the following respects:

    a. Failed to use appropriate care and management in providing nursing assistance to Robert Pearson Jr.;

    b. Failed to monitor Robert Pearson Jr. when he advanced down stairs with his walker contrary to doctor's orders;

    c. Failed to assist Robert Pearson Jr. while he advanced down stairs with his walker contrary to doctor's orders;

    d. Failed to ascertain and heed doctor's directives with regards to Robert Pearson Jr. walking down stairs;

    e. Failed to get appropriate medical follow-up care for Robert Pearson Jr. following his fall down the stairs;

    f. Were otherwise careless and negligent.

10. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions, Plaintiff's Decedent, ROBERT PEARSON JR., sustained injuries resulting in his death on May 4, 2006.

11. Plaintiff's Decedent, ROBERT PEARSON JR., left surviving him, his son; Gregory Roberts, his son; Nathaniel Pearson, his son; Timothy Pearson, his daughter; Cynthia Pearson-Springer, all of whom have sustained pecuniary loss as a result of his death including but not limited to loss of society, companionship, consortium, affection, comfort, love, and support.

12. Plaintiff, CYNTHIA PEARSON-SPRINGER, is the Independent Administrator of the Estate of ROBERT PEARSON JR., Deceased, and brings this action pursuant to the Wrongful Death Act, otherwise known as 740 ILCS 180/1 *et seq.*

13. Attached to this Complaint are the attorney's affidavit and reports of a health professional, as required by 735 ILCS 5/2-622.

WHEREFORE, Plaintiff, CYNTHIA PEARSON-SPRINGER, Independent Administrator of the Estate of ROBERT PEARSON JR., Deceased, demands judgment against Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., an Illinois Corporation, and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., an Illinois Corporation, and each of them, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT II - SURVIVAL ACTION - GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., AND GAREDA-DIVERSIFIED BUSINESS SERVICES INC.

Plaintiff, CYNTHIA PEARSON-SPRINGER, Independent Administrator of the Estate of ROBERT PEARSON JR., Deceased, by his attorneys, CLIFFORD LAW OFFICES, P.C., complaining of Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., an Illinois Corporation, and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., an Illinois Corporation, and states as follows:

1. On May 3, 2006, and at all times mentioned herein, Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, were in the business of providing home healthcare services to the public with their principal place of business in Calumet City, County of Cook, and State of Illinois.

2. On May 3, 2006, and at all times mentioned herein, Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, had a staff of nurses, certified nursing assistants, and other personnel to provide for patient care; all of the aforesaid staff of nurses, certified nursing assistants and other personnel were duly authorized agents and employees of Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them.

3. On May 3, 2006, and at all times mentioned herein, Defendant, DEBBIE LEWIS, was a licensed Certified Nursing Assistant residing in the City of Chicago, County of Cook, and State of Illinois.

4. On May 3, 2006, and at all times mentioned here, Defendant, DEBBIE LEWIS, was a duly authorized agent and employee of Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, and was acting within the scope of her agency and employment.

5. On May 3, 2006, and at all times mentioned herein, Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, by and through their agents, including but not limited to DEBBIE LEWIS, provided home healthcare services to the Plaintiff's decedent, ROBERT PEARSON, JR. in his home located at 2215 E. 69th St., Chicago, IL 60649.

6. On May 3, 2006, while under the care of Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, ROBERT PEARSON JR., fell while attempting to walk down stairs.

7. On May 3, 2006, upon falling down the stairs, ROBERT PEARSON, JR. sustained head trauma and other bodily injury, which resulted in his death on May 4, 2006.

8. On May 3, 2006, and at all times mentioned herein, Defendants GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., and each of them, had the duty to possess and apply the knowledge and use the skill and care ordinarily used by other reasonably well-qualified certified nursing assistants in the same or similar circumstances

9. On May 3, 2006, Defendant, GAREDA NURSING SERVICES, INC., by and through its duly authorized agents and employees, GAREDA - DIVERSIFIED BUSINESS SERVICES,

6

INC., by an through its duly authorized agents and employees, and DEBBIE LEWIS, were negligent in one or more of the following respects:

    a. Failed to use appropriate care and management in providing nursing assistance to Robert Pearson Jr.;

    b. Failed to monitor Robert Pearson Jr. when he advanced down stairs with his walker contrary to doctor's orders;

    c. Failed to assist Robert Pearson Jr. while he advanced down stairs with his walker contrary to doctor's orders;

    d. Failed to ascertain and heed doctor's directives with regards to Robert Pearson Jr. walking down stairs;

    e. Failed to get appropriate medical follow-up care for Robert Pearson Jr. following his fall down the stairs;

    f. Were otherwise careless and negligent.

10. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions, Plaintiff's Decedent, ROBERT PEARSON JR., sustained injuries of a personal and pecuniary nature before his death, including but not limited to conscious pain and suffering; had he survived he would have been entitled to bring an action for those injuries and this action survives him

11. Plaintiff, CYNTHIA PEARSON-SPRINGER, is the Independent Administrator of the Estate of ROBERT PEARSON JR., Deceased, and brings this action pursuant to 735 ILCS 5/13-209.

12. Attached to this Complaint are the attorney's affidavit and reports of a health professional, as required by 735 ILCS 5/2-622.

WHEREFORE, Plaintiff, CYNTHIA PEARSON-SPRINGER, Independent Administrator

of the Estate of ROBERT PEARSON JR., Deceased, demands judgment against Defendants, GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., an Illinois Corporation, and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., an Illinois Corporation, and each of them, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

### COUNT III - WRONGFUL DEATH - DEBBIE LEWIS

Plaintiff, CYNTHIA PEARSON-SPRINGER, Independent Administrator of the Estate of ROBERT PEARSON JR., Deceased, by his attorneys, CLIFFORD LAW OFFICES, P.C., complaining of Defendant, DEBBIE LEWIS, Individually, and states as follows:

1. On May 3, 2006, and at all times mentioned herein, Defendant, DEBBIE LEWIS was a Certified Nursing Assistant living in the City of Chicago, County of Cook and State of Illinois who provided home healthcare services to the public.

2. On May 3, 2006, and at all times mentioned herein, Defendant DEBBIE LEWIS provided home healthcare services to the Plaintiff's decedent, ROBERT PEARSON, JR. in his home located at 2215 E. 69th St., Chicago, IL 60649.

3. On May 3, 2006, while under the care of Defendant, DEBBIE LEWIS. ROBERT PEARSON JR., fell while attempting to walk down stairs.

4. On May 3, 2006, upon falling down the stairs, ROBERT PEARSON, JR. sustained head trauma and other bodily injury, which resulted in his death on May 4, 2006.

5. On May 3, 2006, and at all times mentioned herein, Defendant DEBBIE LEWIS had the duty to possess and apply the knowledge and use the skill and care ordinarily used by other reasonably well-qualified certified nursing assistants in the same or similar circumstances

8

6. On May 3, 2006, Defendant, DEBBIE LEWIS, was negligent in one or more of the following respects:

   a. Failed to use appropriate care and management in providing nursing assistance to Robert Pearson Jr.;

   b. Failed to monitor Robert Pearson Jr. when he advanced down stairs with his walker contrary to doctor's orders;

   c. Failed to assist Robert Pearson Jr. while he advanced down stairs with his walker contrary to doctor's orders;

   d. Failed to ascertain and heed doctor's directives with regards to Robert Pearson Jr. walking down stairs;

   e. Failed to get appropriate medical follow-up care for Robert Pearson Jr. following his fall down the stairs;

   f. Were otherwise careless and negligent.

7. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions, Plaintiff's Decedent, ROBERT PEARSON JR., sustained injuries resulting in his death on May 4, 2006.

8. Plaintiff's Decedent, ROBERT PEARSON JR., left surviving him, his son; Gregory Roberts, his son; Nathaniel Pearson, his son; Timothy Pearson, his daughter; Cynthia Pearson-Springer, all of whom have sustained pecuniary loss as a result of his death including but not limited to loss of society, companionship, consortium, affection, comfort, love, and support.

9. Plaintiff, CYNTHIA PEARSON-SPRINGER, is the Independent Administrator of the Estate of ROBERT PEARSON JR., Deceased, and brings this action pursuant to the Wrongful Death Act, otherwise known as 740 ILCS 180/1 *et seq.*

10. Attached to this Complaint are the attorney's affidavit and reports of a health professional, as required by 735 ILCS 5/2-622.

9

WHEREFORE, Plaintiff, CYNTHIA PEARSON-SPRINGER, Independent Administrator of the Estate of ROBERT PEARSON JR., Deceased, demands judgment against Defendant, DEBBIE LEWIS, an Illinois Corporation, and GAREDA-DIVERSIFIED BUSINESS SERVICES INC., an Illinois Corporation, and each of them, in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

## COUNT IV - SURVIVAL ACTION - DEBBIE LEWIS

Plaintiff, CYNTHIA PEARSON-SPRINGER, Independent Administrator of the Estate of ROBERT PEARSON JR., Deceased, by his attorneys, CLIFFORD LAW OFFICES, P.C., complaining of Defendant, DEBBIE LEWIS, Individually, and states as follows:

1. On May 3, 2006, and at all times mentioned herein, Defendant, DEBBIE LEWIS was a Certified Nursing Assistant living in the City of Chicago, County of Cook and State of Illinois who provided home healthcare services to the public.

2. On May 3, 2006, and at all times mentioned herein, Defendant DEBBIE LEWIS provided home healthcare services to the Plaintiff's decedent, ROBERT PEARSON, JR. in his home located at 2215 E. 69th St., Chicago, IL 60649.

3. On May 3, 2006, while under the care of Defendant, DEBBIE LEWIS. ROBERT PEARSON JR., fell while attempting to walk down stairs.

4. On May 3, 2006, upon falling down the stairs, ROBERT PEARSON, JR. sustained head trauma and other bodily injury, which resulted in his death on May 4, 2006.

5. On May 3, 2006, and at all times mentioned herein, Defendant DEBBIE LEWIS had the duty to possess and apply the knowledge and use the skill and care ordinarily used by other

10

reasonably well-qualified certified nursing assistants in the same or similar circumstances

6. On May 3, 2006, Defendant, DEBBIE LEWIS, was negligent in one or more of the following respects:

    a. Failed to use appropriate care and management in providing nursing assistance to Robert Pearson Jr.;

    b. Failed to monitor Robert Pearson Jr. when he advanced down stairs with his walker contrary to doctor's orders;

    c. Failed to assist Robert Pearson Jr. while he advanced down stairs with his walker contrary to doctor's orders;

    d. Failed to ascertain and heed doctor's directives with regards to Robert Pearson Jr. walking down stairs;

    e. Failed to get appropriate medical follow-up care for Robert Pearson Jr. following his fall down the stairs;

    f. Were otherwise careless and negligent.

7. As a direct and proximate result of one or more of the aforesaid negligent acts or omissions, Plaintiff's Decedent, ROBERT PEARSON JR., sustained injuries of a personal and pecuniary nature before his death, including but not limited to conscious pain and suffering; had he survived he would have been entitled to bring an action for those injuries and this action survives him

8. Plaintiff, CYNTHIA PEARSON-SPRINGER, is the Independent Administrator of the Estate of ROBERT PEARSON JR., Deceased, and brings this action pursuant to 735 ILCS 5/13-209.

9. Attached to this Complaint are the attorney's affidavit and reports of a health professional, as required by 735 ILCS 5/2-622.

WHEREFORE, Plaintiff, CYNTHIA PEARSON-SPRINGER, Independent Administrator

of the Estate of ROBERT PEARSON JR., Deceased, demands judgment against Defendant, DEBBIE LEWIS in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00).

_____
Attorney for Plaintiff

Timothy S. Tomasik
Brian S. Shallcross
CLIFFORD LAW OFFICES, P.C.
120 South LaSalle Street
31st Floor
Chicago, IL 60602
(312) 899-9090
Firm I.D. No.:32640

STATE OF ILLINOIS      )
                       )
COUNTY OF COOK         )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

CYNTHIA PEARSON-SPRINGER,              )
Independent Administrator of the       )
Estate of ROBERT PEARSON JR.,          )
Deceased,                              )
                                       )
           Plaintiff,                  )
                                       )
v.                                     )
                                       )
GAREDA NURSING SERVICE, INC.           )
f/k/a GAREDA HOME HEALTH               )
SERVICES, INC., an Illinois            )
Corporation, GAREDA-                   )
DIVERSIFIED BUSINESS SERVICES          )
INC., an Illinois Corporation,         )
and DEBBIE LEWIS, Individually,        )
                                       )
           Defendants.                 )

**REPORT PREPARED PURSUANT TO ILLINOIS REVISED STATUTES, 735 ILCS 5/2-622**

I am a physician duly licensed to practice medicine in all branches. I have reviewed the relevant medical records and relevant films in regards to Plaintiff's Decedent, ROBERT PEARSON, JR., including but not limited to the medical records from GAREDA NURSING SERVICE, INC., STROGER HOSPITAL, JACKSON PARK HOSPITAL, and the OFFICE OF THE MEDICAL EXAMINER OF COOK COUNTY. I am knowledgeable in the relevant issues involved in this particular case and I practice and have practiced within the last 5 years. It is my professional opinion after review of the relevant material involved in this action that there is a reasonable and meritorious cause for filing this action against GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME

HEALTH SERVICES, INC., an Illinois Corporation, GAREDA-DIVERSIFIED BUSINESS SERVICES INC., an Illinois Corporation, and DEBBIE LEWIS, Individually. The reasons for my determination are:

GAREDA NURSING SERVICE, INC. f/k/a GAREDA HOME HEALTH SERVICES, INC., an Illinois Corporation, GAREDA-DIVERSIFIED BUSINESS SERVICES INC., an Illinois Corporation, by and through its duly authorized agents, apparent agents, and employees, including but not limited to DEBBIE LEWIS, and DEBBIE LEWIS, Individually, were negligent in the following ways:

    a. Failed to use appropriate care and management in providing nursing assistance to Robert Pearson Jr.;

    b. Failed to monitor Robert Pearson Jr. when he advanced down stairs with his walker contrary to doctor's orders;

    c. Failed to assist Robert Pearson Jr. while he advanced down stairs with his walker contrary to doctor's orders;

    d. Failed to ascertain and heed doctor's directives with regards to Robert Pearson Jr. with regards to walking down stairs;

    e. Failed to get appropriate medical follow-up care for Robert Pearson Jr. following his fall down the stairs;

    f. Were otherwise careless and negligent.

One or more of the aforementioned acts or omissions were a proximate cause of injury and death to Robert Pearson, Jr.

My opinions are subject to modification pending review of further material.

_____
Gil Given, M.D
1812 Cambridge Ave
Flossmoor, Illinois 60422

Dated:

STATE OF ILLINOIS )
)
COUNTY OF COOK )

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| CYNTHIA PEARSON-SPRINGER, ) <br> Independent Administrator of the ) <br> Estate of ROBERT PEARSON JR., ) <br> Deceased, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GAREDA NURSING SERVICE, INC. ) <br> f/k/a GAREDA HOME HEALTH ) <br> SERVICES, INC., an Illinois ) <br> Corporation, GAREDA- ) <br> DIVERSIFIED BUSINESS SERVICES ) <br> INC., an Illinois Corporation, ) <br> and DEBBIE LEWIS, Individually, ) <br> ) <br> Defendants. ) | No. <br><br> *PLAINTIFF DEMANDS A JURY TRIAL* |

### AFFIDAVIT REGARDING DAMAGES SOUGHT

BRIAN S. SHALLCROSS, being first duly sworn under oath, states as follows:

1. I am an attorney with Clifford Law Offices and am one of the attorneys responsible for filing Plaintiff's Complaint at Law in this matter.

2. The total amount of money damages sought in this civil action exceeds the amount of $50,000.00, exclusive of interest and costs.

FURTHER AFFIANT SAYETH NOT.

_____
BRIAN S. SHALLCROSS

Subscribed and Sworn to before me this _24th_ day of _August_, 2007.

_____
Notary Public

"OFFICIAL SEAL"
Jacqueline M. Gribbon
Notary Public, State of Illinois
My Commission Expires Jan. 16, 2010

CLIFFORD LAW OFFICES
120 North LaSalle Street, Suite 3100
Chicago, IL 60602
312/899-9090
Attorney No. 32640