**RISK MANAGEMENT RESOURCES, INC.**
PROFESSIONAL INSURANCE BROKERS

September 24, 2007

UNITED NATIONAL INSURANCE CO'S C/O
National Specialty Underwriters
Attn: Suzanne King
200 West Madison, Ste 3410
Chicago, IL.  60606

**07 C 6459**

Attention: Diane Cruz, Claims Adjuster

| | |
|---|---|
| Insured: | Gareda Diversified Business Services, Inc. |
| Claimant: | Cynthia Springer, as Personal Representative of the Estate of Robert J. Pearson,, Jr. Deceased |
| UNIC file No: | 06008245 |
| Policy No: | AHB0000237 |
| Werned File No. | 00894 00297 |
| Effective: | 09/06/06 to 007 |
| Retroactive | 09/16/99 |

**JUDGE MANNING**
**MAGISTRATE JUDGE SCHENKIER**

Dear Ms. Cruz

Risk Management Resources, Inc. is forwarding the enclosed Summons & Complaint c/o your office for the purpose of providing an Answer and Defense of your Insured, Gareda Diversified Business Services, Inc, in the matter of the above referenced claim of the, Estate of Robert Pearson, Jr. et al.  Also, based on the communication dated December 28, 2006 which advised the law firm of WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP was being retained to represent UNIC, a copy of the Summons and Complaint have been forwarded to their attention, as well.  A copy of the first page of that document is attached for your reference.

Please advise, if in fact, other counsel has been appointed to provide Defense on the Insured's behalf.

The Summons and Complaint was tendered by the law firm of Clifford Law Offices, P.C. in the matter of Cynthia Springer, et al vs. Gareda Diversified Business Services, Inc

Not withstanding your previously stated contention UNIC has no liability in this matter, the insured, Gareda Diversified Business Services, Inc requests and expects a vigorous defense of the suit, by UNIC on their behalf.  Answers are due within 30 days of service which was August 24, 2007.

---

| | | |
|---|---|---|
| 205 W. Wacker Dr., Ste 622 | Phone  312.460.8103 | info@rmrins.com |
| Chicago, IL 60606 | Fax  312.460.8104 | www.rmrins.com |

PROFESSIONAL INSURANCE BROKERS

Please, return an acknowledgement of receipt of this suit submission to this sender and Remel Duncan of Gareda Diversified Business Services, Inc.

Sincerely,

*Jerry Leahy*

Jerry Leahy
Commercial Accounts


PLAINTIFF'S EXHIBIT 9

---

205 W. Wacker Dr., Ste 622        Phone  312.460.8103        info@rmrins.com
Chicago, IL 60606                  Fax  312.460.8104          www.rmrins.com