FILED
NOVEMBER 14, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

UNITED NATIONAL INSURANCE COMPANY,
v.
GAREDA DIVERSIFIED BUSINESS SERVICES, INC., and
CYNTHIA PEARSON-SINGER.

Case Number: **07 C 6459**

JUDGE MANNING
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff, UNITED NATIONAL INSURANCE COMPANY

| | |
|---|---|
| NAME (Type or print) <br> Daniel E. Tranen | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Daniel E. Tranen | |
| FIRM <br> Wilson, Elser, Moskowitz, Edelman & Dicker, LLP | |
| STREET ADDRESS <br> 120 North LaSalle Street, 29th Floor | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6244878 | TELEPHONE NUMBER <br> 312-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |