### IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> GAREDA DIVERSIFIED BUSINESS SERVICES, INC. an Illinois Corporation and CYNTHIA PEARSON-SINGER Independent Administrator of the Estate of ROBERT PEARSON, JR. deceased, <br><br> Defendants. | No. 07 C 6459 <br> JUDGE BLANCHE M. MANNING <br> MAG. JUDGE SIDNEY I. SCHENKIER |

**DEFENDANT CYNTHIA PEARSON-SPRINGER'S MOTION FOR AN EXTENSION OF TIME TO FILE HER ANSWER OR OTHERWISE PLEAD**

Defendant CYNTHIA PEARSON-SPRINGER (incorrectly sued as Cynthia Pearson-Singer) as Independent Administrator of the Estate of ROBERT PEARSON, JR., deceased, by her attorneys, CLIFFORD LAW OFFICES, P.C., moves this Honorable Court for an Extension of Time to File Her Answer or Otherwise Plead, and in support thereof states as follows:

1. That on November 14, 2007, the Plaintiff United National Insurance Company ("Plaintiff") filed a Complaint for Declaratory Judgment in the United States District Court for the Northern District of Illinois Eastern Division against Gareda Diversified Business Services, Inc. an Illinois Corporation and Cynthia Pearson-Springer as Independent Administrator of the Estate of Robert Pearson, Jr. deceased.

2.  That a waiver of service was executed by Pearson-Springer pursuant to which her appearance and responsive pleading are to be filed by February 1, 2008. Because of circumstances that have arisen, she requires more time to prepare those Responsive pleadings.

3.  That Mr. Tomasik, the partner in charge of this case who is primarily responsible for the defense of these declaratory judgment proceedings has only recently been discharged from the hospital after a serious health problem which required surgery. By reason of that he was only able to begin review of this case a few days ago.

4.  At first it was believed that Pearson-Springer's response would not be complicated, because she is the third-party beneficiary and not the insured, but upon examination of the pleadings, the conclusion has been reached that it is probable that other parties need to be added to this case for there to be a complete adjudication, by reason of which further investigation is needed before Pearson-Springer's pleading can be filed.

5.  This motion is being filed in good faith and not for the purpose of delaying this litigation, no parties will be prejudiced by the granting of this motion, and Plaintiff's counsel has no objection to the requested extension of time.

WHEREFORE, Defendant CYNTHIA PEARSON-SPRINGER (incorrectly sued as Cynthia Pearson-Singer) as Independent Administrator of the Estate of ROBERT PEARSON, JR., deceased, hereby request an Order granting her a thirty (30) day extension of time in which to answer or otherwise plead to Plaintiff's Complaint for Declaratory Judgment, to and including March 3, 2008. Dated: This 1st day of February 2008.

Respectfully submitted,

Clifford Law Offices, P.C.


By: /s/ Brian S. Shallcross

Counsel for Defendant



Timothy S. Tomasik
Brian S. Shallcross
Clifford Law Offices, P.C.
Attorneys for Plaintiff
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
Telephone:  (312) 899-9090
Fax: (312) 251-1160
E-mail: bss@cliffordlaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on February 1, 2008, I electronically filed DEFENDANT CYNTHIA PEARSON-SPRINGER'S MOTION FOR AN EXTENSION OF TIME TO FILE HER ANSWER OR OTHERWISE PLEAD with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Daniel E. Tranen, Wilson, Elser , Moskowitz, Edelman & Dicker LLP, 120 North LaSalle Street, Suite 2900, Chicago, Illinois 60602; and Geoffrey A. Belzer, Wilson, Elser , Moskowitz, Edelman & Dicker LLP, 120 North LaSalle Street, Suite 2900, Chicago, Illinois 60602.

Respectfully submitted,

By: /s/ Brian S. Shallcross
    Brian S. Shallcross
    Timothy S. Tomasik
    Clifford Law Offices, P.C.
    120 N LaSalle Street
    Suite 3100
    Chicago, Illinois 60602
    (312) 899-9090 Phone
    (312) 251-1160 Fax
    bss@ cliffordlaw.com