IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>GAREDA DIVERSIFIED BUSINESS )<br>SERVICES, INC. an Illinois Corporation )<br>and CYNTHIA PEARSON-SINGER )<br>Independent Administrator of the )<br>Estate of ROBERT PEARSON, JR. )<br>deceased, )<br>    Defendants. ) | No. 07 C 6459<br>JUDGE BLANCHE M. MANNING<br>MAG. JUDGE SIDNEY I. SCHENKIER |

## NOTICE OF MOTION

TO:   Geoffrey Alexander Belzer; geoffrey.belzer@wilsonelser.com
      Daniel Ephriam Tranen; TranenD@wemed.com

   PLEASE TAKE NOTICE that on the **7th day of February, 2008**, at **11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Blanch M. Manning at the U.S. District Courthouse for the Northern District of Illinois, 219 S. Dearborn, Room 2319, Chicago, Illinois and then and there present, **Defendants' Motion for an Extension of Time to File their Answer or Otherwise Plead**, a copy of which is hereby served upon you.

                                        Respectfully submitted,
                                        Clifford Law Offices, P.C.

                                        _____
                                        By: /s/ Brian S. Shallcross
                                        Counsel for Defendant

Timothy S. Tomasik
Brian S. Shallcross
Clifford Law Offices, P.C.
120 North LaSalle Street, Suite 3100
Chicago, Illinois 60602
Telephone:  (312) 899-9090
Fax: (312) 251-1160
E-mail: bss@cliffordlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 4, 2008, I electronically filed NOTICE OF MOTION FOR DEFENDANT CYNTHIA PEARSON-SPRINGER'S MOTION FOR AN EXTENSION OF TIME TO FILE HER ANSWER OR OTHERWISE PLEAD with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Daniel E. Tranen, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 120 North LaSalle Street, Suite 2900, Chicago, Illinois 60602; and Geoffrey A. Belzer, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 120 North LaSalle Street, Suite 2900, Chicago, Illinois 60602.

      Respectfully submitted,

By: /s/ Brian S. Shallcross
Brian S. Shallcross
Timothy S. Tomasik
Clifford Law Offices, P.C.
120 N LaSalle Street
Suite 3100
Chicago, Illinois 60602
(312) 899-9090 Phone
(312) 251-1160 Fax
bss@ cliffordlaw.com