## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

United National Insurance Company

                        Plaintiff,

v.                                           Case No.: 1:07−cv−06459

                                          Honorable Blanche M. Manning

Gareda Diversified Business Services, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 13, 2008:

      MINUTE entry before Judge Blanche M. Manning : Minute entry of 2/6/2008 is amended in part to correct a clerical error as follows: Status hearing set for 2/19/2008 is reset to 3/6/2008 at 11:00 AM. The remainder of the minute entry to stand.(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.