**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED NATIONAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) ) | No. 07 C 6459<br>JUDGE BLANCHE M. MANNING<br>MAG. JUDGE SIDNEY I. SCHENKIER |
| GAREDA DIVERSIFIED BUSINESS SERVICES, INC. an Illinois Corporation and CYNTHIA PEARSON-SINGER Independent Administrator of the Estate of ROBERT PEARSON, JR. deceased, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

TO:     Geoffrey Alexander Belzer**;** geoffrey.belzer@wilsonelser.com
        Daniel Ephriam Tranen; TranenD@wemed.com

PLEASE TAKE NOTICE that on the **6th day of March, 2008**, at **11:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Blanch M. Manning at the U.S. District Courthouse for the Northern District of Illinois, 219 S. Dearborn, Room 2319, Chicago, Illinois and then and there present, **Defendants' Motion for an Extension of Time to File their Answer or Otherwise Plead**, a copy of which is hereby served upon you.

Respectfully submitted,
Clifford Law Offices,
P.C.

_____
By: /s/ Brian S. Shallcross Counsel
for Defendant

Timothy S. Tomasik
Brian S. Shallcross
Clifford Law Offices
120 North LaSalle Street, Suite 3100
 Chicago, Illinois 60602
Telephone:  (312) 899-9090 Fax: (312) 251-1160
E-mail: bss@cliffordlaw.com