## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> GAREDA DIVERSIFIED BUSINESS SERVICES, INC. an Illinois Corporation and CYNTHIA PEARSON-SINGER Independent Administrator of the Estate of ROBERT PEARSON, JR. deceased, <br><br> Defendants. | No. 07 C 6459 <br> JUDGE BLANCHE M. MANNING <br> MAG. JUDGE SIDNEY I. SCHENKIER |

### DEFENDANT CYNTHIA PEARSON-SPRINGER'S MOTION FOR AN EXTENSION OF TIME TO FILE HER ANSWER OR OTHERWISE PLEAD

Defendant CYNTHIA PEARSON-SPRINGER (incorrectly sued as Cynthia Pearson-Singer) as Independent Administrator of the Estate of ROBERT PEARSON, JR., deceased, by her attorneys, CLIFFORD LAW OFFICES, P.C., moves this Honorable Court for an Extension of Time to File Her Answer or Otherwise Plead, and in support thereof states as follows:

1. That this declaratory action involves insurance coverage issues related to a pending wrongful death lawsuit Cynthia Pearson-Springer has against Gareda Diversified Business Services for wrongful death.

2. That on November 14, 2007, the Plaintiff United National Insurance Company ("Plaintiff") filed a Complaint for Declaratory Judgment in the United States District Court for the

Northern District of Illinois Eastern Division against Gareda Diversified Business Services, Inc. an Illinois Corporation and Cynthia Pearson-Springer as Independent Administrator of the Estate of Robert Pearson, Jr. deceased.

3. That a waiver of service was executed by Pearson-Springer pursuant to which her appearance and responsive pleading are to be filed by February 1, 2008.  Because of circumstances that have arisen, she requires more time to prepare those Responsive pleadings.

4. That Pearson-Springer believes it will be necessary to bring a third-party action against a second insurance company, Landmark American Insurance Company, who Pearson-Springer believes may be obliged to defend and indemnify in the underlying case along with Plaintiff United National Insurance Company.

5. That Pearson-Springer has attempted to secure a copy of the Landmark American policy from counsel for co-Defendant Gareda, but has not yet received said policy.

6. That Pearson-Springer will need time to evaluate the Landmark American policy before answering or otherwise pleading to Plaintiff's Complaint.

5. This motion is being filed in good faith and not for the purpose of delaying this litigation, no parties will be prejudiced by the granting of this motion.

WHEREFORE, Defendant CYNTHIA PEARSON-SPRINGER (incorrectly sued as Cynthia Pearson-Singer) as Independent Administrator of the Estate of ROBERT PEARSON, JR., deceased, hereby request an Order granting her a thirty (30) day extension of time in which to answer or otherwise plead to Plaintiff's Complaint for Declaratory Judgment.

Dated: This 28th day of February 2008.

        Respectfully submitted,

        Clifford Law Offices, P.C.


        By: /s/ Brian S. Shallcross

        Counsel for Defendant


Timothy S. Tomasik
Brian S. Shallcross
Clifford Law Offices, P.C.
Attorneys for Plaintiff
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
Telephone: (312) 899-9090
Fax: (312) 251-1160
E-mail: bss@cliffordlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2008, I electronically filed DEFENDANT CYNTHIA PEARSON-SPRINGER'S MOTION FOR AN EXTENSION OF TIME TO FILE HER ANSWER OR OTHERWISE PLEAD with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Daniel E. Tranen, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 120 North LaSalle Street, Suite 2900, Chicago, Illinois 60602; and Geoffrey A. Belzer, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 120 North LaSalle Street, Suite 2900, Chicago, Illinois 60602.

Respectfully submitted,

By: /s/ Brian S. Shallcross
Brian S. Shallcross
Timothy S. Tomasik
Clifford Law Offices, P.C.
120 N LaSalle Street
Suite 3100
Chicago, Illinois 60602
(312) 899-9090 Phone
(312) 251-1160 Fax
bss@ cliffordlaw.com