# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

United National Insurance Company

                Plaintiff,

v.

                Case No.: 1:07−cv−06459

                Honorable Blanche M. Manning

Gareda Diversified Business Services, Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

    MINUTE entry before Judge Honorable Blanche M. Manning: Status hearing held on 4/17/2008 and continued to 6/3/2008 at 11:00 AM. Motion hearing held on 4/17/2008. Defendant's motion for extension of time to 5/15/2008 to answer or otherwise plead [21] is granted.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.