# United States District Court
# Northern District of Illinois



In the Matter of

United National Insurance Co.

v.                                            Case No.  07 C 6459

Gareda Diversified Business Service

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A
### REFERRAL TO MAGISTRATE JUDGE

    The above captioned case is currently pending on my calendar.  I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge **Sidney I. Schenkier**, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_Blanche M. Manning_
Judge Blanche M. Manning

Dated: April 22, 2008

---

### ORDER OF THE EXECUTIVE COMMITTEE

    IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge **Sidney I. Schenkier**.

### ENTER

### FOR THE EXECUTIVE COMMITTEE

_James F. Holderman_
Chief Judge James F. Holderman

Dated: **APR 2 3 2008**

Referral/Designated Magistrate Judge (Rev. 9/99)

## CRIMINAL PROCEEDINGS

**Hear and enter order(s) on the following non-dispositive motion/matter:**

- ☐ Discovery motion(s) specified below.
- ☐ Arraignment(s) and/or detention hearing(s).
- ☐ Bail/detention hearing(s).
- ☐ Bail review/reconsideration of detention.

**Conduct necessary proceedings and issue Report and Recommendation on:**

- ☐ Motions to dismiss or quash indictment.
- ☐ Potential revocation of probation.
- ☐ Motions(s) to suppress evidence.
- ☐ Other, as specifically set forth below.

## CIVIL PROCEEDINGS

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- ☐ Pretrial conference under Rule 16.
- ☐ Discovery motion(s) specified below.
- ☐ All Discovery motions.
- ■ Discovery supervision.
- ☐ Discovery conference under Rule 26(f).
- ■ Settlement conference.
- ☐ Preparation of pretrial materials.
- ☐ Conduct necessary proceedings and issue Report and Recommendation on dispositive motion specified below, other than motions to dismiss and for summary judgment (e.g., motion for injunction, for Social Security review, for class certification, to set aside judgment).
- ☐ Conduct necessary proceedings and enter Order/Report and Recommendation on all nondispositive pretrial motions through filing of pretrial materials including final pretrial order, with the exceptions or additions specified below.
- ☐ Serve as Special Master under 28 U.S.C. §636(b)(2), as more specifically set forth below.
- ■ Perform such additional duties as are not inconsistent with the Constitution and laws of the United States, as specifically set forth below.

EXCEPTIONS OR ADDITIONS:
  All nondispositive pretrial motions