IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>vs.<br><br>GAREDA DIVERSIFIED BUSINESS SERVICES, INC. an Illinois Corporation and CYNTHIA PEARSON-SINGER Independent Administrator of the Estate of ROBERT PEARSON, JR. deceased,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     No. 07 C 6459<br>JUDGE BLANCHE M. MANNING<br>MAG. JUDGE SIDNEY I. SCHENKIER |

<u>NOTICE OF FILING</u>

PLEASE TAKE NOTICE that on the **15th day of May, 2008**, we filed **DEFENDANT CYNTHIA PEARSON-SPRINGER'S ANSWER TO PLAINTIFF UNITED NATIONAL INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT**, a copy of which is hereby served upon you.

Respectfully submitted,

s/
Brian S. Shallcross
Clifford Law Offices, P.C.
Attorneys for Plaintiff
120 North LaSalle Street
Suite 3100
Chicago, Illinois 60602
ARDC No:   00461849
Telephone: (312) 899-9090
Fax: (312) 251-1160
E-mail: bss@cliffordlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 15, 2008, I electronically filed **DEFENDANT CYNTHIA PEARSON-SPRINGER'S ANSWER TO PLAINTIFF UNITED NATIONAL INSURANCE COMPANY'S COMPLAINT FOR DECLARATORY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following: Daniel E. Tranen, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 120 North LaSalle Street, Suite 2900, Chicago, Illinois 60602; and Geoffrey A. Belzer, Wilson, Elser, Moskowitz, Edelman & Dicker LLP, 120 North LaSalle Street, Suite 2900, Chicago, Illinois 60602.

Respectfully submitted,

By: /s/ Brian S. Shallcross
Brian S. Shallcross
Clifford Law Offices, P.C.
120 N LaSalle Street
Suite 3100
Chicago, Illinois 60602
(312) 899-9090 Phone
(312) 251-1160 Fax
bss@ cliffordlaw.com