**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

United National Insurance Company
                              Plaintiff,

v.                                                    Case No.: 1:07−cv−06459

                                                        Honorable Blanche M. Manning

Gareda Diversified Business Services, Inc., et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 22, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 6/24/2008 at 09:00 AM. The parties are directed to conduct a Rule 26(f) planning conference by 6/13/08. The parties are to file a joint report of planning conference (and deliver a courtesy copy to chambers) by 6/20/08, using the format specified by the Court in its standing order available on the Court's website. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.