IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED NATIONAL INSURANCE COMPANY ) ) ) | |
| Plaintiff, ) | |
| v. ) | Case No. 1:07-cv-06459 |
| ) | |
| GAREDA DIVERSIFIED BUSINESS ) SERVICES, INC. an Illinois Corporation ) and CYNTHIA PEARSON-SINGER ) Independent Administrator of the ) Estate of ROBERT PEARSON, JR. deceased ) ) | Judge Blanche Manning Magistrate Judge Schenkier |
| Defendants. ) | |

### NOTICE OF MOTION

TO:   Timothy S. Tomasik, Esq.            Jerome G. McSherry, P.C.
      Brian S. Shallcross, Esq.           121 South Wilke
      Clifford Law Offices                Suite 407
      120 North LaSalle St., Suite 3100   Arlington Heights IL 60005
      Chicago IL 60602

PLEASE TAKE NOTICE that, on **June 24, 2008** at **11:00 A.M.**, or as soon thereafter as counsel may be heard, counsel for **Plaintiff United National Insurance Company** shall appear before the **Honorable Judge Blanche Manning** in **Room 2125** of the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there present their **Motion for Default against Gareda Diversified Business Services, Inc.**

                                        Respectfully submitted,

                                        **UNITED NATIONAL INSURANCE COMPANY**

                                        By:  /s/ Geoffrey A. Belzer
                                             One of its attorneys

Daniel E. Tranen, Esq.
Geoffrey A. Belzer, Esq.
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
Telephone:  (312) 704-0550
Facsimile:  (312) 704-1522

1

497333.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on June 18, 2008, this document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

*Counsel for Defendant Cynthia Pearson-Singer, Independent Administrator of deceased estate of Robert Pearson, Jr.*:

Timothy S. Tomasik, Esq.
Brian S. Shallcross, Esq.
Clifford Law Offices
120 North LaSalle Street
Suite 3100
Chicago IL 60602

The undersigned also certifies that a copy was sent Regular Mail to the following on June 18, 2008:

*Counsel for Defendant Gareda Diversified Business Services, Inc.:*

Jerome G. McSherry, P.C.
121 South Wilke
Suite 407
Arlington Heights IL 60005

/S/ Geoffrey A. Belzer

2

497333.1