# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

United National Insurance Company

                Plaintiff,

v.

Gareda Diversified Business Services, Inc., et al.

                Defendant.

Case No.: 1:07−cv−06459

Honorable Blanche M. Manning

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

    MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 9/3/2008 at 09:00 AM. Rule 26(a)(1) disclosures are to be completed by 7/14/08. All discovery is to be completed by 11/28/08. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.