UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
Eastern Division

United National Insurance Company
                                                    Plaintiff,
v.                                                  Case No.: 1:07−cv−06459
                                                    Honorable Blanche M. Manning

Gareda Diversified Business Services, Inc., et al.
                                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 31, 2008:

MINUTE entry before the Honorable Blanche M. Manning:Motion hearing held on 7/31/2008. Status hearing held on 7/31/2008. On plaintiff's motion for default judgment[30], response to be filed by Gareda defendant by 8/8/2008. Reply to be filed by 8/22/2008., Hearing on said motion set for 8/28/2008 at 11:00 AM.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.