**From:** Belzer, Geoffrey A. <Geoffrey.Belzer@wilsonelser.com>
**To:** Jerome McSherry <fng147@aol.com>
**Subject:** RE: Scanned document <24 pages ~881 KB> -- 6/18/2008 4:47:15 PM
**Date:** Tue, 24 Jun 2008 3:38 pm

Mr. McSherry,

Thank you for your e-mail.

As counsel for Gareda in the Cook County Circuit Court action, can you obtain a demand from the Pearson estate and then inform us of how much Gareda would be willing to contribute towards any stated demand? We would pass that information along to United National for its review and consideration.

Let me know.

Thanks,

Geoff

Geoffrey A. Belzer
Attorney at Law
Wilson Elser Moskowitz Edelman & Dicker LLP
120 North LaSalle St.
Chicago, IL 60602-2412
p 312-704-0550 x116
f 312-704-1522
geoffrey.belzer@wilsonelser.com



**EXHIBIT A**

 **UnitedAmerica** Insurance Group

July 5, 2007

GAREDA DIVERSIFIED SERVICES
ATTN: A/P
1431 HUNTINGTON DRIVE
CALUMET CITY, IL 60409

**Member Companies**
Penn-America Group

Penn-America
Insurance Company

Penn-Star
Insurance Company

Penn-Patriot
Insurance Company

United National Group

United National
Insurance Company°

Diamond State
Insurance Company°

United National Specialty
Insurance Company°

United National Casualty
Insurance Company°

Members of
UnitedAmerica Indemnity, Ltd.

RE: _Policy # AHB0000237 Deductible_

Dear Policyholder:

This follows the recent invoices and correspondence sent to you concerning your indebtedness to one of the United National Group of Companies: United National Insurance Company, Diamond State Insurance Company, United National Specialty Insurance Company, United National Casualty Insurance Company for the amount of the $2,228.95 deductible you are required to pay under the terms of your policy.

I have been advised that this deductible obligation remains outstanding and that you have not contacted our offices concerning this payment.

Please be advised that the purpose of this letter is to advise you that it is our intention to initiate legal action against you in order to collect this outstanding deductible amount. In order to avoid this action, we require that you immediately send your payment in the self-addressed, postage paid envelope that is enclosed for your convenience.

If you have any questions pertaining to this matter, please feel free to **contact Andrew Billen** @ (610) 660-5426.

Sincerely,

_Linda Hohn_

Linda Hohn
Vice-President & Associate General
Counsel

CC:
Agent: ALLIED HEALTH BROKERAGE
Underwriter:

**EXHIBIT B**