IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED NATIONAL INSURANCE COMPANY | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:07-cv-06459 |
| GAREDA DIVERSIFIED BUSINESS SERVICES, INC. an Illinois Corporation and CYNTHIA PEARSON-SINGER Independent Administrator of the Estate of ROBERT PEARSON, JR. deceased | ) ) ) ) ) ) ) | Judge Blanche Manning

Magistrate Judge Schenkier |
| Defendants. | ) | |

## AFFIDAVIT OF CHERYL A. MAWBY

The undersigned, Cheryl A. Mawby, being duly sworn, states upon her oath as follows:

1.    I am over eighteen (18) years of age and fully competent to testify to the matters set forth herein.  I make this Affidavit based upon my own personal knowledge.

2.    I am employed by Diamond State Insurance Company, part of the United America Insurance Group, as a Senior Claims Examiner.

3.    In my capacity as a Senior Claims Examiner for United America Insurance Group, I am personally familiar with Gareda Diversified Business Services, Inc.'s ("Gareda") request for indemnification and defense by United National Insurance Company ("United National") in regards to a lawsuit brought against Gareda by Cynthia Pearson-Springer, as independent administrator of the estate of Robert Pearson, Jr., deceased.

4.    On or about June 23, 2008 United National was advised by counsel that United National had sent a deductible billing to Gareda supported by a Wilson, Elser, Moskowitz,

512482.1


EXHIBIT
A

Edelman & Dicker, LLP ("Wilson Elser") bill for legal services performed by Wilson Elser for United National. See Exhibit 1.

5.     United National investigated and immediately determined that United National had erroneously sent Wilson Elser's bills for the legal services to Gareda since those bills were for coverage work performed by Wilson Elser as United National's counsel.

6.     As a result of the investigation referenced in Paragraph 5, United National issued a refund check to Gareda in the amount of $5,000 by Check Number 7504313, dated July 3, 2008. A true-and-accurate copy of that check is attached as Exhibit 2 to this Affidavit.

**FURTHER AFFIANT SAYETH NOT.**

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on this ___ day of August, 2008 at _____ Pennsylvania.

By: _____
CHERYL A. MAWBY