LAW OFFICE
*Jerome G. McSherry, P.C.*

Plaza Office Park
121 South Wilke, Suite 407
Arlington Heights, IL 60005
jgmlaw@jeromegmcsherry.com
www.jeromegmcsherry.com

Phone (847)253-7006
Fax (847)253-7009

Also Admitted
in Arizona

June 23, 2008

<u>Sent by Fax 312-704-1522</u>

Mr. Geoffrey A. Belzer
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
120 North LaSalle Street, 26th Floor
Chicago, IL 60602-2412

Re:  United National Insurance Company v. Gareda Diversified Business Services
    Case No.:    07 CV 6459

Dear Mr. Belzer:

    I am in receipt of the Motion to Default Gareda Diversified Business an Insured of United National Insurance Company. By this correspondence I am asking that you enter and continue or withdraw the Motion set for June 24, 2008, until certain issues which have arisen can be clarified. My client has advised that they have been paying your legal fees concerning your analysis of coverage and for the declaratory action filed against them.

    My client has inquired why she is paying you as her attorney to enter a default judgment against her. I have no answer to that question, since it is the first time it has arisen. Her insurance carrier, United National Insurance Company tendered to her your itemized billing for payment. In her mind that makes you her legal representative. As we are all aware the attorney/client relationship exists from the perspective of the client.

    Therefore, until this is clarified I would ask that you withdraw or enter and continue the Motion on Tuesday, June 24. On behalf of my client, I continue to demand that United National Insurance Company provide her with a good faith defense to the suit filed in the Cook County Circuit Court.

    This type of loss is covered under the policy. Despite a pending lawsuit no defense to the underlying suit was provided and denial of coverage was not made for over sixty days.


EXHIBIT 1

Mr. Geoffrey A. Belzer
June 23, 2008
Page Two

  Under <u>St. Paul Fire and Marine Insurance Company vs. Village of Franklin Park</u>, decided April 23, 2008, the insured was estopped to deny coverage for failure to provide a good faith defense to the underlying action. Once again I ask that United National provide a defense to the pending Cook County litigation.

  The insurance carrier does not deny that Gareda is an insured under the applicable policy. They have carved out one particular claim, while accepting several hundred thousand dollars in premium.

  One year after United National denied coverage of the claim, United required Gareda pay your legal fees for research and drafting the declaratory judgment you filed against them. This would not only appear to be a conflict but a waiver of the denial of coverage by United National.

  Under the circumstances Gareda seeks an extension to discuss the matter with coverage counsel. Please call me Monday afternoon regarding an extension of time for Gareda to make that determination.

          Very truly yours,

          Jerome G. McSherry

cc: Gareda Diversified Business
   Timothy S. Tomasik

JGM/jkm