# United National Insurance Company

GAREDA DIVERSIFIED SERVICES  
1431 HUNTINGTON DR.  
CALUMET CITY, IL 60409

CHECK NUMBER: 0007504313  
CHECK DATE: 07/03/08  
VENDOR CODE: GAREDADIVERSIF

| INVOICE DATE | INVC # / REFERENCE ID | DESCRIPTION | INVOICE AMOUNT |
|---|---|---|---|
| 07/02/08 | 07/02 GARDEDADIVER | REIMBURSEMENT OF DEDUCTIBLE ON CLAIM # 06008245 | 5,000.00 |

CHECK NUMBER:      7504313            TOTAL CHECK AMOUNT    $   5,000.00

EXHIBIT 2

---

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

UnitedAmerica Insurance Group  
United National Insurance Company  
3 Bala Plaza East, Suite 300  
Bala Cynwyd, PA 19004

PNC Bank, N.A.  001  
Jeannette PA  
60-162/433

CHECK NUMBER  
7504313

CHECK DATE  
07/03/08

NON-NEGOTIABLE AFTER 90 DAYS

PAY: FIVE THOUSAND DOLLARS & 00/100

$******5,000.00

CHECKS OVER $10,000 REQUIRE TWO SIGNATURES

TO THE ORDER OF:

GAREDA DIVERSIFIED SERVICES  
1431 HUNTINGTON DR.  
CALUMET CITY, IL 60409

Thomas M. _____

⑈000750431⑈ ⑆043301627⑆ 1008374108⑈