# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

United National Insurance Company

                                               Plaintiff,

v.                                                      Case No.: 1:07−cv−06459

                                                           Honorable Blanche M. Manning

Gareda Diversified Business Services, Inc., et al.

                                               Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 3, 2008:

      MINUTE entry before the Honorable Sidney I. Schenkier: Status hearing held and continued to 10/28/2008 at 09:00 AM. Mailed notice(mmm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.