# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

United National Insurance Company

                Plaintiff,

v.

Gareda Diversified Business Services, Inc., et al.

                Defendant.

Case No.: 1:07−cv−06459

Honorable Blanche M. Manning

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 28, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: Status hearing held on 8/28/2008. Plaintiff's motion for entry of a default judgment [30] is taken under advisement. Ruling will be by mail. Another status date will be set at that time. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.